**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MDL-____- In re Crop Inputs Antitrust Litigation**

**SCHEDULE OF RELATED ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs**: Barbara Piper, as Executrix of the Estate of Michael Piper<br><br>**Defendants**:<br>Bayer CropScience LP; Bayer CropScience, Inc.; Corteva Inc.; Cargill Incorporated; BASF Corporation; Syngenta Corporation; Winfield Solutions, LLC; Univar Solutions, Inc.; Pioneer Hi-Bred International, Inc.; Federated Co-operatives Ltd.; CHS Inc.; Nutrien Ag Solutions Inc.; Growmark Inc.; Simplot AB Retail Sub, Inc.; and Tenkoz Inc. | S.D. Ill. | 3:21-cv-00021 | Nancy J. Rosenstengel |
| **Plaintiffs**:<br>John C. Swanson<br><br>**Defendants**:<br>Bayer CropScience LP; Bayer CropScience, Inc.; Corteva Inc.; Cargill Incorporated; BASF Corporation; Syngenta Corporation; Winfield Solutions, LLC; Univar Solutions, Inc.; Pioneer Hi-Bred International, Inc.; Federated Co-operatives Ltd.; CHS Inc.; Nutrien Ag Solutions Inc.; Growmark Inc.; Growmark FS, LLC; Simplot AB Retail Sub, Inc.; and Tenkoz Inc. | S.D. Ill. | 3:21-cv-00046 | Nancy J. Rosenstengel |
| **Plaintiffs**:<br>Charles Lex<br><br>**Defendants**:<br>Bayer CropScience LP; Bayer CropScience, Inc.; Corteva Inc.; Cargill Incorporated; BASF Corporation; Syngenta Corporation; Winfield Solutions, LLC; Univar Solutions, Inc.; Pioneer Hi-Bred International, Inc.; Federated Co-operatives Ltd.; CHS Inc.; Nutrien Ag Solutions Inc.; Growmark Inc.; Simplot AB Retail Sub, Inc.; and Tenkoz Inc. | S.D. Ill. | 3:21-cv-00122 | Nancy J. Rosenstengel |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs**:<br>Darren Duncan<br><br>**Defendants**:<br>Bayer CropScience LP; Bayer CropScience, Inc., Corteva Inc.; Cargill Incorporated; BASF Corporation; Syngenta Corporation; Winfield Solutions, LLC; Univar Solutions, Inc.; Federated Co-operatives Ltd.; CHS Inc.; Nutrien Ag Solutions Inc.; Growmark Inc.; Simplot AB Retail Sub, Inc.; and Tenkoz Inc. | S.D. Ill. | 3:21-cv-00158 | Nancy J. Rosenstengel |
| **Plaintiffs**:<br>Jones Planting Co. III<br><br>**Defendants**:<br>Bayer CropScience LP; Bayer CropScience, Inc.; Corteva Inc.; Cargill Incorporated; BASF Corporation; Syngenta Corporation; Winfield Solutions, LLC; Univar Solutions, Inc.; Pioneer Hi-Bred International, Inc.; Federated Co-operatives Ltd.; CHS Inc.; Nutrien Ag Solutions Inc.; Growmark Inc.; Simplot AB Retail Sub, Inc.; and Tenkoz Inc. | S.D. Ill. | 3:21-cv-00173 | Nancy J. Rosenstengel |
| **Plaintiffs**:<br>Jason J. Canjar d/b/a Yedinak Registered Holsteins<br><br>**Defendants**:<br>Bayer CropScience LP; Bayer CropScience, Inc.; Corteva Inc.; Cargill Incorporated; BASF Corporation; Syngenta Corporation; Winfield Solutions, LLC; Univar Solutions, Inc.; Pioneer Hi-Bred International, Inc.; Federated Co-operatives Ltd.; CHS Inc.; Nutrien Ag Solutions Inc.; Growmark Inc.; Simplot AB Retail Sub, Inc.; and Tenkoz Inc. | S.D. Ill. | 3:21-cv-00181 | Nancy J. Rosenstengel |
| **Plaintiffs**:<br>Vienna Eqho Farms<br><br>**Defendants**:<br>Bayer CropScience LP; Bayer CropScience, Inc.; Corteva Inc.; Cargill Incorporated; BASF Corporation; Syngenta Corporation; Winfield Solutions, LLC; Univar Solutions, Inc.; Federated Co-operatives Ltd.; CHS Inc.; Nutrien Ag Solutions Inc.; Growmark Inc.; Simplot AB Retail Sub, Inc.; and Tenkoz Inc. | S.D. Ill. | 3:21-cv-00204 | David W. Dugan |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs**:<br>Melinda Budde<br><br>**Defendants**:<br>Syngenta Corporation; Bayer CropScience Incorporated; Bayer CropScience LP; Corteva Incorporated; BASF Corporation; Cargill; Incorporated; Winfield Solutions, LLC; Univar Solutions, Incorporated; CHS Incorporated; Nutrien Ag Solutions, Inc.; Growmark, Inc.; Simplot AB Retail Sub, Incorporated; Tenkoz, Inc.; Federated Co-operatives Ltd. | D. Kan. | 2:21-cv-02095 | John W. Broomes |
| **Plaintiffs**:<br>Randi Handwerk<br><br>**Defendants**:<br>Bayer CropScience LP; Bayer CropScience, Inc.; Corteva Inc.; Cargill Incorporated; BASF Corporation; Syngenta Corporation; Winfield Solutions, LLC; Univar Solutions, Inc.; Federated Co-operatives Ltd.; CHS Inc.; Nutrien Ag Solutions Inc.; Growmark Inc.; Growmark FS, LLC; Simplot AB Retail Sub, Inc.; and Tenkoz Inc. | D. Minn. | 0:21-cv-00351 | Michael J. Davis |
| **Plaintiffs**:<br>Dan Flaten<br><br>**Defendants**:<br>Bayer CropScience LP; Bayer CropScience; Inc., Corteva Inc.; Cargill Incorporated; BASF Corporation; Syngenta Corporation; Winfield Solutions, LLC; Univar Solutions, Inc.; Federated Co-operatives Ltd.; CHS Inc.; Nutrien Ag Solutions Inc.; Growmark Inc.; Growmark FS, LLC; Simplot AB Retail Sub, Inc.; and Tenkoz Inc. | D. Minn. | 0:21-cv-00404 | Michael J. Davis |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs**:<br>Ryan Bros., Inc., and Michael J. Ryan<br><br>**Defendants**:<br>Bayer CropScience LP; Bayer CropScience, Inc.; Corteva Inc.; Cargill Incorporated; BASF Corporation; Syngenta Corporatio; Winfield Solutions, LLC; Univar Solutions, Inc.; Federated Co-operatives Ltd.; CHS Inc.; Nutrien Ag Solutions Inc.; Growmark Inc.; Growmark FS, LLC; Simplot AB Retail Sub, Inc.; and Tenkoz Inc. | D. Minn. | 0:21-cv-00433 | Michael J. Davis |
| **Plaintiffs**:<br>Leon Pfaff<br><br>**Defendants**:<br>Bayer CropScience LP; Bayer CropScience, Inc.; Corteva Inc.; Cargill Incorporated; BASF Corporation; Syngenta Corporation; Winfield Solutions, LLC; Univar Solutions, Inc.; Federated Co-operatives Ltd.; CHS Inc.; Nutrien Ag Solutions Inc.; Growmark Inc.; Growmark FS, LLC; Simplot AB Retail Sub, Inc.; and Tenkoz Inc. | D. Minn. | 0:21-cv-00462 | Michael J. Davis |
| **Plaintiffs**:<br>B. Carlson<br><br>**Defendants**:<br>Bayer CropScience LP; Bayer CropScience, Inc.; Corteva Inc.; Cargill Incorporated; BASF Corporation; Syngenta Corporation; Winfield Solutions, LLC; Univar Solutions, Inc.; Federated Co-operatives Ltd.; CHS Inc.; Nutrien Ag Solutions Inc.; Growmark Inc.; Growmark FS, LLC; Simplot AB Retail Sub, Inc.; and Tenkoz Inc. | D. Minn. | 0:21-cv-00475 | Nancy E. Brasel |