## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE CROP INPUTS ANTITRUST LITIGATION | MDL No. |

## PROOF OF SERVICE

I hereby certify that, on February 24, 2021 copies of the Motion to Transfer and attachments and this Proof of Service were served by Federal Express and/or Electronic Mail as indicated below, to the following:

| | |
|---|---|
| **Via Federal Express**<br>John W. Nichols, Clerk of the Panel<br>Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, NE<br>Room G-255, North Lobby<br>Washington, D.C. 20544-0005 | **Via Federal Express**<br>Meg Robertie, Clerk of the Court<br>U.S. District Court for the Southern District of Illinois<br>750 Missouri Avenue<br>East St. Louis, IL 62201<br><br>No. 3:21-cv-00173 (S.D. Ill.)<br>No. 3:21-cv-00158 (S.D. Ill.)<br>No. 3:21-cv-00046 (S.D. Ill.)<br>No. 3:21-cv-00122 (S.D. Ill.)<br>No. 3:21-cv-00181 (S.D. Ill.)<br>No. 3:21-cv-00021 (S.D. Ill.)<br>No. 3:21-cv-00204 (S.D. Ill.) |
| **Via Federal Express**<br>Timothy M. O'Brien, Clerk of the Court<br>U.S. District for the District of Kansas<br>Robert J. Dole United States Courthouse<br>500 State Avenue, Suite 259<br>Kansas City, KS 66101<br><br>No. 2:21-cv-02095 (D. Kansas) | **Via Federal Express**<br>Kate Fogarty, Clerk of the Court<br>U.S. District for the District of Minnesota<br>Diana E. Murphy United States Courthouse<br>300 South Fourth Street - Suite 202<br>Minneapolis, MN 55415<br><br>No. 0:21-cv-00404 (D. Minn.)<br>No. 0:21-cv-00351 (D. Minn.)<br>No. 0:21-cv-00462 (D. Minn.)<br>No. 0:21-cv-00433 (D. Minn.)<br>No. 0:21-cv-00475 (D. Minn.) |

| | |
|---|---|
| **Via Federal Express**<br>Bayer CropScience LP<br>c/o Corporation Service Company<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC  27608<br><br>*Defendant* | **Via Federal Express**<br>Bayer CropScience, Inc.<br>c/o Corporation Service Company<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608<br><br>*Defendant* |
| **Via Federal Express**<br>Cargill Incorporated<br>c/o CT Corporation System<br>1010 Dale St. N<br>St. Paul, MN  55117<br><br>*Defendant* | **Via Federal Express**<br>Growmark Inc.<br>c/o Corporation Service Company<br>252 Little Falls Drive<br>Wilmington, DE  19808<br><br>*Defendant* |
| **Via Federal Express**<br>Growmark FS LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE  19808<br><br>*Defendant* | **Via Federal Express**<br>Simplot AB Retail Sub, Inc.<br>c/o Corporation Service Company<br>12550 W. Explorer Drive, Suite 100<br>Boise, ID  83713<br><br>*Defendant* |
| **Via Federal Express**<br>Tenkoz Inc.<br>c/o Peter Quittmeyer, Registered Agent<br>2300 Peachtree Street, Suite 2300<br>Atlanta, GA  30309<br><br>*Defendant* | **Via Federal Express**<br>Pioneer Hi-Bred International, Inc.<br>c/o CT Corporation System<br>400 E. Court Ave.<br>Des Moines, IA  50309<br><br>*Defendant* |

| | |
|---|---|
| **Via Electronic Mail**<br>Robert L. King<br>Stephen M. Tillery<br>Jamie Boyer<br>Carol O'Keefe<br>John A. Libra<br>Randall P. Ewing<br>KOREIN TILLERY LLC<br>One U.S. Bank Plaza<br>505 N. 7th Street, Suite 3600<br>St. Louis, MO 63101<br>rking@koreintillery.com<br>stillery@koreintillery.com<br>jboyer@koreintillery.com<br>cokeefe@koreintillery.com<br><br>*Counsel for Plaintiffs Charles Lex, Jason J. Canjar d/b/a Yedinak Registered Holsteins, Barbara Piper*<br><br>*Lex v. Bayer CropScience LP, et al.* No. 3:21-cv-00122 (S.D. Ill.)<br>*Canjar v. Bayer CropScience, et al.,* No. 3:21-cv-00181 (S.D. Ill.)<br>*Piper, et al., v. Bayer CropScience, et al.,* No. 3:21-cv-00021 (S.D. Ill.) | **Via Electronic Mail**<br>W. Joseph Bruckner<br>Robert K. Shelquist<br>Brian D. Clark<br>Rebecca A. Peterson<br>Stephanie A. Chen<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Ave. South, Suite 2200<br>Minneapolis, MN 63101<br>wjbruckner@locklaw.com<br>rkshelquist@locklaw.com<br>bdclark@locklaw.com<br>rapeterson@locklaw.com<br>sachen@locklaw.com<br><br>*Counsel for Plaintiff Charles Lex*<br><br>*Lex v. Bayer CropScience LP, et al.* No. 3:21-cv-00122 (S.D. Ill.) |

| | |
|---|---|
| **Via Electronic Mail**<br>J. Barton Goplerud<br>Brandon M. Bohlman<br>SCHINDLER, ANDERSON, GOPLERUD & WEESE P.C.<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265<br>goplerud@sagwlaw.com<br>bohlman@sagwlaw.com<br><br>*Counsel for Plaintiff Charles Lex*<br><br>*Lex v. Bayer CropScience LP, et al.* No. 3:21-cv-00122 (S.D. Ill.) | **Via Electronic Mail**<br>George A. Zelcs<br>John Libra<br>Randall P. Ewing, Jr.<br>Jonathon Byrer<br>Ryan Z. Cortazar<br>KOREIN TILLERY, LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>gzelcs@koreintillery.com<br>jlibra@koreintillery.com<br>rewing@koreintillery.com<br>jbyrer@koreintillery.com<br>rcortazar@koreintillery.com<br><br>*Counsel for Plaintiffs Jason J. Canjar d/b/a Yedinak Registered Holsteins, Barbara Piper*<br><br>*Canjar v. Bayer CropScience, et al.,* No. 3:21-cv-00181 (S.D. Ill.)<br><br>*Piper, et al., v. Bayer CropScience, et al.,* No. 3:21-cv-00021 (S.D. Ill.) |
| **Via Electronic Mail**<br>Mark Edelson<br>EDELSON LECHTZIN LLP<br>3 Terry Drive, Suite 205<br>Newtown, PA 18940<br>medelson@edelson-law.com<br><br>*Counsel for Plaintiff Jason J. Canjar d/b/a Yedinak Registered Holsteins*<br><br>*Canjar v. Bayer CropScience, et al.,* No. 3:21-cv-00181 (S.D. Ill.) | **Via Electronic Mail**<br>Joseph E. Mariotti<br>CAPUTO & MARIOTTI, P.C.<br>730 Main Street<br>Moosic, PA 18507<br>jmariotti@caputomariotti.com<br><br>*Counsel for Plaintiff Jason J. Canjar d/b/a Yedinak Registered Holsteins*<br><br>*Canjar v. Bayer CropScience, et al.,* No. 3:21-cv-00181 (S.D. Ill.) |

| | |
|---|---|
| **Via Electronic Mail**<br>Charles F. Barrett<br>NEAL & HARWELL, PLC<br>1201 Demonbreun Street, Suite 1000<br>Nashville, Tennessee 37203<br>cbarrett@nealharwell.com<br><br>*Counsel for Plaintiff Jones Planting Co. III*<br><br>*Jones Planting Co. III v. Bayer CropScience LP, et al.,* No. 3:21-cv-00173 (S.D. Ill.) | **Via Electronic Mail**<br>Gregory S. Asciolla<br>Karin E. Garvey<br>Jonathan S. Crevier<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, New York 10005<br>gasciolla@labaton.com<br>kgarvey@labaton.com<br>jcrevier@labaton.com<br><br>*Counsel for Plaintiff Jones Planting Co. III*<br><br>*Jones Planting Co. III v. Bayer CropScience LP, et al.,* No. 3:21-cv-00173 (S.D. Ill.) |
| **Via Electronic Mail**<br>Jonathan P. Barrett<br>BARRETT LAW, PLLC<br>121 Colony Crossing, Suite D<br>Madison, MS 39110<br>jpb@barrettlawms.com<br><br>*Counsel for Plaintiff Jones Planting Co. III*<br><br>*Jones Planting Co. III v. Bayer CropScience LP, et al.,* No. 3:21-cv-00173 (S.D. Ill.) | **Via Electronic Mail**<br>Michael R. Cashman<br>Anne T. Regan<br>Nathan D. Prosser<br>HELLMUTH & JOHNSON, PLLC<br>8050 West 78th Street<br>Edina, Minnesota 55439<br>mcashman@hjlawfirm.com<br>aregan@hjlawfirm.com<br>nprosser@hjlawfirm.com<br><br>*Counsel for Plaintiffs Ryan Bros., Inc. and Michael J. Ryan*<br><br>*Ryan Bros., Inc., et al., v. Bayer CropScience LP, et al.,* No. 0:21-cv-00433 (D. Minn.) |

| | |
|---|---|
| **Via Electronic Mail**<br>Drew R. Ball<br>Steve McCann<br>BALL & McCANN, P.C.<br>161 North Clark Street, Suite 1600<br>Chicago, Illinois 60601<br>Drew@BallMcCannLaw.com<br>Steve@BallMcCannLaw.com<br><br>*Counsel for Plaintiffs Ryan Bros., Inc. and Michael J. Ryan*<br><br>*Ryan Bros., Inc., et al., v. Bayer CropScience LP, et al.,* No. 0:21-cv-00433 (D. Minn.) | **Via Electronic Mail**<br>Derek Y. Brandt<br>Leigh M. Perica<br>Connor P. Lemire<br>MCCUNE WRIGHT AREVALO, LLP<br>231 North Main Street, Suite 20<br>Edwardsville, Illinois 62025<br>dyb@mccunewright.com<br>lmp@mccunewright.com<br>cpl@mccunewright.com<br><br>*Counsel for Plaintiff Darren Duncan*<br><br>*Duncan v. Bayer CropScience LP, et al.,* No. 3:21-cv-00158 (D. Minn.) |
| **Via Electronic Mail**<br>Richard D. McCune<br>MCCUNE WRIGHT AREVALO, LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, California 91761<br>rdm@mccunewright.com<br><br>*Counsel for Plaintiff Darren Duncan*<br><br>*Duncan v. Bayer CropScience LP, et al.,* No. 3:21-cv-00158 (D. Minn.) | **Via Electronic Mail**<br>Daniel E. Gustafson<br>Daniel C. Hedlund<br>Michelle J. Looby<br>Daniel J. Nordin<br>Mickey L. Stevens<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>dnordin@gustafsongluek.com<br>mstevens@gustafsongluek.com<br><br>*Counsel for Plaintiffs Dan Flaten, Randi Handwerk, Leon Pfaff*<br><br>*Flaten v. Bayer CropScience LP, et al.,* No. 0:21-cv-00404 (D. Minn.)<br><br>*Handwerk v. Bayer CropScience LP, et al.,* No. 0:21-cv-00351 (D. Minn.)<br><br>*Pfaff v. Bayer CropScience LP, et al.,* No. 0:21-cv-00462 (D. Minn.) |

| | |
|---|---|
| **Via Electronic Mail**<br>Richard M. Paul III<br>Ashlea G. Schwarz<br>PAUL LLP<br>601 Walnut Street, Suite 300<br>Kansas City, MO 64106<br>Rick@PaulLLP.com<br>Ashlea@PaulLLP.com<br><br>*Counsel for Plaintiff Dan Flaten*<br><br>*Flaten v. Bayer CropScience LP, et al.,* No. 0:21-cv-00404 (D. Minn.) | **Via Electronic Mail**<br>Anne T. Regan<br>Nathan D. Prosser<br>HELLMUTH & JOHNSON PLLC<br>8050 West 78th Street<br>Edina, MN 55439<br>aregan@hjlawfirm.com<br>nprosser@hjlawfirm.com<br><br>*Counsel for Plaintiff Randi Handwerk*<br><br>*Handwerk v. Bayer CropScience LP, et al.,* No. 0:21-cv-00351 (D. Minn.) |
| **Via Electronic Mail**<br>Joseph W. Cotchett<br>Adam J. Zapala<br>Karin B. Swope<br>Elizabeth T. Castillo<br>James G.B. Dallal<br>Reid W. Gaa<br>COTCHETT, PITRE & MCCARTHY, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>jcotchett@cpmlegal.com<br>azapala@cpmlegal.com<br>kswope@cpmlegal.com<br>ecastillo@cpmlegal.com<br>jdallal@cpmlegal.com<br>rgaa@cpmlegal.com<br><br>*Counsel for Plaintiff Randi Handwerk*<br><br>*Handwerk v. Bayer CropScience LP, et al.,* No. 0:21-cv-00351 (D. Minn.) | **Via Electronic Mail**<br>Joseph Goldberg<br>Vincent J. Ward<br>Frank T. Davis<br>Josh B. Ewing<br>FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD P.A.<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87102<br>jg@fbdlaw.com<br>vwj@fbdlaw.com<br>ftd@fbdlaw.com<br>jbe@fbdlaw.com<br><br>*Counsel for Plaintiff Randi Handwerk*<br><br>*Handwerk v. Bayer CropScience LP, et al.,* No. 0:21-cv-00351 (D. Minn.) |

| | |
|---|---|
| **Via Electronic Mail**<br>Robert J. Gralewski, Jr.<br>Samantha L. Greenberg<br>KIRBY McINERNEY LLP<br>600 B Street, Suite 2110<br>San Diego, CA 92101<br>bgralewski@kmllp.com<br>sgreenberg@kmllp.com<br><br>*Counsel for Plaintiff Leon Pfaff*<br><br>*Pfaff v. Bayer CropScience LP, et al.,* No. 0:21-cv-00462 (D. Minn.) | **Via Electronic Mail**<br>Kenneth A. Wexler<br>Mark R. Miller<br>Melinda J. Morales<br>WEXLER WALLACE LLP<br>55 W. Monroe Street, Suite 3300<br>Chicago, Illinois 60603<br>kaw@wexlerwallace.com<br>mrm@wexlerwallace.com<br>mjm@wexlerwallace.com<br><br>*Counsel for Plaintiff Leon Pfaff*<br><br>*Pfaff v. Bayer CropScience LP, et al.,* No. 0:21-cv-00462 (D. Minn.) |
| **Via Electronic Mail**<br>Timothy D. Battin<br>Christopher V. Le<br>STRAUS & BOIES, LLP<br>4041 University Drive, Suite 500<br>Fairfax, VA 22030<br>tbattin@straus-boies.com<br>cle@straus-boies.com<br><br>*Counsel for Plaintiff Leon Pfaff*<br><br>*Pfaff v. Bayer CropScience LP, et al.,* No. 0:21-cv-00462 (D. Minn.) | **Via Electronic Mail**<br>Robert A. Clifford<br>Shannon M. McNulty<br>CLIFFORD LAW OFFICES, P.C.<br>120 North LaSalle, #3100<br>Chicago, Illinois 60602<br>rac@cliffordlaw.com<br>smm@cliffordlaw.com<br><br>*Counsel for Plaintiff John C. Swanson*<br><br>*Swanson v. Bayer CropScience LP, et al.,* No. 3:21-cv-00046 (S.D. Ill.) |

| | |
|---|---|
| **Via Electronic Mail**<br>Linda P. Nussbaum<br>Bart D. Cohen<br>Christopher B. Sanchez<br>Louis Kessler<br>NUSSBAUM LAW GROUP, P.C.<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036<br>lnussbaum@nussbaumpc.com<br>bcohen@nussbaumpc.com<br>csanchez@nussbaumpc.com<br>lkessler@nussbaumpc.com<br><br>*Counsel for Plaintiff John C. Swanson*<br><br>*Swanson v. Bayer CropScience LP, et al.,* No. 3:21-cv-00046 (S.D. Ill.) | **Via Electronic Mail**<br>Arthur N. Bailey<br>Marco Cercone<br>RUPP BAASE PFALZGRAF CUNNINGHAM LLC<br>1600 Liberty Building<br>424 Main Street<br>Buffalo, New York 14202<br>bailey@ruppbaase.com<br>cercone@ruppbaase.com<br><br>*Counsel for Plaintiff John C. Swanson*<br><br>*Swanson v. Bayer CropScience LP, et al.,* No. 3:21-cv-00046 (S.D. Ill.) |
| **Via Electronic Mail**<br>Rex A. Sharp<br>Ruth Anne French-Hodson<br>SHARP LAW, LLP<br>5301 W. 75th Street<br>Prairie Village, KS 66208<br>rsharp@midwest-law.com<br>rafrenchhodson@midwest-law.com<br><br>*Counsel for Plaintiff Melinda Budde*<br><br>*Budde v. Bayer CropScience LP, et al.,* No. 2:21-cv-02095 (D. Kan.) | **Via Electronic Mail**<br>Isaac Diel<br>Greg Bentz<br>SHARP LAW, LLP<br>6900 College Blvd., Suite 285<br>Overland Park, KS 66211<br>idiel@midwest-law.com<br>gbentz@midwest-law.com<br><br>*Counsel for Plaintiff Melinda Budde*<br><br>*Budde v. Bayer CropScience LP, et al.,* No. 2:21-cv-02095 (D. Kan.) |

| | |
|---|---|
| **Via Electronic Mail**<br>Brian C. Gudmundson<br>Alyssa J. Leary<br>David M. Cialkowski<br>ZIMMERMAN REED LLP<br>1100 IDS Center, 80 S. 8th St.<br>Minneapolis, MN 55402<br>david.cialkowski@zimmreed.com<br>brian.gudmundson@zimmreed.com<br>alyssa.leary@zimmreed.com<br><br>*Counsel for Plaintiff B. Carlson*<br><br>*Carlson v. Bayer CropScience LP, et al.,* No. 0:21-cv-00475 (D. Minn.) | **Via Electronic Mail**<br>Hart L. Robinovitch<br>ZIMMERMAN REED LLP<br>14646 N. Kierland Blvd., Suite 145<br>Scottsdale, AZ 85254<br>hart.robinovitch@zimmreed.com<br><br>*Counsel for Plaintiff B. Carlson*<br><br>*Carlson v. Bayer CropScience LP, et al.,* No. 0:21-cv-00475 (D. Minn.) |
| **Via Electronic Mail**<br>John W. "Don" Barrett<br>Katherine Barrett Riley<br>David McMullan, Jr.<br>Sterling Starns<br>BARRETT LAW GROUP, P.A.<br>P.O. Box 927<br>404 Court Square North<br>Lexington, Mississippi 39095-0927<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com<br>dmcmullan@barrettlawgroup.com<br>sstarns@barrettlawgroup.com<br><br>*Counsel for Plaintiff Vienna Eqho Farms*<br><br>*Vienna Eqho Farms v. Bayer CropScience LP, et al.,* No. 3:21cv00204 (S.D. Ill.) | **Via Electronic Mail**<br>Jonathan W. Cuneo<br>Victoria Sims<br>Blaine Finley<br>CUNEO GILBERT & LADUCA, LLP<br>4725 Wisconsin Ave., NW Suite 200<br>Washington, DC 20016<br>jonc@cuneolaw.com<br>vicky@cuneolaw.com<br>bfinley@cuneolaw.com<br><br>*Counsel for Plaintiff Vienna Eqho Farms*<br><br>*Vienna Eqho Farms v. Bayer CropScience LP, et al.,* No. 3:21cv00204 (S.D. Ill.) |
| **Via Electronic Mail**<br>Donald M. Flack, Jr.<br>ARMSTRONG TEASDALE LLP<br>7700 Forsyth Blvd., Suite 1900<br>St. Louis, MO 63105<br>dflack@armstrongteasdale.com<br><br>*Counsel for Defendant Corteva Inc.* | **Via Electronic Mail**<br>Travis H. Campbell<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102<br>Travis.campbell@bclplaw.com<br><br>*Counsel for Defendant Nutrien Ag Solutions Inc.* |

| | |
|---|---|
| **Via Electronic Mail**<br>Troy A. Bozarth<br>HEPLERBROOM LLC<br>130 North Main Street<br>P.O. Box 510<br>Edwardsville, IL  62025<br>tab@heplerbroom.com<br><br>*Counsel for Defendant BASF Corporation* | **Via Electronic Mail**<br>Michael J. Nester<br>DONOVAN ROSE NESTER, P.C.<br>15 North 1st Street, Suite A<br>Belleville, IL  62220<br>mnester@drnpc.com<br><br>*Counsel for Defendant Syngenta Corporation* |
| **Via Electronic Mail**<br>Nathan P. Eimer<br>Brian Chang<br>Sarah H. Catalano<br>Vanessa G. Jacobsen<br>EIMER STAHL LLP<br>224 South Michigan Ave., Suite 1100<br>Chicago, IL  60604<br>neimer@eimerstahl.com<br>bchang@eimerstahl.com<br>scatalano@eimerstaho.com<br>vjacobsen@eimerstaho.com<br><br>*Counsel for Defendant Winfield Solutions LLC* | **Via Electronic Mail**<br>Craig C. Martin<br>Matt D. Basil<br>WILLKIE FARR & GALLAGHER LLP<br>300 N. LaSalle<br>Chicago, IL  60654<br>cmartin@willkie.com<br>mbasil@willkie.com<br><br>*Counsel for Defendant Univar Solutions, Inc.* |
| **Via Electronic Mail**<br>Michael L. McCluggage<br>EIMER STAHL LLP<br>224 South Michigan Ave., Suite 1100<br>Chicago, IL  60604<br>mmccluggage@eimerstahl.com<br><br>*Counsel for Defendant Federated Co-Operatives Ltd.* | **Via Electronic Mail**<br>Colby A. Kingsbury<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>311 South Wacker Drive, Suite 4300<br>Chicago, IL  60606<br>Colby.kingsbury@faegredrinker.com<br><br>*Counsel for Defendant CHS Inc.* |
| **Via Electronic Mail**<br>Kathy L. Osborn<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN  46204<br>Kathy.osborn@faegredrinker.com<br><br>*Counsel for Defendant CHS Inc.* | |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: February 24, 2021

Respectfully submitted,

/s/ *Vincent Briganti*
Vincent Briganti
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: (914) 997-0500
vbriganti@lowey.com

*Counsel for Movants and the Proposed Classes*