BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION | MDL No. 2993 |

**PROOF OF SERVICE**

I hereby certify that on March 9, 2021 copies of the Notice of Appearance of W. Joseph Bruckner and this Proof of Service were served by U.S. Mail as indicated below, to the following:

| | |
|---|---|
| **Via U.S. Mail**<br>Bayer CropScience LP<br>c/o Corporation Service Company<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608<br><br>*Defendant* | **Via U.S. Mail**<br>Bayer CropScience, Inc.<br>c/o Corporation Service Company<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608<br><br>*Defendant* |
| **Via U.S. Mail**<br>Cargill Incorporated<br>c/o CT Corporation System<br>1010 Dale St. N<br>St. Paul, MN 55117<br><br>*Defendant* | **Via Federal Express**<br>Growmark Inc.<br>c/o Corporation Service Company<br>252 Little Falls Drive<br>Wilmington, DE 19808<br><br>*Defendant* |
| **Via U.S. Mail**<br>Simplot AB Retail Sub, Inc.<br>c/o Corporation Service Company<br>12550 W. Explorer Drive, Suite 100<br>Boise, ID 83713<br><br>*Defendant* | **Via U.S. Mail**<br>Pioneer Hi-Bred International, Inc.<br>c/o CT Corporation System<br>400 E. Court Ave.<br>Des Moines, IA 50309<br><br>*Defendant* |
| **Via Federal Express**<br>Tenkoz Inc.<br>c/o Peter Quittmeyer, Registered Agent<br>2300 Peachtree Street, Suite 2300<br>Atlanta, GA 30309<br><br>*Defendant* | |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED: March 9, 2021

*/s/* W. Joseph Bruckner
W. Joseph Bruckner (admitted pro hac vice)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
wjbruckner@locklaw.com

*Counsel for Charles Lex and Movants and the Proposed Classes*