BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION | MDL No. 2993 |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 9, 2021 I electronically filed the foregoing document using CM/ECF system which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Karin E. Garvey*

*Attorney for Plaintiff Jones Planting Company III*