BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: CROP INPUTS ANTITRUST LITIGATION | MDL No. 2993 |
|---|---|

**NOTICE OF RELATED ACTION**

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel writes to notify the Clerk of the Panel of the related action listed on the attached Schedule of Actions.

The docket sheet and complaint for *Eagle Lake Farms Partnership v. Bayer Cropscience LP, et al.,* **Case No. 0:21-cv-00543 (D. Minn.),** filed on February 24, 2021, and pending in the United States District Court for the District of Minnesota, before the Honorable Michael J. Davis, are attached hereto as Exhibit A.

Dated: March 10, 2021

Respectfully submitted,

*/s/ Daniel E. Gustafson*
Daniel E. Gustafson (MN Lic. #202241)
Michelle J. Looby (MN Lic. #0388166)
Daniel J. Nordin (MN Lic. #0392393)
Mickey L. Stevens (MN Lic. #0398549)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
mlooby@gustafsongluek.com
dnordin@gustafsongluek.com
mstevens@gustafsongluek.com

Jeffrey B. Gittleman
Chad A. Carder
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square

1

2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
jgittleman@barrack.com ccarder@barrack.com

John G. Emerson
**EMERSON FIRM, PLLC**
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800)-551-8649
jemerson@emersonfirm.com

*Counsel for Plaintiff Eagle Lake Farms Partnership*