BEFORE THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION | MDL No. 2993 | |

## SCHEDULE OF ACTIONS

| | Plaintiff | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Brad DeKrey | Bayer Cropscience LP; Bayer Cropscience, Inc.; Corteva, Inc.; Cargill Inc.; BASF Corp.; Syngenta Corp.; Winfield Solutions, LLC Univar Solutions, Inc.; Federated Co-Operatives Ltd.; CHS Inc.; Nutrien AG Solutions Inc.; Growmark Inc.; Growmark FS, LLC; Simplot AB Retail Sub, Inc.; Tenkoz, Inc. | D. Minn. | 0:21-cv-00639-MJD-TNL | Judge Michael J. Davis |

Dated:   March 11, 2021                Respectfully submitted,

  *s/David M. Cialkowski*
  David M. Cialkowski (MN Lic. #306526)
  Brian C. Gudmundson (MN Lic. #336695)
  Alyssa J. Leary (MN Lic. #397552)
  **ZIMMERMAN REED LLP**
  1100 IDS Center, 80 S. 8th St.
  Minneapolis, MN 55402
  Telephone: (612) 341-0400

david.cialkowski@zimmreed.com
brian.gudmundson@zimmreed.com
alyssa.leary@zimmreed.com

Hart L. Robinovitch (MN Lic. #240515)
**ZIMMERMAN REED LLP**
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254
Telephone: (480) 348-6415
hart.robinovitch@zimmreed.com

Sharon S. Almonrode
William Kalas
Dennis A. Lienhardt
**THE MILLER LAW FIRM PC**
950 West University Drive,
Rochester, Michigan 48307
(248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
wk@millerlawpc.com
dal@millerlawpc.com

*Attorneys for Brad DeKrey and the Proposed Class*