# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2993 & Title – **IN RE**: CROP INPUTS ANTITRUST LITIGATION

## NOTICE OF APPEARANCE
(Appearances should only be entered in compliance with Rule 4.1(c).)

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than on party, attach a separate list.)**

Defendant Nutrien Ag Solutions, Inc.

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions)**
**NOTE: Include only actions in which you are entering an Appearance.**

Please see Schedule A, attached.

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 3/11/2021 | /s/ G. Patrick Watson |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**   G. Patrick Watson
1201 West Peachtree Street
Suite 1400
Atlanta, Georgia 30309
Telephone: 404-572-6846
Fax No.: 404-420-0846
patrick.watson@bclplaw.com