# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE:** Crop Inputs Antitrust Litigation           MDL No. **2993**

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing **Notice of Appearance of G. Patrick Watson** were served on all parties in the following cases electronically via ECF, or as indicated below, on **March 11, 2021**.

**Counsel for Plaintiffs:**

*Piper v. Bayer CropScience, LP et al.*, No. 3:21-cv-00021 (S.D. Ill.)
*Swanson v. Bayer CropScience, LP et al.*, No. 3:21-cv-00046 (S.D. Ill.)
*Lex v. Bayer CropScience, LP et al.*, No. 3:21-cv-00122 (S.D. Ill.)
*Jones Planting Co. III v. Bayer CropScience, LP et al.*, No. 3:21-cv-00173 (S.D. Ill.)

| | |
|---|---|
| **Via ECF**<br>Vincent Briganti<br>LOWEY DANNENBERG, P.C.<br>vbriganti@lowey.com | **Via ECF**<br>W. Joseph Brucker<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>wjbruckner@locklaw.com |
| **Via ECF**<br>Linda P. Nussbaum<br>NUSSBAUM LAW GROUP, P.C.<br>lnussbaum@nussbaumpc.com | **Via ECF**<br>Karin E. Garvey<br>LABATON SUCHAROW LLP<br>kgarvey@labaton.com |
| **Via Electronic Mail**<br>Bart D. Cohen<br>Christopher B. Sanchez<br>Louis Kessler<br>NUSSBAUM LAW GROUP, P.C.<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036<br>bcohen@nussbaumpc.com<br>csanchez@nussbaumpc.com<br>lkessler@nussbaumpc.com | **Via Electronic Mail**<br>Robert K. Shelquist<br>Brian D. Clark<br>Rebecca A. Peterson<br>Stephanie A. Chen<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Ave. South, Suite 2200<br>Minneapolis, MN 63101<br>rkshelquist@locklaw.com<br>bdclark@locklaw.com<br>rapeterson@locklaw.com<br>sachen@locklaw.com |

| | |
|---|---|
| **Via Electronic Mail**<br>Christian Levis<br>Roland R. St. Louis, III<br>LOWEY DANNENBERG, P.C.<br>44 South Broadway<br>White Plains, NY 10601 | **Via Electronic Mail**<br>Gregory S. Asciolla<br>Jonathan S. Crevier<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, New York 10005<br>gasciolla@labaton.com<br>jcrevier@labaton.com |
| **Via Electronic Mail**<br>Robert L. King<br>Stephen M. Tillery<br>Jamie Boyer<br>Carol O'Keefe<br>John A. Libra<br>Randall P. Ewing<br>KOREIN TILLERY LLC<br>One U.S. Bank Plaza<br>505 N. 7thStreet, Suite 3600<br>St. Louis, MO 63101<br>rking@koreintillery.com<br>stillery@koreintillery.com<br>jboyer@koreintillery.com<br>cokeefe@koreintillery.com | **Via Electronic Mail**<br>George A. Zelcs<br>John Libra<br>Randall P. Ewing, Jr.<br>Jonathon Byrer<br>Ryan Z. Cortazar<br>KOREIN TILLERY, LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>gzelcs@koreintillery.com<br>jlibra@koreintillery.com<br>rewing@koreintillery.com<br>jbyrer@koreintillery.com<br>rcortazar@koreintillery.com |
| **Via Electronic Mail**<br>Robert A. Clifford<br>Shannon M. McNulty<br>CLIFFORD LAW OFFICES, P.C.<br>120 North LaSalle, #3100<br>Chicago, Illinois 60602<br>rac@cliffordlaw.com<br>smm@cliffordlaw.com | **Via Electronic Mail**<br>Arthur N. Bailey<br>Marco Cercone<br>RUPP BAASE PFALZGRAF<br>CUNNINGHAM LLC<br>1600 Liberty Building<br>424 Main Street<br>Buffalo, New York 14202<br>bailey@ruppbaase.com<br>cercone@ruppbaase.com |
| **Via Electronic Mail**<br>J. Barton Goplerud<br>Brandon M. Bohlman<br>SCHINDLER, ANDERSON, GOPLERUD & WEESE P.C.<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265<br>goplerud@sagwlaw.com<br>bohlman@sagwlaw.com | **Via Electronic Mail**<br>Charles F. Barrett<br>NEAL & HARWELL, PLC<br>1201 Demonbreun Street, Suite 1000<br>Nashville, Tennessee 37203<br>cbarrett@nealharwell.com |

| | |
|---|---|
| **Via Electronic Mail**<br>Jonathan P. Barrett<br>BARRETT LAW, PLLC<br>121 Colony Crossing, Suite D<br>Madison, MS 39110<br>jpb@barrettlawms.com | |

*Duncan v. Bayer CropScience, LP et al.*, No. 3:21-cv-00158 (S.D. Ill.)

| | |
|---|---|
| **Via ECF**<br>Derek Y. Brandt<br>MCCUNE WRIGHT AREVALO, LLP<br>dyb@mccunewright.com | **Via Electronic Mail**<br>Richard D. McCune<br>MCCUNE WRIGHT AREVALO, LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, California 91761<br>rdm@mccunewright.com |
| **Via Electronic Mail**<br>Leigh M. Perica<br>Connor P. Lemire<br>MCCUNE WRIGHT AREVALO, LLP<br>231 North Main Street, Suite 20<br>Edwardsville, Illinois 62025<br>lmp@mccunewright.com<br>cpl@mccunewright.com | |

*Canjar v. Bayer CropScience, LP et al.*, No. 3:21-cv-00181 (S.D. Ill.)

| | |
|---|---|
| **Via Electronic Mail**<br>Robert L. King<br>Stephen M. Tillery<br>Jamie Boyer<br>Carol O'Keefe<br>John A. Libra<br>Randall P. Ewing<br>KOREIN TILLERY LLC<br>One U.S. Bank Plaza<br>505 N. 7thStreet, Suite 3600<br>St. Louis, MO 63101<br>rking@koreintillery.com<br>stillery@koreintillery.com<br>jboyer@koreintillery.com<br>cokeefe@koreintillery.com | **Via Electronic Mail**<br>George A. Zelcs<br>John Libra<br>Randall P. Ewing, Jr.<br>Jonathon Byrer<br>Ryan Z. Cortazar<br>KOREIN TILLERY, LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>gzelcs@koreintillery.com<br>jlibra@koreintillery.com<br>rewing@koreintillery.com<br>jbyrer@koreintillery.com<br>rcortazar@koreintillery.com |

| | |
|---|---|
| **Via Electronic Mail**<br>Mark Edelson<br>EDELSON LECHTZIN LLP<br>3 Terry Drive, Suite 205<br>Newtown, PA 18940<br>medelson@edelson-law.com | **Via Electronic Mail**<br>Joseph E. Mariotti<br>CAPUTO & MARIOTTI, P.C.<br>730 Main Street<br>Moosic, PA 18507<br>jmariotti@caputomariotti.com |

*Vienna Ehqo Farms v. Bayer CropScience, LP et al.*, No. 3:21-cv-00158 (S.D. Ill.)

| | |
|---|---|
| **Via Electronic Mail**<br>John W. "Don" Barrett<br>Katherine Barrett Riley<br>David McMullan, Jr.<br>Sterling Starns<br>BARRETT LAW GROUP, P.A.<br>P.O. Box 927<br>404 Court Square North<br>Lexington, Mississippi 39095-0927<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com<br>dmcmullan@barrettlawgroup.com<br>sstarns@barrettlawgroup.com | **Via Electronic Mail**<br>Jonathan W. Cuneo<br>Victoria Sims<br>Blaine Finley<br>CUNEO GILBERT & LADUCA, LLP<br>4725 Wisconsin Ave., NW Suite 200<br>Washington, DC 20016<br>jonc@cuneolaw.com<br>vicky@cuneolaw.com<br>bfinley@cuneolaw.com |

*Budde v. Syngenta Corp. et al.*, No. 2:21-cv-02095 (D. Kan.)

| | |
|---|---|
| **Via Electronic Mail**<br>Rex A. Sharp<br>Ruth Anne French-Hodson<br>SHARP LAW, LLP<br>5301 W. 75th Street<br>Prairie Village, KS 66208<br>rsharp@midwest-law.com<br>rafrenchhodson@midwest-law.com | **Via Electronic Mail**<br>Isaac Diel<br>Greg Bentz<br>SHARP LAW, LLP<br>6900 College Blvd., Suite 285<br>Overland Park, KS 66211<br>idiel@midwest-law.com<br>gbentz@midwest-law.com |

*Handwerk v. Bayer CropScience LP, et al.,* No. 0:21-cv-00351 (D. Minn.)

| **Via ECF**<br>Daniel E. Gustafson<br>GUSTAFSON GLUEK PLLC<br>dgustafson@gustafsongluek.com | **Via Electronic Mail**<br>Daniel C. Hedlund<br>Michelle J. Looby<br>Daniel J. Nordin<br>Mickey L. Stevens<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>dnordin@gustafsongluek.com<br>mstevens@gustafsongluek.com |
|---|---|
| **Via Electronic Mail**<br>Joseph Goldberg<br>Vincent J. Ward<br>Frank T. Davis<br>Josh B. Ewing<br>FREEDMAN BOYD HOLLANDER<br>GOLDBERG URIAS & WARD P.A.<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87102<br>jg@fbdlaw.com<br>vwj@fbdlaw.com<br>ftd@fbdlaw.com<br>jbe@fbdlaw.com | **Via Electronic Mail**<br>Joseph W. Cotchett<br>Adam J. Zapala<br>Karin B. Swope<br>Elizabeth T. Castillo<br>James G.B. Dallal<br>Reid W. Gaa<br>COTCHETT, PITRE & MCCARTHY, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>jcotchett@cpmlegal.com<br>azapala@cpmlegal.com<br>kswope@cpmlegal.com<br>ecastillo@cpmlegal.com<br>jdallal@cpmlegal.com<br>rgaa@cpmlegal.com |
| **Via Electronic Mail**<br>Anne T. Regan<br>Nathan D. Prosser<br>HELLMUTH & JOHNSON PLLC<br>8050 West 78th Street<br>Edina, MN 55439<br>aregan@hjlawfirm.com<br>nprosser@hjlawfirm.com | |

*Flaten v. Bayer CropScience LP, et al.,* No. 0:21-cv-00404 (D. Minn.)

| **Via ECF**<br>Daniel E. Gustafson<br>GUSTAFSON GLUEK PLLC<br>dgustafson@gustafsongluek.com | **Via Electronic Mail**<br>Daniel C. Hedlund<br>Michelle J. Looby<br>Daniel J. Nordin<br>Mickey L. Stevens<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>dnordin@gustafsongluek.com<br>mstevens@gustafsongluek.com |
|---|---|
| **Via Electronic Mail**<br>Richard M. Paul III<br>Ashlea G. Schwarz<br>PAUL LLP<br>601 Walnut Street, Suite 300<br>Kansas City, MO 64106<br>Rick@PaulLLP.com<br>Ashlea@PaulLLP.com | |

*Ryan Bros., Inc., et al., v. Bayer CropScience LP, et al.,* No. 0:21-cv-00433 (D. Minn.)

| **Via Electronic Mail**<br>Michael R. Cashman<br>Anne T. Regan<br>Nathan D. Prosser<br>HELLMUTH & JOHNSON, PLLC<br>8050 West 78th Street<br>Edina, Minnesota 55439<br>mcashman@hjlawfirm.com<br>aregan@hjlawfirm.com<br>nprosser@hjlawfirm.com | **Via Electronic Mail**<br>Drew R. Ball<br>Steve McCann<br>BALL & McCANN, P.C.<br>161 North Clark Street, Suite 1600<br>Chicago, Illinois 60601<br>Drew@BallMcCannLaw.com<br>Steve@BallMcCannLaw.com |
|---|---|

*Pfaff v. Bayer CropScience LP, et al.,* No. 0:21-cv-00462 (D. Minn.)

| | |
|---|---|
| **Via ECF**<br>Daniel E. Gustafson<br>GUSTAFSON GLUEK PLLC<br>dgustafson@gustafsongluek.com | **Via Electronic Mail**<br>Daniel C. Hedlund<br>Michelle J. Looby<br>Daniel J. Nordin<br>Mickey L. Stevens<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>dnordin@gustafsongluek.com<br>mstevens@gustafsongluek.com |
| **Via Electronic Mail**<br>Robert J. Gralewski, Jr.<br>Samantha L. Greenberg<br>KIRBY McINERNEY LLP<br>600 B Street, Suite 2110<br>San Diego, CA 92101<br>bgralewski@kmllp.com<br>sgreenberg@kmllp.com | **Via Electronic Mail**<br>Kenneth A. Wexler<br>Mark R. Miller<br>Melinda J. Morales<br>WEXLER WALLACE LLP<br>55 W. Monroe Street, Suite 3300<br>Chicago, Illinois 60603<br>kaw@wexlerwallace.com<br>mrm@wexlerwallace.com<br>mjm@wexlerwallace.com |
| **Via Electronic Mail**<br>Timothy D. Battin<br>Christopher V. Le<br>STRAUS & BOIES, LLP<br>4041 University Drive, Suite 500<br>Fairfax, VA 22030<br>tbattin@straus-boies.com<br>cle@straus-boies.com | |

*Carlson v. Bayer CropScience LP, et al.,* No. 0:21-cv-00475 (D. Minn.)

| | |
|---|---|
| **Via Electronic Mail**<br>David M. Cialkowski<br>Brian C. Gudmundson<br>Alyssa J. Leary<br>ZIMMERMAN REED LLP<br>1100 IDS Center, 80 S. 8th St.<br>Minneapolis, MN 55402<br>david.cialkowski@zimmreed.com<br>brian.gudmundson@zimmreed.com<br>alyssa.leary@zimmreed.com | **Via Electronic Mail**<br>Hart L. Robinovitch<br>ZIMMERMAN REED LLP<br>14646 N. Kierland Blvd., Suite 145<br>Scottsdale, AZ 85254<br>hart.robinovitch@zimmreed.com |

*Eagle Lake Farms P'ship v. Bayer CropScience LP et al.*, No. 0:21-cv-00543 (D. Minn.)

| | |
|---|---|
| **Via ECF**<br>Daniel E. Gustafson<br>GUSTAFSON GLUEK PLLC<br>dgustafson@gustafsongluek.com | **Via Electronic Mail**<br>Michelle J. Looby<br>Daniel J. Nordin<br>Mickey L. Stevens<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>mlooby@gustafsongluek.com<br>dnordin@gustafsongluek.com<br>mstevens@gustafsongluek.com |
| **Via Electronic Mail**<br>Jeffrey B. Gittleman<br>Chad A. Carder<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>jgittleman@barrack.com<br>ccarder@barrack.com | **Via Electronic Mail**<br>John G. Emerson<br>EMERSON FIRM, PLLC<br>2500 Wilcrest, Suite 300<br>Houston, TX 77042<br>jemerson@emersonfirm.com |

*DeKrey v. Bayer CropScience, LP et al.*, No. 0:21-cv-00639 (D. Minn.)

| | |
|---|---|
| **Via Electronic Mail**<br>David M. Cialkowski<br>Brian C. Gudmundson<br>Alyssa J. Leary<br>ZIMMERMAN REED LLP<br>1100 IDS Center, 80 S. 8th St.<br>Minneapolis, MN 55402<br>david.cialkowski@zimmreed.com<br>brian.gudmundson@zimmreed.com<br>alyssa.leary@zimmreed.com | **Via Electronic Mail**<br>E. Powell Miller<br>Sharon S. Almonrode<br>William Kalas<br>Dennis A. Lienhardt<br>THE MILLER LAW FIRM PC<br>950 West University Drive,<br>Rochester, Michigan 48307<br>epm@millerlawpc.com<br>ssa@millerlawpc.com<br>wk@millerlawpc.com<br>dal@millerlawpc.com |
| **Via Electronic Mail**<br>Hart L. Robinovitch<br>ZIMMERMAN REED LLP<br>14646 N. Kierland Blvd., Suite 145<br>Scottsdale, AZ 85254<br>hart.robinovitch@zimmreed.com | |

*Schultz v. Bayer CropScience LP et al.*, No. 0:21-cv-00681 (D. Minn.)

| | |
|---|---|
| **Via Electronic Mail**<br>Karl L. Cambronne<br>Bryan L. Bleichner<br>Jeffrey D. Bores<br>Christopher P. Renz<br>CHESTNUT CAMBRONNE PA<br>100 Washington Avenue South, Suite 1700<br>Minneapolis, MN 55401<br>kcambronne@chestnutcambronne.com<br>bbleichner@chestnutcambronne.com<br>jbores@chestnutcambronne.com<br>crenz@chestnutcambronne.com | **Via Electronic Mail**<br>Wilbert B. Markovits<br>Terence R. Coates<br>MARKOVITS, STOCK & DEMARCO, LLC<br>3825 Edwards Road, Ste. 650<br>Cincinnati, OH 45209<br>bmarkovits@msdlegal.com<br>tcoates@msdlegal.com |

*Hapka Farms Inc. v. Bayer CropScience LP et al.*, No. 0:21-cv-00685 (D. Minn.)

| | |
|---|---|
| **Via Electronic Mail**<br>Garrett D. Blanchfield<br>Roberta A. Yard<br>REINHARDT WENDORF &<br>BLANCHFIELD<br>332 Minnesota Street, Suite W1050<br>St. Paul, MN 55101<br>g.blanchfield@rwblawfirm.com<br>r.yard@rwblawfirm.com | |

*Tom Burke Farms v. Bayer CropScience LP et al.*, No. 2:21-cv-01049 (E.D. Pa.)

| | |
|---|---|
| **Via Electronic Mail**<br>Patrick Howard<br>Simon B. Paris<br>SALTZ, MONGELUZZI, & BENDESKY, P.C.<br>1650 Market Street, 52nd Floor<br>Philadelphia, PA 19103<br>phoward@smbb.com<br>sparis@smbb.com | **Via Electronic Mail**<br>Roberta D. Liebenberg<br>Gerard A. Dever<br>Jessica D. Khan<br>FINE, KAPLAN AND BLACK, RPC<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA 19107<br>rliebenberg@finekaplan.com<br>gdever@finekaplan.com<br>jkhan@finekaplan.com |
| **Via Electronic Mail**<br>Michael J. Boni<br>Joshua D. Snyder<br>BONI, ZACK & SNYDER LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>mboni@bonizack.com<br>jsnyder@bonizack.com | **Via Electronic Mail**<br>Dianne M. Nast<br>NASTLAWLLC<br>1101 Market Street, Suite 2801<br>Philadelphia, Pennsylvania 19107<br>dnast@nastlaw.com |

**Counsel for Defendants:**

*All Actions Listed Above*

| | |
|---|---|
| **Via Electronic Mail**<br>David Lender<br>Adam Hemlock<br>WEIL, GOTSHAL & MANGES LLP<br>767 5th Avenue<br>New York, NY 10153<br>dlender@weil.com<br><br>*Counsel for Defendant BASF Corporation* | **Via Electronic Mail**<br>Troy A. Bozarth<br>HEPLERBROOM LLC<br>130 North Main Street<br>P.O. Box 510<br>Edwardsville, IL 62025<br>tab@heplerbroom.com<br><br>*Counsel for Defendant BASF Corporation* |
| **Via Electronic Mail**<br>Jonathan Gleklen<br>Laura Shores<br>ARNOLD & PORTER<br>601 Massachusetts Ave, NW<br>Washington, DC 20001-3743<br>Jonathan.gleklen@arnoldporter.com<br><br>*Counsel for Defendants Bayer CropScience, Inc. and Bayer CropScience, LLC* | **Via ECF**<br>Eric Mahr<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>Eric.mahr@freshfields.com<br><br>*Counsel for Defendant Cargill, Inc.* |
| **Via Electronic Mail**<br>Colby A. Kingsbury<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>311 South Wacker Drive, Suite 4300<br>Chicago, IL 60606<br>Colby.kingsbury@faegredrinker.com<br><br>*Counsel for Defendant CHS Inc.* | **Via Electronic Mail**<br>Kathy L. Osborn<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Kathy.osborn@faegredrinker.com<br><br>*Counsel for Defendant CHS Inc.* |
| **Via ECF**<br>Jason Leckerman<br>BALLARD SPAHR LLP<br>leckermanj@bllardspahr.com<br><br>*Counsel for Defendants Corteva, Inc. and Pioneer Hi-Bred International, Inc.* | **Via Electronic Mail**<br>Michael L. McCluggage<br>EIMER STAHL LLP<br>224 South Michigan Ave., Suite 1100<br>Chicago, IL 60604<br>mmccluggage@eimerstahl.com<br><br>*Counsel for Defendant Federated Co-Operatives Ltd.* |

| | |
|---|---|
| **Via ECF**<br>F. Matthew Ralph<br>DORSEY & WHITNEY LLP<br>Ralph.matthew@dorsey.com<br><br>*Counsel for Defendants Growmark, Inc. and Growmark FS, LLC* | **Via Electronic Mail**<br>Shylah R. Alfonso<br>PERKINS COIE<br>1201 Third Avenue, Ste 4900<br>Seattle, WA 98101-3099<br>salfonso@perkinscoie.com<br><br>*Counsel for Defendant Simplot AB Retail Sub* |
| **Via Electronic Mail**<br>Michael J. Nester<br>DONOVAN ROSE NESTER, P.C.<br>15 North 1stStreet, Suite A<br>Belleville, IL 62220<br>mnester@drnpc.com<br><br>*Counsel for Defendant Syngenta Corporation* | **Via Electronic Mail**<br>Jesse Solomon<br>DAVIS POLK & WARDWELL LLP<br>901 15th Street N.W.<br>Washington, DC 20005<br><br>*Counsel for Defendant Syngenta Corporation* |
| **Via Electronic Mail**<br>Lee Peifer<br>Peter C. Quittmeyer<br>Jim McGibbon<br>EVERSHEDS SUTHERLAND (US) LLP<br>999 Peachtree Street, NE, Suite 2300<br>Atlanta, GA 30309-3996<br>leepeifer@eversheds-sutherland.com<br><br>*Counsel for Defendant Tenkoz, Inc.* | **Via Electronic Mail**<br>Craig C. Martin<br>Matt D. Basil<br>WILLKIE FARR & GALLAGHER LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>cmartin@willkie.com<br>mbasil@willkie.com<br><br>*Counsel for Defendant Univar Solutions, Inc.* |
| **Via Electronic Mail**<br>Nathan P. Eimer<br>Brian Chang<br>Sarah H. Catalano<br>Vanessa G. Jacobsen<br>EIMER STAHL LLP<br>224 South Michigan Ave., Suite 1100<br>Chicago, IL 60604<br>neimer@eimerstahl.com<br>bchang@eimerstahl.com<br>scatalano@eimerstaho.com<br>vjacobsen@eimerstaho.com<br><br>*Counsel for Defendant Winfield Solutions LLC* | |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: March 11, 2021

Respectfully submitted,

By: *G. Patrick Watson*
G. Patrick Watson
BRYAN CAVE LEIGHTON PAISNER LLP
1201 West Peachtree Street
Suite 1400
Atlanta, Georgia 30309
Telephone: 404-572-6846
patrick.watson@bclplaw.com