# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL No. 2993    & Title - **IN RE:** Crop Inputs Antitrust Litigation

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

See attached Schedule of Parties Represented

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

See attached Schedule of Actions

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 3/11/21 | /s/ F. Matthew Ralph |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**  F. Matthew Ralph
DORSEY & WHITNEY LLP
50 S. Sixth St., Ste. 1500, Minneapolis, MN 55402

Telephone No.: 612-340-2600      Fax No.: (952) 516-5574

Email Address: ralph.matthew@dorsey.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.)

The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.

2. Select MDL from the menu bar at the top of the ECF screen.

3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.

4. Enter the three or four digit MDL number (ex. 875). Select Next.

5. Verify MDL number, if correct Select Next.

6. Choose the case(s) for which the Appearance is being filed. Select Next.

7. Select Party. Select next twice.

8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).

9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

**In re: Crop Inputs Antitrust Litigation**

**MDL No. 2993**

Schedule of Parties Represented

1. Defendant GROWMARK, Inc.

2. Defendant GROWMARK FS, LLC

**In re: Crop Inputs Antitrust Litigation**
**MDL No. 2993**

Schedule of Actions

1. *Budde v. Bayer, et al.*, 2:21-cv-02095 (D. Kan.) (filed Feb. 19, 2021)

2. *Canjar v. Bayer, et al.*, 3:21-cv-00181 (S.D. Ill.) (filed Feb. 16, 2021)

3. *Carlson v. Bayer, et al.*, 0:21-cv-00475 (D. Minn.) (filed Feb. 22, 2021)

4. *Eagle Lake Farms v. Bayer, et al.*, 0:21-cv-00543 (D. Minn.) (filed Feb. 24, 2021)

5. *Dekrey v. Bayer, et al.*, 0:21-cv-00639 (D. Minn.) (filed Mar. 5, 2021)

6. *Duncan v. Bayer, et al.*, 3:21-cv-00158 (S.D. Ill.) (filed Feb. 11, 2021)

7. *Flaten v. Bayer, et al.*, 0:21-cv-00404 (D. Minn.) (filed Feb. 11, 2021)

8. *Handwerk v. Bayer, et al.*, 0:21-cv-00351 (D. Minn.) (filed Feb. 5, 2021)

9. *Jones Planting Co. III v. Bayer, et al.*, 3:21-cv-00173 (S.D. Ill.) (filed Feb. 12, 2021)

10. *Lex v. Bayer, et al.*, 3:21-cv-0122 (S.D. Ill.) (filed Feb. 2, 2021)

11. *Pfaff v. Bayer et al.*, 0:21-cv-00462 (D. Minn.) (filed Feb. 19, 2021)

12. *Piper v. Bayer, et al.*, 3:21-cv-00021 (S.D. Ill.) (filed Jan. 8, 2021)

13. *Ryan Bros., Inc. v. Bayer, et al.*, 0:21-cv-00433 (D. Minn.) (filed Feb. 17, 2021)

14. *Swanson v. Bayer, et al.*, 3:21-cv-00046 (S.D. Ill.) (filed Jan. 13, 2021)

15. *Tom Burke Farms v. Bayer, et al.*, 2:21-cv-01049 (E.D. Pa.) (filed Mar. 4, 2021)

16. *Vienna Eqho Farms v. Bayer, et al.*, 3:21-cv-00204 (S.D. Ill.) (filed Feb. 22, 2021)

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  Crop Inputs Antitrust Litigation                                                                   MDL No. **2993**

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing **Notice of Appearance of F. Matthew Ralph** were served on all parties in the following cases electronically via ECF, or as indicated below, on **March 11, 2021**.

**Counsel for Plaintiffs**

**Piper v. Bayer CropScience, LP et al., S.D. Illinois, C.A. No. 3:21-cv-00021**
**Swanson v. Bayer CropScience, LP et al., S.D. Illinois, C.A. 3:21-cv-00046**
**Lex v. Bayer CropScience, LP et al., S.D. Illinois, C.A. 3:21-cv-00122**
**Jones Planting Co. III v. Bayer CropScience, LP et al., S.D. Illinois, C.A. 3:21-cv-00173**

**Served via ECF**

Vincent Briganti, Esq.
vbriganti@lowey.com

W. Joseph Brucker, Esq.
wjbruckner@locklaw.com

Linda P. Nussbaum, Esq.
lnussbaum@nussbaumpc.com

Karin E. Garvey, Esq.
kgarvey@labaton.com

**Served via U.S. Mail**

Christian Levis, Esq.
Roland R. St. Louis, III, Esq.
LOWEY DANNENBERG, P.C.
44 South Broadway
White Plains, NY  10601

Bart D. Cohen, Esq.
Christopher B. Sanchez, Esq.
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY  10036

Robert A. Clifford, Esq.
Shannon M. McNulty, Esq.
CLIFFORD LAW OFFICES PC
120 North LaSalle St., Suite 3100
Chicago, IL  60602

Arthur N. Bailey, Esq.
Marco Cercone, Esq.
RUPP BAASE PFALZGRAF
CUNNINGHAM LLC
1600 Liberty Building
424 Main Street
Buffalo, NY  14202

Charles F. Barrett, Esq.
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203

J. Barton Goplerud, Esq.
Brandon M. Bohlman, Esq.
SCHINDLER, ANDERSON, GOPLERUD & WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

Gregory S. Asciolla, Esq.
Jonathan S. Crevier, Esq.
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005

Jonathan P. Barrett, Esq.
BARRETT LAW, PLLC
121 Colony Crossing, Suite D
Madison, MS 39110

Marc Edelson, Esq.
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, PA 18940

Joseph E. Mariotti, Esq.
CAPUTO & MARIOTTI, P.C.
730 Main Street
Moosic, PA, 18507

Robert K. Shelquist, Esq.
Brian D. Clark, Esq.
Rebecca A. Peterson, Esq.
Stephanie A. Chen, Esq.
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401

Robert L. King, Esq.
Stephen M. Tillery, Esq.
Jamie L. Boyer, Esq.
Carol Lee O'Keefe, Esq.
KOREIN TILLERY
One U.S. Bank Plaza
505 North 7th Street, Suite 3600
St. Louis, MO 63101-1625

George, A. Zelcs, Esq.
John A. Libra, Esq.
Randall P. Ewing, Jr., Esq.
Jonathon Byrer, Esq.
Ryan Zachary Cortazar, Esq.
KOREIN TILLERY
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601

**Duncan v. Bayer CropScience, LP et al., S.D. Illinois, C.A. 3:21-cv-00158**

**Served via ECF**
Derek Y. Brandt, Esq.
dyb@mccunewright.com

**Served via U.S. Mail**

Leigh M. Perica, Esq.
Connor P. Lemire, Esq.
MCCUNE WRIGHT AREVALO, LLP
231 North Main Street, Suite 20
Edwardsville, Illinois 62025

Richard D. McCune, Esq.
MCCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road, Suite 100
Ontario, California 91761

**Canjar v. Bayer CropScience, LP et al., S.D. Illinois, C.A. 3:21-cv-00181**

**Served via U.S. Mail**

Robert L. King, Esq.
Stephen M. Tillery, Esq.
Jamie L. Boyer, Esq.
Carol Lee O'Keefe, Esq.
KOREIN TILLERY
One U.S. Bank Plaza
505 North 7th Street, Suite 3600
St. Louis, MO  63101-1625

George, A. Zelcs, Esq.
John A. Libra, Esq.
Randall P. Ewing, Jr., Esq.
Jonathon Byrer, Esq.
Ryan Zachary Cortazar, Esq.
KOREIN TILLERY
205 North Michigan Avenue, Suite 1950
Chicago, IL  60601

Joseph E. Mariotti, Esq.
CAPUTO & MARIOTTI, P.C.
730 Main Street
Moosic, PA, 18507

Marc Edelson, Esq.
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, PA 18940

**Vienna Eqho Farms v. Bayer CropScience, LP et al., S.D. Illinois, C.A. 3:21-cv-00204**

**Served via U.S. Mail**

Jonathan W. Cuneo, Esq.
Victoria Sims, Esq.
Blaine Finley, Esq.
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave., NW,  Suite 200
Washington, DC 20016

John W. "Don" Barrett, Esq.
Katherine Barrett Riley, Esq.
David McMullan, Jr., Esq.
Sterling Starns, Esq.
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095-0927

**Budde v. Bayer CropScience, LP et al., D. Kansas, C.A. 2:21-cv-02095**

**Served via U.S. Mail**
Rex A Sharp, Esq.
Ruth Anne French-Hodson, Esq.
SHARP LAW, LLP
5301 W. 75th Street
Prairie Village, KS 66208

**Handwerk v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00351**

**Served via ECF**
Daniel E. Gustafson, Esq.
dgustafson@gustafsongluek.com

**Served via U.S. Mail**

Joseph W. Cotchett, Esq.
Adam J. Zpala, Esq.
Karin B. Swope, Esq.
Elizabeth T. Castillo, Esq.
James G.B. Dallal, Esq.
Reid W. Gaa
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010

Daniel C. Hedlund, Esq.
Michelle J. Looby, Esq.
Daniel J. Nordin, Esq.
Mickey L. Stevens, Esq.
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600

Joseph Goldberg, Esq.
Vincent J. Ward, Esq.
Frank T. David, Esq.
Josh B. Ewing, Esq.
FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102

Michael R. Cashman, Esq.
Anne T. Regan, Esq.
Nathan D. Prosser, Esq.
HELLMUTH & JOHNSON PLLC
8050 West 78th Street
Edina, MN 55439

**Flaten v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00404**

**Served via ECF**
Daniel E. Gustafson, Esq.
dgustafson@gustafsongluek.com

**Served via U.S. Mail**

| | |
|---|---|
| Richard M. Paul III, Esq. | Daniel C. Hedlund, Esq. |
| Ashlea G. Schwarz, Esq. | Michelle J. Looby, Esq. |
| PAUL LLP | Daniel J. Nordin, Esq. |
| 601 Walnut Street, Suite 300 | Mickey L. Stevens, Esq. |
| Kansas City, MO 64106 | GUSTAFSON GLUEK PLLC |
| | Canadian Pacific Plaza |
| | 120 South Sixth Street, Suite 2600 |

**Ryan Bros., Inc., et al. v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00433**

**Served via U.S. Mail**

| | |
|---|---|
| Drew R. Ball, Esq. | Michael R. Cashman, Esq. |
| Steve McCann, Esq. | Anne T. Regan, Esq. |
| BALL & McCANN, P.C. | Nathan D. Prosser, Esq. |
| 161 North Clark Street, Suite 1600 | HELLMUTH & JOHNSON PLLC |
| Chicago, Illinois 60601 | 8050 West 78th Street |
| | Edina, MN 55439 |

**Pfaff v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00462**

**Served via ECF**
Daniel E. Gustafson, Esq.
dgustafson@gustafsongluek.com

**Served via U.S. Mail**

| | |
|---|---|
| Robert J. Gralewski, Jr., Esq. | Daniel C. Hedlund, Esq. |
| Samantha L. Greenberg, Esq. | Michelle J. Looby, Esq. |
| KIRBY McINERNEY LLP | Daniel J. Nordin, Esq. |
| 600 B Street, Suite 2110 | Mickey L. Stevens, Esq. |
| San Diego, CA 92101 | GUSTAFSON GLUEK PLLC |
| | Canadian Pacific Plaza |
| | 120 South Sixth Street, Suite 2600 |
| | |
| Timothy D. Battin, Esq. | Kenneth A. Wexler, Esq. |
| Christopher V. Le, Esq. | Mark R. Miller, Esq. |
| STRAUS & BOIES, LLP | Melinda J. Morales, Esq. |
| 4041 University Drive, Suite 500 | WEXLER WALLACE LLP |
| Fairfax, VA 22030 | 55 W. Monroe Street, Suite 3300 |
| | Chicago, Illinois 60603 |

**Carlson v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00475**

**Served via U.S. Mail**
David M. Cialkowski, Esq.
Brian C. Gudmundson, Esq.
Alyssa J. Leary, Esq.
ZIMMERMAN REED LLP
1100 IDS Center, 80 S. 8th St.
Minneapolis, MN  55402

**Eagle Lake Farms v. Bayer v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00543**

**Served via ECF**
Daniel E. Gustafson, Esq.
dgustafson@gustafsongluek.com

**Served via U.S. Mail**

| | |
|---|---|
| Jeffrey B. Gittleman, Esq. | Daniel C. Hedlund, Esq. |
| Chad A. Carder, Esq. | Michelle J. Looby, Esq. |
| BARRACK, RODOS & BACINE | Daniel J. Nordin, Esq. |
| 3300 Two Commerce Square | Mickey L. Stevens, Esq. |
| 2001 Market Street | GUSTAFSON GLUEK PLLC |
| Philadelphia, PA 19103 | Canadian Pacific Plaza |
| | 120 South Sixth Street, Suite 2600 |

John G. Emerson, Esq.
EMERSON FIRM, PLLC
2500 Wilcrest, Suite 300
Houston, TX 77042

**Dekrey v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00639**

**Served via U.S. Mail**

| | |
|---|---|
| David M. Cialkowski, Esq. | E. Powell Miller, Esq. |
| Brian C. Gudmundson, Esq. | Sharon S. Almonrode, Esq. |
| Alyssa J. Leary, Esq. | William Kalas, Esq. |
| ZIMMERMAN REED LLP | Dennis A. Lienhardt, Esq. |
| 1100 IDS Center, 80 S. 8th St. | THE MILLER LAW FIRM PC |
| Minneapolis, MN  55402 | 950 West University Drive |
| | Rochester, Michigan  48307 |

**Tom Burke Farms v. Bayer CropScience, LP et al., E.D. Pennsylvania, C.A. 2:21-cv-01049**

**Served via U.S. Mail**

Michael J. Boni, Esq.
Joshua D. Snyder, Esq.
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

Dianne M. Nast, Esq.
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107

Patrick Howard, Esq.
Simon B. Paris, Esq.
SALTZ, MONGELUZZI & BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103

Roberta D. Liebenberg, Esq.
Gerard A. Dever, Esq.
Jessica D. Khan, Esq.
FINE, KAPLAN AND BLACK, RPC
One South Broad Street, 23rd Floor
Philadelphia, PA 19107

## Counsel for Defendants

### All Actions Listed Above

**Served via U.S. Mail**

Jonathan Gleklen, Esq.
Laura Shores, Esq.
ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, DC 20001-3743

*Counsel for Defendants Bayer CropScience, Inc. and Bayer CropScience, LLC*

Eric Mahr, Esq.
Angela Landry, Esq.
Daphne Lin, Esq.
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700-13th Street NW, 10th Floor
Washington, DC 20005

*Counsel for Defendant Cargill, Inc.*

David Lender, Esq.
Adam Hemlock, Esq.
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, NY 10153

*Counsel for Defendant BASF Corporation*

Kathy, L. Osborn, Esq.
FAEGRE DRINKER
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204

*Counsel for Defendant CHS, Inc.*

Jason A. Lackerman, Esq.
Leslie John, Esq.
BALLARD SPAHR
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

*Counsel for Defendant Corteva, Inc.*

Paul Lopach, Esq.
Mike Hofmann, Esq.
BRYAN CAVE LEIGHTON PAISNER
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541

*Counsel for Defendant Nutrien AG Solutions*

Jesse Solomon, Esq.
DAVIS POLK & WARDWELL LLP
901 15th Street N.W.
Washington, DC  20005

*Counsel for Defendant Syngenta Corporation*

Craig C. Martin, Esq.
Matt Basil, Esq.
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL 60654-3406

*Counsel for Defendant Univar Solutions, Inc.*

Michael L. McCluggage, Esq.
Barack Echols, Esq.
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL  60604

*Counsel for Defendant Federated Cooperatives, Ltd.*

Shylah R. Alfonso, Esq.
PERKINS COIE
1201 Third Avenue, Ste 4900
Seattle, WA  98101-3099

*Counsel for Defendant Simplot AB Retail Sub*

Lee Peifer, Esq.
Peter C. Quittmeyer, Esq.
Jim McGibbon, Esq.
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996

*Counsel for Defendant Tenkoz, Inc.*

Nathan Eimer, Esq.
Vanessa Jacobsen, Esq.
Brian Chang, Esq.
EIMER STAHL
224 South Michigan Avenue, Suite 1100
Chicago, IL  60604

*Counsel for Defendant Winfield Solutions, LLC*

Dated this 11th day of March, 2021.

*Respectfully Submitted,*

    */s/ F. Matthew Ralph*

F. Matthew Ralph, Esq
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN  55402
Telephone:  (612) 340-2600
Facsimile:   (612) 340-2868
ralph.matthew@dorsey.com
**Counsel for Defendants GROWMARK, Inc. and GROWMARK FS, LLC**