BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION | MDL No. 2993 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certify that, on March 11, 2021, the following documents were electronically filed with the Clerk of the Panel via CM/ECF:

1. Notice of Appearance; and

2. Schedule of Actions.

The undersigned further certify that copies of the foregoing were served on all counsel by email as follows:

| **Counsel for Plaintiffs** ||
|---|---|
| Rex A. Sharp<br>**SHARP LAW, LLP**<br>5301 W. 75th Street<br>Prairie Village, KS 66208<br>rsharp@midwest-law.com<br><br>*Counsel for Plaintiff Melinda Budde* | Isaac Diel<br>Greg Bentz<br>**SHARP LAW, LLP**<br>6900 College Blvd., Suite 285<br>Overland Park, KS 66211<br>idiel@midwest-law.com<br>gbentz@midwest-law.com<br><br>*Counsel for Plaintiff Melinda Budde* |
| David M. Cialkowski<br>Brian C. Gudmundson<br>Alyssa J. Leary<br>**ZIMMERMAN REED LLP**<br>1100 IDS Center, 80 S. 8th St.<br>Minneapolis, MN 55402<br>david.cialkowski@zimmreed.com<br>brian.gudmundson@zimmreed.com<br>alyssa.leary@zimmreed.com | Hart L. Robinovitch<br>**ZIMMERMAN REED LLP**<br>14646 N. Kierland Blvd., Suite 145<br>Scottsdale, AZ 85254<br>hart.robinovitch@zimmreed.com<br><br>*Counsel for Plaintiffs B. Carlson and B. DeKrey* |

| Counsel for Plaintiffs | |
|---|---|
| *Counsel for Plaintiffs B. Carlson and Brad DeKrey* | |
| E. Powell Miller<br>Sharon S. Almonrode<br>William Kalas<br>Dennis A. Lienhardt<br>**THE MILLER LAW FIRM PC**<br>950 West University Drive,<br>Rochester, Michigan 48307<br>epm@millerlawpc.com<br>ssa@millerlawpc.com<br>wk@millerlawpc.com<br>dal@millerlawpc.com<br><br>*Counsel for Plaintiff Brad DeKrey* | Jeffrey B. Gittleman<br>Chad A. Carder<br>**BARRACK, RODOS & BACINE**<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>jgittleman@barrack.com<br>ccarder@barrack.com<br><br>*Counsel for Plaintiff Eagle Lake Farms Partnership* |
| John G. Emerson<br>**EMERSON FIRM, PLLC**<br>2500 Wilcrest, Suite 300<br>Houston, TX 77042<br>jemerson@emersonfirm.com<br><br>*Counsel for Plaintiff Eagle Lake Farms Partnership* | Richard M. Paul III<br>Ashlea G. Schwarz<br>**PAUL LLP**<br>601 Walnut Street, Suite 300<br>Kansas City, MO 64106<br>Rick@PaulLLP.com<br>Ashlea@PaulLLP.com<br><br>*Counsel for Dan Flaten* |

| **Counsel for Plaintiffs** ||
|---|---|
| Daniel E. Gustafson<br>Daniel C. Hedlund<br>Michelle J. Looby<br>Daniel J. Nordin<br>Mickey L. Stevens<br>**GUSTAFSON GLUEK PLLC**<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>dnordin@gustafsongluek.com<br>mstevens@gustafsongluek.com<br><br>*Counsel for Plaintiffs Eagle Lake Farms Partnership, Dan Flaten, Randi Handwerk, and Leon Pfaff* | Anne T. Regan<br>Nathan D. Prosser<br>**HELLMUTH & JOHNSON PLLC**<br>8050 West 78th Street<br>Edina, MN 55439<br>aregan@hjlawfirm.com<br>nprosser@hjlawfirm.com<br><br>*Counsel for Plaintiffs Randi Handwerk, Ryan Bros., Inc. and Michael J. Ryan* |
| Joseph W. Cotchett<br>Adam J. Zapala<br>Karin B. Swope<br>Elizabeth T. Castillo<br>James G.B. Dallal<br>Reid W. Gaa<br>**COTCHETT, PITRE & MCCARTHY, LLP**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>jcotchett@cpmlegal.com<br>azapala@cpmlegal.com<br>kswope@cpmlegal.com<br>ecastillo@cpmlegal.com<br>jdallal@cpmlegal.com<br>rgaa@cpmlegal.com<br><br>*Counsel for Plaintiff Randi Handwerk* | Joseph Goldberg<br>Vincent J. Ward<br>Frank T. Davis<br>Josh B. Ewing<br>**FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD P.A.**<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87102<br>jg@fbdlaw.com<br>vwj@fbdlaw.com<br>ftd@fbdlaw.com<br>jbe@fbdlaw.com<br><br>*Counsel for Plaintiff Randi Handwerk* |

| Counsel for Plaintiffs | |
|---|---|
| Garrett D. Blanchfield<br>Roberta A. Yard<br>**REINHARDT WENDORF &<br> BLANCHFIELD**<br>332 Minnesota Street, Suite W 1050<br>St. Paul, MN 55101<br>g.blanchfield@rwblawfirm.com<br>r.yard@rwblawfirm.com<br><br>*Counsel for Plaintiff Hapka Farms* | Robert J. Gralewski, Jr.<br>Samantha L. Greenberg<br>**KIRBY McINERNEY LLP**<br>600 B Street, Suite 2110<br>San Diego, CA 92101<br>bgralewski@kmllp.com<br>sgreenberg@kmllp.com<br><br>*Counsel for Plaintiff Leon Pfaff* |
| Kenneth A. Wexler<br>Mark R. Miller<br>Melinda J. Morales<br>**WEXLER WALLACE LLP**<br>55 W. Monroe Street<br>Suite 3300<br>Chicago, Illinois 60603<br>kaw@wexlerwallace.com<br>mrm@wexlerwallace.com<br>mjm@wexlerwallace.com<br><br>*Counsel for Plaintiff Leon Pfaff* | Timothy D. Battin<br>Christopher V. Le<br>**STRAUS & BOIES, LLP**<br>4041 University Drive<br>Suite 500<br>Fairfax, VA 22030<br>tbattin@straus-boies.com<br>cle@straus-boies.com<br><br>*Counsel for Plaintiff Leon Pfaff* |
| Drew R. Ball<br>Steve McCann<br>**BALL & McCANN, P.C.**<br>161 North Clark Street, Suite 1600<br>Chicago, IL 60601<br>Drew@BallMcCannLaw.com<br>Steve@BallMcCannLaw.com<br><br>*Counsel for Plaintiff Ryan Bros., Inc. and Michael J. Ryan* | Karl L. Cambronne<br>Bryan L. Bleichner<br>Jeffrey D. Bores<br>Christopher P. Renz<br>**CHESTNUT CAMBRONNE PA**<br>100 Washington Avenue South, Suite 1700<br>Minneapolis, MN 55401<br>kcambronne@chestnutcambronne.com<br>bbleichner@chestnutcambronne.com<br>jbores@chestnutcambronne.com<br>crenz@chestnutcambronne.com<br><br>*Counsel for Plaintiff Tyler Schultz* |

| Counsel for Plaintiffs | |
|---|---|
| Wilbert B. Markovits (pro hac vice) <br> Terence R. Coates (pro hac vice) <br> **MARKOVITS, STOCK & DEMARCO, LLC** <br> 3825 Edwards Road, Ste. 650 <br> Cincinnati, OH 45209 <br> bmarkovits@msdlegal.com <br> tcoates@msdlegal.com <br><br> *Counsel for Plaintiff Tyler Schultz* | Patrick Howard, Esq. <br> Simon B. Paris, Esq. <br> **SALTZ, MONGELUZZI, & BENDESKY, P.C.** <br> 1650 Market Street, 52nd Floor <br> Philadelphia, PA 19103 <br> phoward@smbb.com <br> sparis@smbb.com <br><br> *Counsel for Plaintiff Tom Burke Farms* |
| Roberta D. Liebenberg, <br> Gerard A. Dever <br> Jessica D. Khan <br> **FINE, KAPLAN AND BLACK, RPC** <br> One South Broad Street, 23rd Floor <br> Philadelphia, PA 19107 <br> rliebenberg@finekaplan.com <br> gdever@finekaplan.com <br> jkhan@finekaplan.com <br><br> *Counsel for Plaintiff Tom Burke Farms* | Joshua D. Snyder <br> **BONI, ZACK & SNYDER LLC** <br> 15 St. Asaphs Road <br> Bala Cynwyd, PA 19004 <br> mboni@bonizack.com <br> jsnyder@bonizack.com <br><br> *Counsel for Plaintiff Tom Burke Farms* |
| Dianne M. Nast <br> **NASTLAW LLC** <br> 1101 Market Street, Suite 2801 <br> Philadelphia, Pennsylvania 19107 <br> dnast@nastlaw.com <br><br> *Counsel for Plaintiff Tom Burke Farms* | Robert L. King <br> Stephen M. Tillery <br> Jamie Boyer <br> Carol O'Keefe <br> **KOREIN TILLERY, LLC** <br> 505 North 7th Street, Suite 3600 <br> St. Louis, MO 63101 <br> rking@koreintillery.com <br> stillery@koreintillery.com <br> jboyer@koreintillery.com <br> cokeefe@koreintillery.com <br><br> *Counsel for Plaintiffs Jason J. Canjar d/b/a Yedinak Registered Holsteins, Charles Lex, Barbara Piper* |

| Counsel for Plaintiffs | |
|---|---|
| George A. Zelcs<br>John Libra<br>Randall P. Ewing, Jr.<br>Jonathon Byrer<br>Ryan Z. Cortazar<br>**KOREIN TILLERY, LLC**<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>gzelcs@koreintillery.com<br>jlibra@koreintillery.com<br>rewing@koreintillery.com<br>jbyrer@koreintillery.com<br>rcortazar@koreintillery.com<br><br>*Counsel for Plaintiff Jason J. Canjar d/b/a Yedinak Registered Holsteins, Barbara Piper* | Mark Edelson<br>**EDELSON LECHTZIN LLP**<br>3 Terry Drive, Suite 205<br>Newtown, PA 18940<br>medelson@edelson-law.com<br><br>*Counsel for Plaintiff Jason J. Canjar d/b/a Yedinak Registered Holsteins* |
| Joseph E. Mariotti<br>**CAPUTO & MARIOTTI, P.C.**<br>730 Main Street Moosic, PA 18507<br>jmariotti@caputomariotti.com<br><br>*Counsel for Plaintiff Jason J. Canjar d/b/a Yedinak Registered Holsteins* | Derek Y. Brandt<br>Leigh M. Perica<br>Connor P. Lemire<br>**MCCUNE WRIGHT AREVALO, LLP**<br>231 North Main Street, Suite 20<br>Edwardsville, Illinois 62025<br>dyb@mccunewright.com<br>lmp@mccunewright.com<br>cpl@mccunewright.com<br><br>*Counsel for Plaintiff Darren Duncan* |
| Richard D. McCune<br>**MCCUNE WRIGHT AREVALO, LLP**<br>3281 East Guasti Road, Suite 100<br>Ontario, California 91761<br>rdm@mccunewright.com<br><br>*Counsel for Plaintiff Darren Duncan* | Charles F. Barrett<br>**NEAL & HARWELL, PLC**<br>1201 Demonbreun Street<br>Suite 1000<br>Nashville, Tennessee 37203<br>cbarrett@nealharwell.com<br><br>*Counsel for Plaintiff Jones Planting Co., III* |

| **Counsel for Plaintiffs** | |
|---|---|
| Gregory S. Asciolla<br>Jonathan S. Crevier<br>**LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, New York 10005<br>gasciolla@labaton.com<br>jcrevier@labaton.com<br><br>*Counsel for Plaintiff Jones Planting Co., III* | Jonathan P. Barrett<br>**BARRETT LAW, PLLC**<br>121 Colony Crossing, Suite D<br>Madison, MS 39110<br>jpb@barrettlawms.com<br><br>*Counsel for Plaintiff Jones Planting Co., III* |
| W. Joseph Brucker<br>Robert K. Shelquist<br>Brian D. Clark<br>Rebecca A. Peterson<br>Stephanie A. Chen<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>100 Washington Ave. South, Suite 2200<br>Minneapolis, MN 63101<br>wjbruckner@locklaw.com<br>rkshelquist@locklaw.com<br>bdclark@locklaw.com<br>rapeterson@locklaw.com<br>sachen@locklaw.com<br><br>*Counsel for Plaintiff Charles Lex* | J. Barton Goplerud<br>Brandon M. Bohlman<br>**SCHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265<br>goplerud@sagwlaw.com<br>bohlman@sagwlaw.com<br><br>*Counsel for Plaintiff Charles Lex* |
| Vincent Briganti<br>Christian Levis<br>Roland R. St. Louis, III<br>**LOWEY DANNENBERG P.C.**<br>44 South Broadway<br>White Plains, NY 10601<br>Tel.: (914) 997-0500<br>Fax: (914) 997-0035<br>vbriganti@lowey.com<br>clevis@lowey.com<br>rstlouis@lowey.com<br><br>*Counsel for Plaintiff Barbra Piper* | Robert A. Clifford<br>Shannon M. McNulty<br>**CLIFFORD LAW OFFICES, P.C.**<br>120 North LaSalle, #3100<br>Chicago, Illinois 60602<br>rac@cliffordlaw.com<br>smm@cliffordlaw.com<br><br>*Counsel for Plaintiff John C. Swanson* |

| Counsel for Plaintiffs | |
|---|---|
| Linda P. Nussbaum<br>Bart D. Cohen<br>Christopher B. Sanchez<br>Louis Kessler<br>**NUSSBAUM LAW GROUP, P.C.**<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036<br>lnussbaum@nussbaumpc.com<br>bcohen@nussbaumpc.com<br>csanchez@nussbaumpc.com<br>lkessler@nussbaumpc.com<br><br>*Counsel for Plaintiff John C. Swanson* | Arthur N. Bailey<br>Marco Cercone<br>**RUPP BAASE PFALZGRAF CUNNINGHAM LLC**<br>1600 Liberty Building<br>424 Main Street<br>Buffalo, New York 14202<br>bailey@ruppbaase.com<br>cercone@ruppbaase.com<br><br>*Counsel for Plaintiff John C. Swanson* |
| John W. "Don" Barrett<br>Katherine Barrett Riley<br>David McMullan, Jr.<br>Sterling Starns<br>**BARRETT LAW GROUP, P.A.**<br>P.O. Box 927<br>404 Court Square North<br>Lexington, Mississippi 39095-0927<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com<br>dmcmullan@barrettlawgroup.com<br>sstarns@barrettlawgroup.com<br><br>*Counsel for Plaintiff Vienna Ehqo Farms* | Jonathan W. Cuneo<br>Victoria Sims<br>Blaine Finley<br>**CUNEO GILBERT & LADUCA, LLP**<br>4725 Wisconsin Ave., NW Suite 200<br>Washington, DC 20016<br>jonc@cuneolaw.com<br>vicky@cuneolaw.com<br>bfinley@cuneolaw.com<br><br>*Counsel for Plaintiff Vienna Ehqo Farms* |

| **Counsel for Defendants** | |
|---|---|
| David Lender<br>Adam Hemlock<br>**WEIL, GOTSHAL & MANGES LLP**<br>767 5th Avenue<br>New York, NY 10153<br>dlender@weil.com<br><br>*Counsel for Defendant BASF Corporation* | Troy A. Bozarth<br>**HEPLERBROOM LLC**<br>130 North Main Street<br>P.O. Box 510<br>Edwardsville, IL 62025<br>tab@heplerbroom.com<br><br>*Counsel for Defendant BASF Corporation* |
| Jonathan Gleklen<br>Laura Shores<br>**ARNOLD & PORTER**<br>601 Massachusetts Ave, NW<br>Washington, DC 20001-3743<br>Jonathan.gleklen@arnoldporter.com<br><br>*Counsel for Defendants Bayer CropScience, Inc. and Bayer CropScience, LLC* | Eric Mahr, Esq.<br>Angela Landry, Esq.<br>Daphne Lin, Esq.<br>**FRESHFIELDS BRUCKHAUS DERINGER US LLP**<br>700 13th Street NW, 10th Floor<br>Washington, DC 20005-3960<br>Eric.mahr@freshfields.com<br><br>*Counsel for Defendant Cargill, Inc.* |
| Colby A. Kingsbury<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>311 South Wacker Drive, Suite 4300<br>Chicago, IL 60606<br>Colby.kingsbury@faegredrinker.com<br><br>*Counsel for Defendant CHS Inc.* | Kathy L. Osborn<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Kathy.osborn@faegredrinker.com<br><br>*Counsel for Defendant CHS Inc.* |
| Jason Leckerman<br>**BALLARD SPAHR LLP**<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>leckermanj@bllardspahr.com<br><br>*Counsel for Defendants Corteva, Inc. and Pioneer Hi-Bred International, Inc.* | Michael L. McCluggage<br>**EIMER STAHL LLP**<br>224 South Michigan Ave., Suite 1100<br>Chicago, IL 60604<br>mmccluggage@eimerstahl.com<br><br>*Counsel for Defendant Federated Co-Operatives Ltd.* |

| | |
|---|---|
| **Counsel for Defendants** | |
| F. Matthew Ralph<br>**DORSEY & WHITNEY LLP**<br>Suite 1500, 50 South Sixth Street<br>Minneapolis, MN 55402<br>ralph.matthew@dorsey.com<br><br>*Counsel for Defendants Growmark, Inc. and Growmark FS, LLC* | Shylah R. Alfonso<br>**PERKINS COIE**<br>1201 Third Avenue, Ste 4900<br>Seattle, WA 98101-3099<br>salfonso@perkinscoie.com<br><br>*Counsel for Defendant Simplot AB Retail Sub* |
| Michael J. Nester<br>**DONOVAN ROSE NESTER, P.C.**<br>15 North 1stStreet, Suite<br>A Belleville, IL 62220<br>mnester@drnpc.com<br><br>*Counsel for Defendant Syngenta Corporation* | Jesse Solomon<br>**DAVIS POLK & WARDWELL LLP**<br>901 15th Street N.W.<br>Washington, DC 20005<br>Jesse.solomon@davispolk.com<br><br>*Counsel for Defendant Syngenta Corporation* |
| Lee Peifer<br>Peter C. Quittmeyer<br>Jim McGibbon<br>**EVERSHEDS SUTHERLAND (US) LLP**<br>999 Peachtree Street, NE, Suite 2300<br>Atlanta, GA 30309-3996<br>leepeifer@eversheds-sutherland.com<br>peterquittmeyer@eversheds-sutherland.com<br>jimmcgibbon@eversheds-sutherland.com<br><br>*Counsel for Defendant Tenkoz, Inc.* | Paul Lopach, Esq.<br>Mike Hofmann, Esq.<br>**BRYAN CAVE LEIGHTON PAISNER**<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203-4541<br><br>*Counsel for Defendant Nutrien AG Solutions* |
| Nathan P. Eimer<br>Brian Chang<br>Sarah H. Catalano<br>Vanessa G. Jacobsen<br>**EIMER STAHL LLP**<br>224 South Michigan Ave., Suite 1100<br>Chicago, IL 60604<br>neimer@eimerstahl.com<br>bchang@eimerstahl.com<br>vjacobsen@eimerstaho.com<br><br>*Counsel for Defendant Winfield Solutions LLC* | |

Dated:  March 11, 2021

Respectfully Submitted,

_/s/ Craig C. Martin_

Craig C. Martin
**WILLKIE FARR & GALLAGHER LLP**
300 N. LaSalle
Chicago, IL 60654
Tel: (312) 728-9000
Fax: (312) 728-9199
cmartin@willkie.com

*Counsel for Defendant Univar Solutions Inc.*