# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE:** Crop Inputs Antitrust Litigation            **MDL No. 2993**

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing **Notice of Appearance** were served on all parties in the following cases electronically via ECF, or as indicated below, on **March 11, 2021.**

### Counsel for Plaintiffs

**Piper v. Bayer CropScience, LP et al., S.D. Illinois, C.A. No. 3:21-cv-00021**
**Swanson v. Bayer CropScience, LP et al., S.D. Illinois, C.A. 3:21-cv-00046**
**Lex v. Bayer CropScience, LP et al., S.D. Illinois, C.A. 3:21-cv-00122**
**Jones Planting Co. III v. Bayer CropScience, LP et al., S.D. Illinois, C.A. 3:21-cv-00173**

**Served via ECF**

| | |
|---|---|
| Vincent Briganti, Esq.<br>vbriganti@lowey.com | W. Joseph Brucker, Esq.<br>wjbruckner@locklaw.com |
| Linda P. Nussbaum, Esq.<br>lnussbaum@nussbaumpc.com | Karin E. Garvey, Esq.<br>kgarbey@labaton.com |

**Served via U.S. Mail**

| | |
|---|---|
| Christian Levis, Esq.<br>Roland R. St. Louis, III, Esq.<br>LOWEY DANNENBERG, P.C.<br>44 South Broadway<br>White Plains, NY 10601 | Bart D. Cohen, Esq.<br>Christopher B. Sanchez, Esq.<br>NUSSBAUM LAW GROUP, P.C.<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036 |
| Robert A. Clifford, Esq.<br>Shannon M. McNulty, Esq.<br>CLIFFORD LAW OFFICES PC<br>120 North LaSalle St., Suite 3100<br>Chicago, IL 60602 | Arthur N. Bailey, Esq.<br>Marco Cercone, Esq.<br>RUPP BAASE PFALZGRAF CUNNINGHAM LLC<br>1600 Liberty Building<br>424 Main Street<br>Buffalo, NY 14202 |

Charles F. Barrett, Esq.
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203

Gregory S. Asciolla, Esq.
Jonathan S. Crevier, Esq.
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005

Marc Edelson, Esq.
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, PA 18940

Robert K. Shelquist, Esq.
Brian D. Clark, Esq.
Rebecca A. Peterson, Esq.
Stephanie A. Chen, Esq.
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401

J. Barton Goplerud, Esq.
Brandon M. Bohlman, Esq.
SCHINDLER, ANDERSON, GOPLERUD
& WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

Jonathan P. Barrett, Esq.
BARRETT LAW, PLLC
121 Colony Crossing, Suite D
Madison, MS 39110

Joseph E. Mariotti, Esq.
CAPUTO & MARIOTTI, P.C.
730 Main Street
Moosic, PA, 18507

Robert L. King, Esq.
Stephen M. Tillery, Esq.
Jamie L. Boyer, Esq.
Carol Lee O'Keefe, Esq.
KOREIN TILLERY
One U.S. Bank Plaza
505 North 7th Street, Suite 3600
St. Louis, MO 63101-1625

George, A. Zelcs, Esq.
John A. Libra, Esq.
Randall P. Ewing, Jr., Esq.
Jonathon Byrer, Esq.
Ryan Zachary Cortazar, Esq.
KOREIN TILLERY
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601

**Duncan v. Bayer CropScience, LP et al., S.D. Illinois, C.A. 3:21-cv-00158**

**Served via ECF**
Derek Y. Brandt, Esq.
dyb@mccunewright.com

**Served via U.S. Mail**

Leigh M. Perica, Esq.
Connor P. Lemire, Esq.
MCCUNE WRIGHT AREVALO, LLP
231 North Main Street, Suite 20
Edwardsville, Illinois 62025

Richard D. McCune, Esq.
MCCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road, Suite 100
Ontario, California 91761

**Canjar v. Bayer CropScience, LP et al., S.D. Illinois, C.A. 3:21-cv-00181**

**Served via U.S. Mail**

Robert L. King, Esq.
Stephen M. Tillery, Esq.
Jamie L. Boyer, Esq.
Carol Lee O'Keefe, Esq.
KOREIN TILLERY
One U.S. Bank Plaza
505 North 7th Street, Suite 3600
St. Louis, MO 63101-1625

George, A. Zelcs, Esq.
John A. Libra, Esq.
Randall P. Ewing, Jr., Esq.
Jonathon Byrer, Esq.
Ryan Zachary Cortazar, Esq.
KOREIN TILLERY
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601

Joseph E. Mariotti, Esq.
CAPUTO & MARIOTTI, P.C.
730 Main Street
Moosic, PA, 18507

Marc Edelson, Esq.
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, PA 18940

**Vienna Eqho Farms v. Bayer CropScience, LP et al., S.D. Illinois, C.A. 3:21-cv-00204**

**Served via U.S. Mail**

Jonathan W. Cuneo, Esq.
Victoria Sims, Esq.
Blaine Finley, Esq.
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016

John W. "Don" Barrett, Esq.
Katherine Barrett Riley, Esq.
David McMullan, Jr., Esq.
Sterling Starns, Esq.
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095-0927

**Budde v. Bayer CropScience, LP et al., D. Kansas, C.A. 2:21-cv-02095**

**Served via U.S. Mail**

Rex A Sharp, Esq.
Ruth Anne French-Hodson, Esq.
SHARP LAW, LLP
5301 W. 75th Street
Prairie Village, KS 66208

**Handwerk v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00351**

**Served via ECF**
  Daniel E. Gustafson, Esq.
  dgustafson@gustafsongluek.com

**Served via U.S. Mail**

| | |
|---|---|
| Joseph W. Cotchett, Esq.<br>Adam J. Zpala, Esq.<br>Karin B. Swope, Esq.<br>Elizabeth T. Castillo, Esq.<br>James G.B. Dallal, Esq.<br>Reid W. Gaa<br>COTCHETT, PITRE & MCCARTHY, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 | Daniel C. Hedlund, Esq.<br>Michelle J. Looby, Esq.<br>Daniel J. Nordin, Esq.<br>Mickey L. Stevens, Esq.<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600 |
| Joseph Goldberg, Esq.<br>Vincent J. Ward, Esq.<br>Frank T. David, Esq.<br>Josh B. Ewing, Esq.<br>FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD P.A.<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87102 | Michael R. Cashman, Esq.<br>Anne T. Regan, Esq.<br>Nathan D. Prosser, Esq.<br>HELLMUTH & JOHNSON PLLC<br>8050 West 78th Street<br>Edina, MN 55439 |

**Flaten v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00404**

**Served via ECF**
  Daniel E. Gustafson, Esq.
  dgustafson@gustafsongluek.com

**Served via U.S. Mail**

| | |
|---|---|
| Richard M. Paul III, Esq.<br>Ashlea G. Schwarz, Esq.<br>PAUL LLP<br>601 Walnut Street, Suite 300<br>Kansas City, MO 64106 | Daniel C. Hedlund, Esq.<br>Michelle J. Looby, Esq.<br>Daniel J. Nordin, Esq.<br>Mickey L. Stevens, Esq.<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600 |

**Ryan Bros., Inc., et al. v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00433**

**Served via U.S. Mail**

Drew R. Ball, Esq.
Steve McCann, Esq.
BALL & McCANN, P.C.
161 North Clark Street, Suite 1600
Chicago, Illinois 60601

Michael R. Cashman, Esq.
Anne T. Regan, Esq.
Nathan D. Prosser, Esq.
HELLMUTH & JOHNSON PLLC
8050 West 78th Street
Edina, MN 55439

**Pfaff v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00462**

**Served via ECF**

Daniel E. Gustafson, Esq.
dgustafson@gustafsongluek.com

**Served via U.S. Mail**

Robert J. Gralewski, Jr., Esq.
Samantha L. Greenberg, Esq.
KIRBY McINERNEY LLP
600 B Street, Suite 2110
San Diego, CA 92101

Daniel C. Hedlund, Esq.
Michelle J. Looby, Esq.
Daniel J. Nordin, Esq.
Mickey L. Stevens, Esq.
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600

Timothy D. Baffin, Esq.
Christopher V. Le, Esq.
STRAUS & BOIES, LLP
4041 University Drive, Suite 500
Fairfax, VA 22030

Kenneth A. Wexler, Esq.
Mark R. Miller, Esq.
Melinda J. Morales, Esq.
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, Illinois 60603

**Carlson v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00475**

**Served via U.S. Mail**

David M. Cialkowski, Esq.
Brian C. Gudmundson, Esq.
Alyssa J. Leary, Esq.
ZIMMERMAN REED LLP
1100 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402

**Eagle Lake Farms v. Bayer v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00543**

**Served via ECF**
Daniel E. Gustafson, Esq.
dgustafson@gustafsongluek.com

**Served via U.S. Mail**

Jeffrey B. Gittleman, Esq.
Chad A. Carder, Esq.
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

Daniel C. Hedlund, Esq.
Michelle J. Looby, Esq.
Daniel J. Nordin, Esq.
Mickey L. Stevens, Esq.
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600

John G. Emerson, Esq.
EMERSON FIRM, PLLC
2500 Wilcrest, Suite 300
Houston, TX 77042

**Dekrey v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00639**

**Served via U.S. Mail**

David M. Cialkowski, Esq.
Brian C. Gudmundson, Esq.
Alyssa J. Leary, Esq.
ZIMMERMAN REED LLP
1100 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402

E. Powell Miller, Esq.
Sharon S. Almonrode, Esq.
William Kalas, Esq.
Dennis A. Lienhardt, Esq.
THE MILLER LAW FIRM PC
950 West University Drive
Rochester, Michigan 48307

**Hapka Farms, Inc. v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00685**

**Served via U.S. Mail**
Garrett D. Blanchfield
Roberta A. Yard
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite W1050
St. Paul, MN 55101
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com

**Schultz v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00681**

**Served via U.S. Mail**

Karl L. Cambronne
Bryan L. Bleichner
Jeffrey D. Bores
Christopher P. Renz
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: 612-339-7300
kcambronne@chestnutcambronne.com
bbleichner@chestnutcambronne.com
jbores@chestnutcambronne.com
crenz@chestnutcambronne.com

Wilbert B. Markovits (*pro hac vice*)
Terence R. Coates (*pro hac vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
3825 Edwards Road, Ste. 650
Cincinnati, OH 45209
Telephone No. (513) 651-3700
bmarkovits@msdlegal.com
tcoates@msdlegal.co

**Tom Burke Farms v. Bayer CropScience, LP et al., E.D. Pennsylvania, C.A. 2:21-cv-01049**

**Served via U.S. Mail**

Michael J. Boni, Esq.
Joshua D. Snyder, Esq.
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

Dianne M. Nast, Esq.
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107

Patrick Howard, Esq.
Simon B. Paris, Esq.
SALTZ, MONGELUZZI & BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103

Roberta D. Liebenberg, Esq.
Gerard A. Dever, Esq.
Jessica D. Khan, Esq.
FINE, KAPLAN AND BLACK, RPC
One South Broad Street, 23rd Floor
Philadelphia, PA 19107

**Counsel for Defendants**

**All Actions Listed Above**

**Served via U.S. Mail**

| | |
|---|---|
| David Lender, Esq.<br>Adam Hemlock, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 5th Avenue<br>New York, NY 10153<br><br>*Counsel for Defendant BASF Corporation* | Eric Mahr, Esq.<br>Angela Landry, Esq.<br>Daphne Lin, Esq.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>700-131`` Street NW, 10th Floor<br>Washington, DC 20005<br><br>*Counsel for Defendant Cargill, Inc.* |
| Kathy, L. Osborn, Esq.<br>FAEGRE DRINKER<br>300 N. Meridian St., Suite 2500<br>Indianapolis, IN 46204<br><br>*Counsel for Defendant CHS, Inc.* | Jason A. Lackerman, Esq.<br>Leslie John, Esq.<br>BALLARD SPAHR<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br><br>*Counsel for Defendant Corteva, Inc.* |
| Michael L. McCluggage, Esq.<br>Barack Echols, Esq.<br>EIMER STAHL LLP<br>224 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604<br><br>*Counsel for Defendant Federated Cooperatives, Ltd.* | F. Matthew Ralph, Esq<br>DORSEY & WHITNEY LLP<br>Suite 1500, 50 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 340-2600<br>Facsimile: (612) 340-2868<br>ralph.matthew@dorsey.com<br><br>*Counsel for Defendants GROWMARK, Inc. and GROWMARK FS, LLC* |

Paul Lopach, Esq.
Mike Hofmann, Esq.
BRYAN CAVE LEIGHTON PAISNER
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541

*Counsel for Defendant Nutrien AG Solutions*

Jesse Solomon, Esq.
DAVIS POLK & WARDWELL LLP
901 15th Street N.W.
Washington, DC 20005

*Counsel for Defendant Syngenta Corporation*

Craig C. Martin, Esq.
Matt Basil, Esq.
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL 60654-3406

*Counsel for Defendant Univar Solutions, Inc.*

Shylah R. Alfonso, Esq.
PERKINS COIE
1201 Third Avenue, Ste 4900
Seattle, WA 98101-3099

*Counsel for Defendant Simplot AB Retail Sub*

Lee Peifer, Esq.
Peter C. Quittmeyer, Esq.
Jim McGibbon, Esq.
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996

*Counsel for Defendant Tenkoz, Inc.*

Nathan Eimer, Esq.
Vanessa Jacobsen, Esq.
Brian Chang, Esq.
EIMER STAHL
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604

*Counsel for Defendant Winfield Solutions, LLC*

Dated this 11th day of March, 2021.

                                            Respectfully Submitted,

                                            /s/ *Laura Shores*
                                            Jonathan Gleklen, Esq.
                                            Laura Shores, Esq.
                                            ARNOLD & PORTER
                                            601 Massachusetts Ave, NW
                                            Washington, DC 20001-3743
                                            (202) 942-5000
                                            FAX (202) 942-5999
                                            jonathan.gleklen@arnoldporter.com
                                            laura.shores@arnoldporter.com

                                            *Counsel for Defendants Bayer CropScience LP and Bayer CropScience Inc.*