BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE CROP INPUTS ANTITRUST            MDL No. 2993
LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing **NOTICE OF APPEARANCE** of Shylah R. Alfonso was served on all parties in the following cases electronically via ECF, or as indicated below, on March 11, 2021:

### Counsel for Plaintiffs

**Piper v. Bayer CropScience, LP et al., S.D. Illinois, C.A. No. 3:21-cv-00021**
**Swanson v. Bayer CropScience, LP et al., S.D. Illinois, C.A. 3:21-cv-00046**
**Lex v. Bayer CropScience, LP et al., S.D. Illinois, C.A. 3:21-cv-00122**
**Jones Planting Co. III v. Bayer CropScience, LP et al., S.D. Illinois, C.A. 3:21-cv-**00173

**Served via ECF**
Vincent Briganti, Esq.
vbriganti@lowey.com

Linda P. Nussbaum, Esq.
lnussbaum@nussbaumpc.com

W. Joseph Brucker, Esq.
wjbruckner@locklaw.com

Karin E. Garvey, Esq.
kgarvey@labaton.com

**Served via U.S. Mail**
Christian Levis, Esq.
Roland R. St. Louis, III, Esq.
LOWEY DANNENBERG, P.C.
44 South Broadway
White Plains, NY 10601

Bart D. Cohen, Esq.
Christopher B. Sanchez, Esq.
NUSSBAUM LAW GROUP, P.C.
1211 A venue of the Americas, 40th Floor
New York, NY 10036

Robert A. Clifford, Esq.
Shannon M. McNulty, Esq.
CLIFFORD LAW OFFICES PC
120 North LaSalle St., Suite 3100
Chicago, IL 60602

Arthur N. Bailey, Esq.
Marco Cercone, Esq.
RUPP BAASE PFALZGRAF
CUNNINGHAM LLC
1600 Liberty Building
424 Main Street
Buffalo, NY 14202

Charles F. Barrett, Esq.
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203

J. Barton Goplerud, Esq.
Brandon M. Bohlman, Esq.
SCHINDLER,ANDERSON,GOPLERUD
&WEESE P.C.
50 I 5 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

Gregory S. Asciolla, Esq.
Jonathan S. Crevier, Esq.
LABA TON SUCHAROW LLP
140 Broadway
New York, NY 10005

Jonathan P. Barrett, Esq.
BARRETT LAW, PLLC
121 Colony Crossing, Suite D
Madison, MS 39110

Marc Edelson, Esq.
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, PA 18940

Joseph E. Mariotti, Esq.
CAPUTO & MARIOTTI, P.C.
7 3 0 Main Street
Moosic, PA, 18507

Robert K. Shelquist, Esq.
Brian D. Clark, Esq.
Rebecca A. Peterson, Esq.
Stephanie A. Chen, Esq.
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401

Robert L. King, Esq.
Stephen M. Tillery, Esq.
Jamie L. Boyer, Esq.
Carol Lee O'Keefe, Esq.
KORBIN TILLERY
One U.S. Bank Plaza
505 North 7th Street, Suite 3600
St. Louis, MO 63101-1625

George, A. Zelcs, Esq.
John A. Libra, Esq.
Randall P. Ewing, Jr., Esq.
Jonathon Byrer, Esq.
Ryan Zachary Cortazar, Esq.
KORBIN TILLERY
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601

**Duncan v. Bayer CropScience, LP et al., S.D. Illinois, C.A. 3:21-cv-00158**

**Served via ECF**
Derek Y. Brandt, Esq.
dyb@mccunewright.com

**Served via U.S. Mail**
Leigh M. Perica, Esq.
Connor P. Lemire, Esq.
MCCU NE WRIGHT AREVALO, LLP
231 North Main Street, Suite 20
Edwardsville, Illinois 62025

Richard D. McCune, Esq.
MCCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road, Suite 100
Ontario, California 91761

**Canjar v. Bayer CropScience, LP et al., S.D. Illinois, C.A. 3:21-cv-00181**

**Served via U.S. Mail**
Robert L. King, Esq.
Stephen M. Tillery, Esq.
Jamie L. Boyer, Esq.
Carol Lee O'Keefe, Esq.
KORBIN TILLERY
One U.S. Bank Plaza
505 North 7th Street, Suite 3600
St. Louis, MO 63101-1625

George, A. Zelcs, Esq.
John A. Libra, Esq.
Randall P. Ewing, Jr., Esq.
Jonathon Byrer, Esq.
Ryan Zachary Cortazar, Esq.
KORBIN TILLERY
205 North Michigan Avenue, Suite 1950
Chicago, IL 6060 l

Joseph E. Mariotti, Esq.
CAPUTO & MARIOTTI, P.C.
730 Main Street
Moosic, PA, 18507

Marc Edelson, Esq.
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, PA 18940

**Vienna Eqho Farms v. Bayer CropScience, LP et al., S.D. Illinois, C.A. 3:21-cv-00204**

Served via U.S. Mail
Jonathan W. Cuneo, Esq.
Victoria Sims, Esq.
Blaine Finley, Esq.
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016

John W. "Don" Barrett, Esq.
Katherine Barrett Riley, Esq.
David McMullan, Jr., Esq.
Sterling Starns, Esq.
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095-0927

**Budde v. Bayer CropScience, LP et al., D. Kansas, C.A. 2:21-cv-02095**

**Served via U.S. Mail**
Rex A Sharp, Esq.
Ruth Anne French-Hodson, Esq.
SHARP LAW, LLP
5301 W. 75th Street
Prairie Village, KS 66208

**Handwerk v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00351**

**Served via ECF**
Daniel E. Gustafson, Esq.
dgustafson@gustafsongluek.com5301 W.
75th Street
Prairie Village, KS 66208

**Served via U.S. Mail**

Joseph W. Cotchett, Esq.
Adam J. Zpala, Esq.
Karin B. Swope, Esq.
Elizabeth T. Castillo, Esq.
James G.B. Dallal, Esq.
Reid W. Gaa
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010

Daniel C. Hedlund, Esq.
Michelle J. Looby, Esq.
Daniel J. Nordin, Esq.
Mickey L. Stevens, Esq.
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Joseph Goldberg, Esq.
Vincent J. Ward, Esq.
Frank T. David, Esq.
Josh B. Ewing, Esq.
FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102

Michael R. Cashman, Esq.
Anne T. Regan, Esq.
Nathan D. Prosser, Esq.
HELLMUTH & JOHNSON PLLC
8050 West 78th Street
Edina, MN 55439

**Flaten v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00404**

**Served via ECF**
Daniel E. Gustafson, Esq.
dgustafson@gustafsongluek.com

**Served via U.S. Mail**

| | |
|---|---|
| Richard M. Paul III, Esq. | Daniel C. Hedlund, Esq. |
| Ashlea G. Schwarz, Esq. | Michelle J. Looby, Esq. |
| PAUL LLP | Daniel J. Nordin, Esq. |
| 601 Walnut Street, Suite 300 | Mickey L. Stevens, Esq. |
| Kansas City, MO 64106 | GUSTAFSON GLUEK PLLC |
| | Canadian Pacific Plaza |
| | 120 South Sixth Street, Suite 2600 |
| | Minneapolis, MN 55402 |

**Ryan Bros., Inc., et al. v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00433**

**Served via U.S. Mail**

| | |
|---|---|
| Richard M. Paul III, Esq. | Daniel C. Hedlund, Esq. |
| Ashlea G. Schwarz, Esq. | Michelle J. Looby, Esq. |
| PAUL LLP | Daniel J. Nordin, Esq. |
| 601 Walnut Street, Suite 300 | Mickey L. Stevens, Esq. |
| Kansas City, MO 64106 | GUSTAFSON GLUEK PLLC |
| | Canadian Pacific Plaza |
| | 120 South Sixth Street, Suite 2600 |
| | Minneapolis, MN 55402 |

**Pfaff v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00462**

**Served via ECF**
Daniel E. Gustafson, Esq.
dgustafson@gustafsongluek.com

**Served via U.S. Mail**

| | |
|---|---|
| Robert J. Gralewski, Jr., Esq. | Daniel C. Hedlund, Esq. |
| Samantha L. Greenberg, Esq. | Michelle J. Looby, Esq. |
| KIRBY McINERNEY LLP | Daniel J. Nordin, Esq. |
| 600 B Street, Suite 2110 | Mickey L. Stevens, Esq. |
| San Diego, CA 92101 | GUSTAFSON GLUEK PLLC |
| | Canadian Pacific Plaza |
| | 120 South Sixth Street, Suite 2600 |
| | Minneapolis, MN 55402 |
| | |
| Timothy D. Battin, Esq. | Kenneth A. Wexler, Esq. |
| Christopher V. Le, Esq. | Mark R. Miller, Esq. |
| STRAUS & BOIES, LLP | Melinda J. Morales, Esq. |
| 4041 University Drive, Suite 500 | WEXLER WALLACE LLP |
| Fairfax, VA 22030 | 55 W. Monroe Street, Suite 3300 |
| | Chicago, Illinois 60603 |

**Carlson v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00475**

**Served via U.S. Mail**
David M. Cialkowski, Esq.
Brian C. Gudmundson, Esq.
Alyssa J. Leary, Esq.
ZIMMERMAN REED LLP
1100 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402

**Eagle Lake Farms v. Bayer v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00543**

**Served via ECF**
Daniel E. Gustafson, Esq.
dgustafson@gustafsongluek.com

**Served via U.S. Mail**

| | |
|---|---|
| Jeffrey B. Gittleman, Esq. | Daniel C. Hedlund, Esq. |
| Chad A. Carder, Esq. | Michelle J. Looby, Esq. |
| BARRACK, RODOS & BACINE | Daniel J. Nordin, Esq. |
| 3300 Two Commerce Square | Mickey L. Stevens, Esq. |
| 2001 Market Street | GUSTAFSON GLUEK PLLC |
| Philadelphia, PA 19103 | Canadian Pacific Plaza |
| | 120 South Sixth Street, Suite 2600 |
| | Minneapolis, MN 55402 |

John G. Emerson, Esq.
EMERSON FIRM, PLLC
2500 Wilcrest, Suite 300
Houston, TX 77042

**Dekrey v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00639**

**Served via U.S. Mail**

| | |
|---|---|
| David M. Cialkowski, Esq. | E. Powell Miller, Esq. |
| Brian C. Gudmundson, Esq. | Sharon S. Almonrode, Esq. |
| Alyssa J. Leary, Esq. | William Kalas, Esq. |
| ZIMMERMAN REED LLP | Dennis A. Lienhardt, Esq. |
| 1100 IDS Center, 80 S. 8th St. | THE MILLER LAW FIRM PC |
| Minneapolis, MN 55402 | 950 West University Drive |
| | Rochester, Michigan 48307 |

**Tom Burke Farms v. Bayer CropScience, LP et al., E.D. Pennsylvania, C.A. 2:21-cv-01049**

**Served via U.S. Mail**

Michael J. Boni, Esq.
Joshua D. Snyder, Esq.
BONI, ZACK & SNYDER LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004

Dianne M. Nast, Esq.
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107

Patrick Howard, Esq.
Simon B. Paris, Esq.
SALTZ, MONGELUZZI & BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103

Roberta D. Liebenberg, Esq.
Gerard A. Dever, Esq.
Jessica D. Khan, Esq.
FINE, KAPLAN AND BLACK, RPC
One South Broad Street, 23rd Floor
Philadelphia, PA 19107

**Counsel for Defendants**

**All Actions Listed Above**

**Served via U.S. Mail**

Jonathan Gleklen, Esq.
Laura Shores, Esq.
ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, DC 20001-3743

*Counsel.for Defendants Bayer CropScience, Inc. and Bayer CropScience, LLC*

Eric Mahr, Esq.
Angela Landry, Esq.
Daphne Lin, Esq.
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700-13th Street NW, 10th Floor
Washington, DC 20005

*Counsel for Defendant Cargill, Inc.*

Jason A. Lackerman, Esq.
Leslie John, Esq.
BALLARD SPAHR
1735 Market Street, 51 st Floor
Philadelphia, PA 19103-7599

*Counsel for Defendant Corteva, Inc.*

David Lender, Esq.
Adam Hemlock, Esq.
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, NY 10153

*Counsel for Defendant BASF Corporation*

Kathy, L. Osborn, Esq.
FAEGRE DRINKER
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204

*Counsel for Defendant CHS, Inc*

Michael L. McCluggage, Esq.
Barack Echols, Esq.
EIMER ST AHL LLP
224 South Michigan A venue, Suite 1100
Chicago, IL 60604

*Counsel for Defendant Federated Cooperatives, Ltd.*

7

| | |
|---|---|
| Paul Lopach, Esq.<br>Mike Hofmann, Esq.<br>BRYAN CAVE LEIGHTON PAISNER<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203-4541<br><br>*Counsel for Defendant Nutrien AG Solutions* | F. Matthew Ralph, Esq.<br>DORSEY & WHITNEY LLP<br>Suite 1500, 50 South Sixth Street<br>Minneapolis, MN 55402<br><br>*Counsel for Defendants Growmark, Inc. and Growmark FS, LLC* |
| Jesse Solomon, Esq.<br>DA VIS POLK & WARDWELL LLP<br>901 15th Street N.W.<br>Washington, DC 20005<br><br>*Counsel for Defendant Syngenta Corporation* | Lee Peifer, Esq.<br>Peter C. Quittmeyer, Esq.<br>Jim McGibbon, Esq.<br>EVERSHEDS SUTHERLAND(US)LLP<br>999 Peachtree Street, NE, Suite 2300<br>Atlanta, GA 30309-3996<br><br>*Counsel for Defendant Tenkoz, Inc.* |
| Craig C. Martin, Esq.<br>Matt Basil, Esq.<br>WILLKIE FARR & GALLAGHER LLP<br>300 North LaSalle<br>Chicago, IL 60654-3406<br><br>*Counsel for Defendant Univar Solutions, Inc.* | Nathan Eimer, Esq.<br>Vanessa Jacobsen, Esq.<br>Brian Chang, Esq.<br>EIMER STAHL<br>224 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604<br><br>*Counsel for Defendant Winfield Solutions, LLC* |

| | |
|---|---|
| Dated: March 11, 2021 | Respectfully submitted,<br><br>/s/ Shylah R. Alfonso<br>Shylah R. Alfonso<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: (206) 359-8306<br>salfonso@perkinscoie.com<br><br>*Counsel for Defendant*<br>*Simplot AB Retail Sub, Inc.* |