**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE CROP INPUTS ANTITRUST LITIGATION | MDL No. 2993 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance and attachments were served on all parties in the following cases electronically via ECF, or as indicated below, on March 11, 2021.

| | |
|---|---|
| **Via Electronic Mail**<br>Robert L. King<br>Stephen M. Tillery<br>Jamie Boyer<br>Carol O'Keefe<br>John A. Libra<br>Randall P. Ewing<br>KOREIN TILLERY LLC<br>One U.S. Bank Plaza<br>505 N. 7th Street, Suite 3600<br>St. Louis, MO 63101<br>rking@koreintillery.com<br>stillery@koreintillery.com<br>jboyer@koreintillery.com<br>cokeefe@koreintillery.com<br><br>*Counsel for Plaintiffs Charles Lex, Jason J. Canjar d/b/a Yedinak Registered Holsteins, Barbara Piper*<br><br>*Lex v. Bayer CropScience LP, et al.* No. 3:21-cv-00122 (S.D. Ill.)<br>*Canjar v. Bayer CropScience, et al.,* No. 3:21-cv-00181 (S.D. Ill.)<br>*Piper, et al., v. Bayer CropScience, et al.,* No. 3:21-cv-00021 (S.D. Ill.) | **Via Electronic Mail**<br>W. Joseph Bruckner<br>Robert K. Shelquist<br>Brian D. Clark<br>Rebecca A. Peterson<br>Stephanie A. Chen<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Ave. South, Suite 2200<br>Minneapolis, MN 63101<br>wjbruckner@locklaw.com<br>rkshelquist@locklaw.com<br>bdclark@locklaw.com<br>rapeterson@locklaw.com<br>sachen@locklaw.com<br><br>*Counsel for Plaintiff Charles Lex*<br><br>*Lex v. Bayer CropScience LP, et al.* No. 3:21-cv-00122 (S.D. Ill.) |

| | |
|---|---|
| **Via Electronic Mail**<br><br>J. Barton Goplerud<br>Brandon M. Bohlman<br>SCHINDLER, ANDERSON, GOPLERUD & WEESE P.C.<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265<br>goplerud@sagwlaw.com<br>bohlman@sagwlaw.com<br><br>*Counsel for Plaintiff Charles Lex*<br><br>*Lex v. Bayer CropScience LP, et al.* No. 3:21-cv-00122 (S.D. Ill.) | **Via Electronic Mail**<br><br>George A. Zelcs<br>John Libra<br>Randall P. Ewing, Jr.<br>Jonathon Byrer<br>Ryan Z. Cortazar<br>KOREIN TILLERY, LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>gzelcs@koreintillery.com<br>jlibra@koreintillery.com<br>rewing@koreintillery.com<br>jbyrer@koreintillery.com<br>rcortazar@koreintillery.com<br><br>*Counsel for Plaintiffs Jason J. Canjar d/b/a Yedinak Registered Holsteins, Barbara Piper*<br><br>*Canjar v. Bayer CropScience, et al.,* No. 3:21-cv-00181 (S.D. Ill.)<br><br>*Piper, et al., v. Bayer CropScience, et al.,* No. 3:21-cv-00021 (S.D. Ill.) |
| **Via Electronic Mail**<br><br>Mark Edelson<br>EDELSON LECHTZIN LLP<br>3 Terry Drive, Suite 205<br>Newtown, PA 18940<br>medelson@edelson-law.com<br><br>*Counsel for Plaintiff Jason J. Canjar d/b/a Yedinak Registered Holsteins*<br><br>*Canjar v. Bayer CropScience, et al.,* No. 3:21-cv-00181 (S.D. Ill.) | **Via Electronic Mail**<br><br>Joseph E. Mariotti<br>CAPUTO & MARIOTTI, P.C.<br>730 Main Street<br>Moosic, PA 18507<br>jmariotti@caputomariotti.com<br><br>*Counsel for Plaintiff Jason J. Canjar d/b/a Yedinak Registered Holsteins*<br><br>*Canjar v. Bayer CropScience, et al.,* No. 3:21-cv-00181 (S.D. Ill.) |

**Via Electronic Mail**

Charles F. Barrett
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
cbarrett@nealharwell.com

*Counsel for Plaintiff Jones Planting Co. III*

*Jones Planting Co. III v. Bayer CropScience LP, et al.,* No. 3:21-cv-00173 (S.D. Ill.)

**Via Electronic Mail**

Gregory S. Asciolla
Karin E. Garvey
Jonathan S. Crevier
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
gasciolla@labaton.com
kgarvey@labaton.com
jcrevier@labaton.com

*Counsel for Plaintiff Jones Planting Co. III*

*Jones Planting Co. III v. Bayer CropScience LP, et al.,* No. 3:21-cv-00173 (S.D. Ill.)

**Via Electronic Mail**

Jonathan P. Barrett
BARRETT LAW, PLLC
121 Colony Crossing, Suite D
Madison, MS 39110
jpb@barrettlawms.com

*Counsel for Plaintiff Jones Planting Co. III*

*Jones Planting Co. III v. Bayer CropScience LP, et al.,* No. 3:21-cv-00173 (S.D. Ill.)

**Via Electronic Mail**

Michael R. Cashman
Anne T. Regan
Nathan D. Prosser
HELLMUTH & JOHNSON, PLLC
8050 West 78th Street
Edina, Minnesota 55439
mcashman@hjlawfirm.com
aregan@hjlawfirm.com
nprosser@hjlawfirm.com

*Counsel for Plaintiffs Ryan Bros., Inc. and Michael J. Ryan*

*Ryan Bros., Inc., et al., v. Bayer CropScience LP, et al.,* No. 0:21-cv-00433 (D. Minn.)

**Via Electronic Mail**

Drew R. Ball
Steve McCann
BALL & McCANN, P.C.
161 North Clark Street, Suite 1600
Chicago, Illinois 60601
Drew@BallMcCannLaw.com
Steve@BallMcCannLaw.com

*Counsel for Plaintiffs Ryan Bros., Inc. and Michael J. Ryan*

*Ryan Bros., Inc., et al., v. Bayer CropScience LP, et al.,* No. 0:21-cv-00433 (D. Minn.)

**Via Electronic Mail**

Derek Y. Brandt
Leigh M. Perica
Connor P. Lemire
MCCUNE WRIGHT AREVALO, LLP
231 North Main Street, Suite 20
Edwardsville, Illinois 62025
dyb@mccunewright.com
lmp@mccunewright.com
cpl@mccunewright.com

*Counsel for Plaintiff Darren Duncan*

*Duncan v. Bayer CropScience LP, et al.,* No. 3:21-cv-00158 (D. Minn.)

| | |
|---|---|
| **Via Electronic Mail**<br><br>Richard D. McCune<br>MCCUNE WRIGHT AREVALO, LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, California 91761<br>rdm@mccunewright.com<br><br>*Counsel for Plaintiff Darren Duncan*<br><br>*Duncan v. Bayer CropScience LP, et al.,* No. 3:21-cv-00158 (D. Minn.) | **Via Electronic Mail**<br><br>Daniel E. Gustafson<br>Daniel C. Hedlund<br>Michelle J. Looby<br>Daniel J. Nordin<br>Mickey L. Stevens<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>dnordin@gustafsongluek.com<br>mstevens@gustafsongluek.com<br><br>*Counsel for Plaintiffs Eagle Lake Farms Partnership, Dan Flaten, Randi Handwerk, Leon Pfaff,*<br><br>*Eagle Lake Farms Partnership v. Bayer CropScience LP, et al.,* No. 0:21-cv-00543 (D. Minn.)<br><br>*Flaten v. Bayer CropScience LP, et al.,* No. 0:21-cv-00404 (D. Minn.)<br><br>*Handwerk v. Bayer CropScience LP, et al.,* No. 0:21-cv-00351 (D. Minn.)<br><br>*Pfaff v. Bayer CropScience LP, et al.*, No. 0:21-cv-00462 (D. Minn.) |
| **Via Electronic Mail**<br><br>Richard M. Paul III<br>Ashlea G. Schwarz<br>PAUL LLP<br>601 Walnut Street, Suite 300<br>Kansas City, MO 64106<br>Rick@PaulLLP.com<br>Ashlea@PaulLLP.com<br><br>*Counsel for Plaintiff Dan Flaten*<br><br>*Flaten v. Bayer CropScience LP, et al.,* No. 0:21-cv-00404 (D. Minn.) | **Via Electronic Mail**<br><br>Anne T. Regan<br>Nathan D. Prosser<br>HELLMUTH & JOHNSON PLLC<br>8050 West 78th Street<br>Edina, MN 55439<br>aregan@hjlawfirm.com<br>nprosser@hjlawfirm.com<br><br>*Counsel for Plaintiff Randi Handwerk*<br><br>*Handwerk v. Bayer CropScience LP, et al.,* No. 0:21-cv-00351 (D. Minn.) |

**Via Electronic Mail**

Joseph W. Cotchett
Adam J. Zapala
Karin B. Swope
Elizabeth T. Castillo
James G.B. Dallal
Reid W. Gaa
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
jcotchett@cpmlegal.com
azapala@cpmlegal.com
kswope@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com
rgaa@cpmlegal.com

*Counsel for Plaintiff Randi Handwerk*

*Handwerk v. Bayer CropScience LP, et al.,* No. 0:21-cv-00351 (D. Minn.)

**Via Electronic Mail**

Joseph Goldberg
Vincent J. Ward
Frank T. Davis
Josh B. Ewing
FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
jg@fbdlaw.com
vwj@fbdlaw.com
ftd@fbdlaw.com
jbe@fbdlaw.com

*Counsel for Plaintiff Randi Handwerk*

*Handwerk v. Bayer CropScience LP, et al.,* No. 0:21-cv-00351 (D. Minn.)

**Via Electronic Mail**

Robert J. Gralewski, Jr.
Samantha L. Greenberg
KIRBY McINERNEY LLP
600 B Street, Suite 2110
San Diego, CA 92101
bgralewski@kmllp.com
sgreenberg@kmllp.com

*Counsel for Plaintiff Leon Pfaff*

*Pfaff v. Bayer CropScience LP, et al.,* No. 0:21-cv-00462 (D. Minn.)

**Via Electronic Mail**

Kenneth A. Wexler
Mark R. Miller
Melinda J. Morales
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, Illinois 60603
kaw@wexlerwallace.com
mrm@wexlerwallace.com
mjm@wexlerwallace.com

*Counsel for Plaintiff Leon Pfaff*

*Pfaff v. Bayer CropScience LP, et al.,* No. 0:21-cv-00462 (D. Minn.)

**Via Electronic Mail**

Timothy D. Battin
Christopher V. Le
STRAUS & BOIES, LLP
4041 University Drive, Suite 500
Fairfax, VA 22030
tbattin@straus-boies.com
cle@straus-boies.com

*Counsel for Plaintiff Leon Pfaff*

*Pfaff v. Bayer CropScience LP, et al.,* No. 0:21-cv-00462 (D. Minn.)

**Via Electronic Mail**

Robert A. Clifford
Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle, #3100
Chicago, Illinois 60602
rac@cliffordlaw.com
smm@cliffordlaw.com

*Counsel for Plaintiff John C. Swanson*

*Swanson v. Bayer CropScience LP, et al.,* No. 3:21-cv-00046 (S.D. Ill.)

**Via Electronic Mail**

Linda P. Nussbaum
Bart D. Cohen
Christopher B. Sanchez
Louis Kessler
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com
csanchez@nussbaumpc.com
lkessler@nussbaumpc.com

*Counsel for Plaintiff John C. Swanson*

*Swanson v. Bayer CropScience LP, et al.,* No. 3:21-cv-00046 (S.D. Ill.)

**Via Electronic Mail**

Arthur N. Bailey
Marco Cercone
RUPP BAASE PFALZGRAF CUNNINGHAM LLC
1600 Liberty Building
424 Main Street
Buffalo, New York 14202
bailey@ruppbaase.com
cercone@ruppbaase.com

*Counsel for Plaintiff John C. Swanson*

*Swanson v. Bayer CropScience LP, et al.,* No. 3:21-cv-00046 (S.D. Ill.)

**Via Electronic Mail**

Rex A. Sharp
Ruth Anne French-Hodson
SHARP LAW, LLP
5301 W. 75th Street
Prairie Village, KS 66208
rsharp@midwest-law.com
rafrenchhodson@midwest-law.com

*Counsel for Plaintiff Melinda Budde*

*Budde v. Bayer CropScience LP, et al.,* No. 2:21-cv-02095 (D. Kan.)

**Via Electronic Mail**

Isaac Diel
Greg Bentz
SHARP LAW, LLP
6900 College Blvd., Suite 285
Overland Park, KS 66211
idiel@midwest-law.com
gbentz@midwest-law.com

*Counsel for Plaintiff Melinda Budde*

*Budde v. Bayer CropScience LP, et al.,* No. 2:21-cv-02095 (D. Kan.)

**Via Electronic Mail**

Brian C. Gudmundson
Alyssa J. Leary
David M. Cialkowski
ZIMMERMAN REED LLP
1100 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402
david.cialkowski@zimmreed.com
brian.gudmundson@zimmreed.com
alyssa.leary@zimmreed.com

*Counsel for Plaintiffs B. Carlson, B. DeKrey*

*Carlson v. Bayer CropScience LP, et al.,* No. 0:21-cv-00475 (D. Minn.)

*DeKrey v. Bayer CropScience LP, et al.,* No. 0:21-cv-00639 (D. Minn.)

**Via Electronic Mail**

Hart L. Robinovitch
ZIMMERMAN REED LLP
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254
hart.robinovitch@zimmreed.com

*Counsel for Plaintiff B. Carlson*

*Carlson v. Bayer CropScience LP, et al.,* No. 0:21-cv-00475 (D. Minn.)

**Via Electronic Mail**

John W. "Don" Barrett
Katherine Barrett Riley
David McMullan, Jr.
Sterling Starns
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095-0927
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
sstarns@barrettlawgroup.com

*Counsel for Plaintiff Vienna Eqho Farms*

*Vienna Eqho Farms v. Bayer CropScience LP, et al.,* No. 3:21cv00204 (S.D. Ill.)

**Via Electronic Mail**

Jonathan W. Cuneo
Victoria Sims
Blaine Finley
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave., NW Suite 200
Washington, DC 20016
jonc@cuneolaw.com
vicky@cuneolaw.com
bfinley@cuneolaw.com

*Counsel for Plaintiff Vienna Eqho Farms*

*Vienna Eqho Farms v. Bayer CropScience LP, et al.,* No. 3:21cv00204 (S.D. Ill.)

**Via Electronic Mail**

Vincent Briganti
Christian Levis
Roland R. St. Louis, III
Noelle Feigenbaum
LOWEY DANNENBERG, P.C.
44 South Broadway
White Plains, NY 10601
vbriganti@lowey.com
clevis@lowey.com
rstlouis@lowey.com
nfeigenbaum@lowey.com

*Counsel for Plaintiffs Barbara Piper, as Executrix of the Estate of Michael Piper, Charles Lex, John
Swanson, Jones Planting Co. III, and Jason Canjar*

**Via Electronic Mail**

Kathy L. Osborn
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Kathy.osborn@faegredrinker.com

*Counsel for Defendant CHS Inc.*

| | |
|---|---|
| **Via Electronic Mail**<br><br>Donald M. Flack, Jr.<br>ARMSTRONG TEASDALE LLP<br>7700 Forsyth Blvd., Suite 1900<br>St. Louis, MO 63105<br>dflack@armstrongteasdale.com<br><br>*Counsel for Defendant Corteva Inc.* | **Via Electronic Mail**<br><br>Travis H. Campbell<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102<br>Travis.campbell@bclplaw.com<br><br>*Counsel for Defendant Nutrien Ag Solutions Inc.* |
| **Via Electronic Mail**<br><br>Troy A. Bozarth<br>HEPLERBROOM LLC<br>130 North Main Street<br>P.O. Box 510<br>Edwardsville, IL 62025<br>tab@heplerbroom.com<br><br>*Counsel for Defendant BASF Corporation* | **Via Electronic Mail**<br><br>Michael J. Nester<br>DONOVAN ROSE NESTER, P.C.<br>15 North 1st Street, Suite A<br>Belleville, IL 62220<br>mnester@drnpc.com<br><br>*Counsel for Defendant Syngenta Corporation* |
| **Via Electronic Mail**<br><br>Nathan P. Eimer<br>Brian Chang<br>Sarah H. Catalano<br>Vanessa G. Jacobsen<br>EIMER STAHL LLP<br>224 South Michigan Ave., Suite 1100<br>Chicago, IL 60604<br>neimer@eimerstahl.com<br>bchang@eimerstahl.com<br>scatalano@eimerstaho.com<br>vjacobsen@eimerstaho.com<br><br>*Counsel for Defendant Winfield Solutions LLC* | **Via Electronic Mail**<br><br>Craig C. Martin<br>Matt D. Basil<br>WILLKIE FARR & GALLAGHER LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>cmartin@willkie.com<br>mbasil@willkie.com<br><br>*Counsel for Defendant Univar Solutions, Inc.* |

**Via Electronic Mail**

Michael L. McCluggage
EIMER STAHL LLP
224 South Michigan Ave., Suite 1100
Chicago, IL 60604
mmccluggage@eimerstahl.com

*Counsel for Defendant Federated Co-Operatives Ltd.*

**Via Electronic Mail**

Colby A. Kingsbury
FAEGRE DRINKER BIDDLE & REATH LLP
311 South Wacker Drive, Suite 4300
Chicago, IL 60606
Colby.kingsbury@faegredrinker.com

*Counsel for Defendant CHS Inc.*

**Via Electronic Mail**

Jason A. Leckerman
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
leckermanj@ballardspahr.com

*Counsel for Corteva, Inc. and Pioneer Hi-Bred International, Inc.*

**Via Electronic Mail**

Karl L. Cambronne
CHESTNUT CAMBRONNE PA
100 Washington Avenue South, Suite 1700
Minneapolis, MC 55401
kcambronne@chestnutcambronne.com

*Counsel for Plaintiff T. Schultz*

**Via Electronic Mail**

Patrick Howard
SALTZ, MONGELUZZI & BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
phoward@smbb.com

*Counsel for Plaintiff Tom Burke Farms*

**Via Electronic Mail**

Garrett D. Blanchfield
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite W1050
St. Paul MN 55101
g.blanchfield@reblawfirm.com

*Counsel for Plaintiff Hapka Farms, Inc., et al.*

**Via Electronic Mail**

Shylah R. Alfonso
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
SAlfonzo@perkinscoie.com

*Counsel for Simplot AB Retail Sub, Inc.*

**Via Electronic Mail**

Laura Shores
ARNOLD & PORTER KAY SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
laurashores@arnoldporter.com

*Counsel for Bayer CropScience, Inc. and Bayer CropScience, LP*

**Via Electronic Mail**

F. Matthew Ralph
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55042-1498
ralph.matthew@dorsey.com

*Counsel for GROWMARK, Inc, and GROWMARK FS, LLC*

    Respectfully submitted March 11, 2021.

    s/*Lee A. Peifer*
    Lee A. Peifer
    EVERSHEDS SUTHERLAND (US) LLP
    999 Peachtree Street, NE, Suite 2300
    Atlanta, Georgia 30309-3996
    404-853-8000 (tel.)
    404-853-8806 (fax)
    leepeifer@eversheds-sutherland.com

    *Counsel for Tenkoz, Inc.*