# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: CROP INPUTS ANTITRUST LITIG.** | MDL No. 2993 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that, on March 11, 2021, I caused the foregoing Notice of Appearance and accompanying Schedule to be electronically filed with the Clerk of the U.S. Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's electronic case filing system will automatically serve copies of these documents on all registered CM/ECF users.

Dated: March 11, 2021

*/s/ Paul S. Mishkin*
Paul S. Mishkin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5292
paul.mishkin@davispolk.com

ATTORNEY FOR SYNGENTA CORPORATION