BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| IN RE: CROP INPUTS ANTITRUST LITIGATION | MDL No. 2993 |
|---|---|

# PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance of David Lender for BASF Corporation and attachments were served on all parties in the following case electronically via ECF, or as indicated below, on this 11th day of March, 2021.

| | |
|---|---|
| **VIA CM/ECF**<br>W. Joseph Bruckner<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Ave. South, Suite 2200<br>Minneapolis, MN 55401<br>wjbruckner@locklaw.com<br><br>*Counsel for Charles Lex* | **VIA CM/ECF**<br>Eric J. Mahr<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>700 13th St. NW, 10th Floor<br>Washington, D.C. 20005<br>Eric.mahr@freshfields.com<br><br>*Counsel for Cargill, Inc.* |
| **VIA CM/ECF**<br>Karin E. Garvey<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005<br>kgarvey@labaton.com<br><br>*Counsel for Plaintiff Jones Planting Co. III* | **VIA CM/ECF**<br>Jason A. Leckerman<br>BALLARD SPAHR LLP<br>1735 Market St., 51st Floor<br>Philadelphia, PA 19103<br>leckermanJ@ballardspahr.com<br><br>*Counsel for Corteva, Inc. and Hi-Bred International, Inc.* |
| **VIA CM/ECF**<br>Linda P. Nussbaum<br>NUSSBAUM LAW GROUP, P.C.<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036<br>lnussbaum@nussbaumpc.com<br><br>*Counsel for John C. Swanson* | **VIA CM/ECF**<br>F. Matthew Ralph<br>DORSEY & WHITNEY LLP<br>50 South Sixth Street Suite 1500<br>Minneapolis, MN 55402-1498<br>ralph.matthew@dorsey.com<br><br>*Counsel for Growmark, Inc.; Growmark FS, LLC* |

| | |
|---|---|
| **VIA CM/ECF**<br>Derek Y. Brandt<br>MCCUNE WRIGHT AREVALO, LLP<br>231 North Main Street, Suite 20<br>Edwardsville, Illinois 62025<br>dyb@mccunewright.com<br><br>*Counsel for Plaintiff Darren Duncan* | **VIA CM/ECF**<br>G. Patrick Watson<br>1201 West Peachtree Street<br>Suite 1400<br>Atlanta, Georgia 30309<br>patrick.watson@bclplaw.com<br><br>*Counsel for Defendant Nutrien Ag Solutions, Inc.* |
| **VIA CM/ECF**<br>Daniel E. Gustafson<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>dgustafson@gustafsongluek.com<br><br>*Counsel for Plaintiffs Dan Flaten, Randi Handwerk, Leon Pfaff and Eagle Lake Farms Partnership* | **VIA CM/ECF**<br>Nathan P. Eimer<br>EIMER STAHL LLP<br>224 S. Michigan Ave., Suite 1100<br>Chicago, IL 60604<br>neimer@eimerstahl.com<br><br>*Counsel for Defendant WinField Solutions, LLC* |
| **VIA CM/ECF**<br>Michael Cashman<br>HELLMUTH & JOHNSON PLLC<br>8050 West 78th Street<br>Edina, MN 55439<br>mcashman@hjlawfirm.com<br><br>*Counsel for Plaintiffs Randi Handwerk and Ryan Bros., Inc., and Michael J. Ryan* | **VIA CM/ECF**<br>David M. Cialkowski<br>ZIMMERMAN REED LLP<br>1100 IDS Center, 80 S. 8th St.<br>Minneapolis, MN 55402<br>david.cialkowski@zimmreed.com<br><br>*Counsel for Plaintiffs B. Carlson and Brad DeKrey* |
| **VIA CM/ECF**<br>John W. "Don" Barrett<br>BARRETT LAW GROUP, P.A.<br>P.O. Box 927<br>404 Court Square North<br>Lexington, Mississippi 39095-0927<br>dbarrett@barrettlawgroup.com<br><br>*Counsel for Plaintiff Vienna Eqho Farms* | **VIA CM/ECF**<br>Shylah R. Alfonso<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>salfonso@perkinscoie.com<br><br>*Counsel for Defendant Simplot AB Retail Sub, Inc.* |

| | |
|---|---|
| **VIA CM/ECF**<br>Craig C. Martin<br>Matt D. Basil<br>WILLKIE FARR & GALLAGHER LLP<br>300 North LaSalle<br>Chicago, IL 60654-3406<br>cmartin@willkie.com<br>mbasil@willkie.com<br><br>*Counsel for Univar Solutions Inc.* | **VIA CM/ECF**<br>Kathy L. Osborn<br>FAEGRE DRINKER<br>300 N. Meridian St., Suite 2500<br>Indianapolis, IN 46204<br>Kathy.osborn@faegredrinker.com<br><br>*Counsel for Defendant CHS, Inc.* |
| **VIA CM/ECF**<br>Michael L. McCluggage<br>EIMER STAHL LLP<br>224 S. Michigan Ave., Suite 1100<br>Chicago, IL 60604<br>mmccluggage@eimerstahl.com<br><br>*Counsel for Federated Co-Operatives Ltd.* | **VIA CM/ECF**<br>Laura S. Shores<br>ARNOLD & PORTER<br>601 Massachusetts Ave, NW<br>Washington, DC 20001-3743<br>laura.shores@arnoldporter.com<br><br>*Counsel for Defendants Bayer CropScience, Inc. and Bayer CropScience, LP* |
| **VIA EMAIL**<br>Rex A. Sharp<br>Ruth Anne French-Hodson<br>SHARP LAW, LLP<br>5301 W. 75th Street<br>Prairie Village, KS 66208<br>rsharp@midwest-law.com<br>rafrenchhodson@midwest-law.com<br><br>*Counsel for Plaintiff Melinda Budde* | **VIA EMAIL**<br>MICHAEL J. NESTER<br>Donovan Rose Nester, P.C.<br>15 North First Street, Suite A<br>Belleville, IL 62220<br>mnester@drnpc.com<br><br>*Counsel for Defendant Syngenta Corporation* |
| **VIA EMAIL**<br>Isaac Diel<br>Greg Bentz<br>SHARP LAW, LLP<br>6900 College Blvd., Suite 285<br>Overland Park, KS 66211<br>idiel@midwest-law.com<br>gbentz@midwest-law.com<br><br>*Counsel for Plaintiff Melinda Budde* | **VIA EMAIL**<br>Timothy J. McCaffrey<br>EVERSHEDS SUTHERLAND (US) LLP<br>900 N Michigan Avenue, Suite 1000<br>Chicago, Illinois 60611<br>timmccaffrey@eversheds-sutherland.com<br><br>*Counsel for Tenkoz, Inc.* |

| | |
|---|---|
| **VIA EMAIL**<br>Robert L. King<br>Stephen M. Tillery<br>Jamie Boyer<br>Carol O'Keefe<br>KOREIN TILLERY, LLC<br>505 North 7th Street, Suite 3600<br>St. Louis, MO 63101<br>stillery@koreintillery.com<br>jboyer@koreintillery.com<br>cokeefe@koreintillery.com<br><br>*Counsel for Plaintiffs Charles Lex and Jason J. Canjar d/b/a Yedinak Registered Holsteins* | **VIA EMAIL**<br>Lee A. Peifer<br>James T. McGibbon EVERSHEDS SUTHERLAND (US) LLP<br>999 Peachtree Street, NE, Suite 2300<br>Atlanta, Georgia 30309-3996<br>leepeifer@eversheds-sutherland.com<br>jimmcgibbon@eversheds-sutherland.com<br><br>*Counsel for Tenkoz, Inc.* |
| **VIA EMAIL**<br>George A. Zelcs<br>John Libra<br>Randall P. Ewing, Jr.<br>Jonathon Byrer<br>Ryan Z. Cortazar<br>KOREIN TILLERY, LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>gzelcs@koreintillery.com<br>jlibra@koreintillery.com<br>rewing@koreintillery.com<br>jbyrer@koreintillery.com<br>rcortazar@koreintillery.com<br><br>*Counsel for Plaintiffs Barbara Piper and Jason J Canjar d/b/a Yedinak Registered Holsteins* | **VIA EMAIL**<br>John G. Emerson<br>EMERSON FIRM, PLLC<br>2500 Wilcrest, Suite 300<br>Houston, TX 77042<br>jemerson@emersonfirm.com<br><br>*Counsel for Eagle Lake Farms Partnership* |
| **VIA EMAIL**<br>Vincent Briganti<br>LOWEY DANNENBERG, P.C.<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>vbriganti@lowey.com<br><br>*Counsel for Consolidated Plaintiffs Piper, Swanson, Lex, Jones Planting Co. III and Canjar* | **VIA EMAIL**<br>Jeffrey B. Gittleman<br>Chad A. Carder<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>jgittleman@barrack.com<br>ccarder@barrack.com<br><br>*Counsel for Eagle Lake Farms Partnership* |

| | |
|---|---|
| **VIA EMAIL**<br>Marc Edelson<br>EDELSON LECHTZIN LLP<br>3 Terry Drive<br>Suite 205<br>Newtown, PA 18940<br>Medelson@edelson-law.com<br><br>*Counsel for Jason J. Canjar d/b/a Yedinak Registered Holsteins* | **VIA EMAIL**<br>Garrett D. Blanchfield (#209855)<br>Roberta A. Yard (#322295)<br>REINHARDT WENDORF & BLANCHFIELD<br>332 Minnesota Street, Suite W1050<br>St. Paul, MN 55101<br>g.blanchfield@rwblawfirm.com<br>r.yard@rwblawfirm.com<br><br>*Counsel for Hapka Farms, Inc. and Amy Hapka* |
| **VIA EMAIL**<br>Joseph E. Mariotti, Esquire<br>CAPUTO & MARIOTTI, P.C.<br>730 Main Street<br>Moosic, PA, 18507<br>jmariotti@caputomariotti.com<br><br>*Counsel for Jason J. Canjar d/b/a Yedinak Registered Holsteins* | **VIA EMAIL**<br>Michael J. Boni<br>Joshua D. Snyder<br>BONI, ZACK & SNYDER LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>mboni@bonizack.com<br>jsnyder@bonizack.com<br><br>*Counsel for Tom Burke Farms* |
| **VIA EMAIL**<br>Robert J. Gralewski, Jr.<br>Samantha L. Greenberg<br>KIRBY McINERNEY LLP<br>600 B Street, Suite 2110<br>San Diego, CA 92101<br>bgralewski@kmllp.com<br>sgreenberg@kmllp.com<br><br>*Counsel for Plaintiff Leon Pfaff* | **VIA EMAIL**<br>Patrick Howard, Esq.<br>Simon B. Paris, Esq.<br>SALTZ, MONGELUZZI, & BENDESKY, P.C.<br>1650 Market Street, 52nd Floor<br>Philadelphia, PA 19103<br>phoward@smbb.com<br>sparis@smbb.com<br><br>*Counsel for Tom Burke Farms* |

| | |
|---|---|
| **VIA EMAIL**<br>Kenneth A. Wexler<br>Mark R. Miller<br>Melinda J. Morales<br>WEXLER WALLACE LLP<br>55 W. Monroe Street<br>Suite 3300<br>Chicago, Illinois 60603<br>kaw@wexlerwallace.com<br>mrm@wexlerwallace.com<br>mjm@wexlerwallace.com<br><br>*Counsel for Plaintiff Leon Pfaff* | **VIA EMAIL**<br>Roberta D. Liebenberg, PA ID # 31738<br>Gerard A. Dever, PA ID # 85291<br>Jessica D. Khan, PA ID # 208875<br>FINE, KAPLAN AND BLACK, RPC<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA 19107<br>rliebenberg@finekaplan.com<br>gdever@finekaplan.com<br>jkhan@finekaplan.com<br><br>*Counsel for Tom Burke Farms* |
| **VIA EMAIL**<br>Timothy D. Battin<br>Christopher V. Le<br>STRAUS & BOIES, LLP<br>4041 University Drive<br>Suite 500<br>Fairfax, VA 22030<br>tbattin@straus-boies.com<br>cle@straus-boies.com<br><br>*Counsel for Plaintiff Leon Pfaff* | **VIA EMAIL**<br>Dianne M. Nast<br>NASTLAW LLC<br>1101 Market Street, Suite 2801<br>Philadelphia, Pennsylvania 19107<br>dnast@nastlaw.com<br><br>*Counsel for Tom Burke Farms* |
| **VIA EMAIL**<br>Drew R. Ball<br>Steve McCann<br>BALL & McCANN, P.C.<br>161 North Clark Street, Suite 1600<br>Chicago, Illinois 60601<br>Drew@BallMcCannLaw.com<br>Steve@BallMcCannLaw.com<br><br>*Counsel for Plaintiff Ryan Bros., Inc., and Michael J. Ryan* | **VIA EMAIL**<br>Karl L. Cambronne<br>Bryan L. Bleichner<br>Jeffrey D. Bores<br>Christopher P. Renz<br>CHESTNUT CAMBRONNE PA<br>100 Washington Avenue South<br>Suite 1700<br>Minneapolis, MN 55401<br>kcambronne@chestnutcambronne.com<br>bbleichner@chestnutcambronne.com<br>jbores@chestnutcambronne.com<br>crenz@chestnutcambronne.com<br><br>*Counsel for Tyler Schultz* |

| | |
|---|---|
| Dated: March 11, 2021 | By: /s/ David Lender<br>David Lender<br>WEIL, GOSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>Tel:  (212) 833-3012<br>Email:  david.lender@weil.com<br><br>*Counsel for BASF Corporation* |