# BEFORE THE
# UNITED STATES JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

| IN RE CROP INPUTS ANTITRUST LITIGATION | MDL DOCKET NO. 2993 |
|---|---|

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certify that, on March 15, 2021, the following documents were electronically filed with the Clerk of the Panel via CM/ECF:

1. Notice of appearance; and

2. Schedule of actions.

The undersigned further certify that copies of the foregoing were served on all counsel by email as follows:

Robert L. King
KOREIN TILLERY LLC
One U.S. Bank Plaza
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
rking@koreintillery.com

*Counsel for Plaintiffs Charles Lex, Jason J. Canjar d/b/a Yedinak Registered Holsteins, Barbara Piper*

Charles F. Barrett
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
cbarrett@nealharwell.com

*Counsel for Plaintiff Jones Planting Co. III*

Derek Y. Brandt
MCCUNE WRIGHT AREVALO, LLP
231 North Main Street, Suite 20
Edwardsville, Illinois 62025
dyb@mccunewright.com

*Counsel for Plaintiff Darren Duncan*

W. Joseph Bruckner
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave. South
Suite 2200
Minneapolis, MN 63101
wjbruckner@locklaw.com

*Counsel for Plaintiff Charles Lex*

Michael R. Cashman
HELLMUTH & JOHNSON, PLLC
8050 West 78th Street
Edina, Minnesota 55439
mcashman@hjlawfirm.com

*Counsel for Plaintiffs Ryan Bros., Inc. and Michael J. Ryan*

Daniel E. Gustafson
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
dgustafson@gustafsongluek.com

*Counsel for Plaintiffs Dan Flaten, Randi Handwerk, and Leon Pfaff*

Rex A. Sharp
SHARP LAW, LLP
5301 W. 75th Street
Prairie Village, KS 66208
rsharp@midwest-law.com

*Counsel for Plaintiff Melinda Budde*

John W. "Don" Barrett
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095-0927
dbarrett@barrettlawgroup.com

*Counsel for Plaintiff Vienna Eqho Farms*

David J. Lender
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
David.Lender@weil.com

*Counsel for Defendant BASF Corporation*

Donald M. Flack, Jr.
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
dflack@armstrongteasdale.com

*Counsel for Defendant Corteva Inc.*

Shylah Alfonso
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
salfonso@perkinscoie.com

*Counsel for Defendant Simplot AB Retail Sub, Inc.*

Brian C. Gudmundson
ZIMMERMAN REED LLP 1100
IDS Center, 80 S. 8th St.
Minneapolis, MN 55402
brian.gudmundson@zimmreed.com

*Counsel for Plaintiff B. Carlson*

Karl Cambronne
Chestnut Cambronne PA
100 Washington Avenue South
Suite 1700
Minneapolis, MN 55401
kcambronne@chestnutcambronne.com

*Counsel for Plaintiff Tyler Schultz*

Jonathan I. Gleklen
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001
jonathan.gleklen@arnoldporter.com

*Counsel for Defendants Bayer CropScience LP and Bayer CropScience, Inc.*

Kathy L. Osborn
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street
Suite 2500
Indianapolis, IN 46204
kathy.osborn@faegredrinker.com

*Counsel for Defendant CHS, Inc.*

Michael L. McCluggage
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
mmccluggage@eimerstahl.com

*Counsel for Defendant Federated Co-Operatives, Ltd.*

Barry S. Noeltner
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
105 West Vandalia Street
Mark Twain Plaza III, Suite 100
Edwardsville, IL 62025
bnoeltner@heylroyster.com

*Counsel for Defendants Growmark, Inc. and Growmark FS, LLC*

Michael J. Nester
DONOVAN ROSE NESTER, P.C.
15 North 1st Street, Suite A
Belleville, IL 62220
mnester@drnpc.com

*Counsel for Defendant Syngenta Corporation*

Craig C. Martin
WILLKIE FARR & GALLAGHER LLP
300 N. LaSalle
Chicago, IL 60654
cmartin@willkie.com

*Counsel for Defendant Univar Solutions, Inc.*

Travis H. Campbell
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Travis.campbell@bclplaw.com

*Counsel for Defendant Nutrien Ag Solutions Inc.*

Lee A. Peifer
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia 30309-3996
leepeifer@eversheds-sutherland.com

*Counsel for Defendant Tenkoz, Inc.*

Nathan P. Eimer
EIMER STAHL LLP
224 South Michigan Ave., Suite 1100
Chicago, IL 60604
neimer@eimerstahl.com

*Counsel for Defendant Winfield Solutions LLC*

Donald M. Flack
ARMSTRONG TEASDALE LLP
115 N. Second Street
Edwardsville, IL 62025
dflack@atllp.com

*Counsel for Defendant Pioneer Hi-Bred International, Inc.*

Dated: March 15, 2021					Respectfully Submitted,

					_/s/ Eric Mahr_____
					Eric J. Mahr
					FRESHFIELDS BRUCKHAUS
					DERINGER US LLP
					700 13th Street NW, 10th Floor
					Washington, DC 20005-3960
					Tel: (202) 777-4545
					Fax: (202) 777-4555
					eric.mahr@freshfields.com

					*Counsel for Defendant Cargill, Inc.*