BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE CROP INPUTS ANTITRUST LITIGATION | MDL No. 2993 |
|---|---|

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance and attachments were served on all parties in the following cases electronically via ECF, or as indicated below, on March 11, 2021.

| | |
|---|---|
| **Via First Class U.S. Mail**<br>Bayer CropScience LP<br>c/o Corporation Service Company<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608<br><br>*Defendant* | **Via First Class U.S. Mail**<br>Bayer CropScience, Inc.<br>c/o Corporation Service Company<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608<br><br>*Defendant* |
| **Via First Class U.S. Mail**<br>Cargill Incorporated<br>c/o CT Corporation System<br>1010 Dale St. N<br>St. Paul, MN 55117<br><br>*Defendant* | **Via First Class U.S. Mail**<br>Growmark Inc.<br>c/o Corporation Service Company<br>252 Little Falls Drive<br>Wilmington, DE 19808<br><br>*Defendant* |
| **Via First Class U.S. Mail**<br>Growmark FS LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>*Defendant* | **Via First Class U.S. Mail**<br>Simplot AB Retail Sub, Inc.<br>c/o Corporation Service Company<br>12550 W. Explorer Drive, Suite 100<br>Boise, ID 83713<br><br>*Defendant* |

| | |
|---|---|
| **Via First Class U.S. Mail**<br>Tenkoz Inc.<br>c/o Peter Quittmeyer, Registered Agent<br>2300 Peachtree Street, Suite 2300<br>Atlanta, GA 30309<br><br>*Defendant* | |

| | |
|---|---|
| **Via Electronic Mail**<br>Robert L. King<br>Stephen M. Tillery<br>Jamie Boyer<br>Carol O'Keefe<br>John A. Libra<br>Randall P. Ewing<br>KOREIN TILLERY LLC<br>One U.S. Bank Plaza<br>505 N. 7th Street, Suite 3600<br>St. Louis, MO 63101<br>rking@koreintillery.com<br>stillery@koreintillery.com<br>jboyer@koreintillery.com<br>cokeefe@koreintillery.com<br><br>*Counsel for Plaintiffs Charles Lex, Jason J. Canjar d/b/a Yedinak Registered Holsteins, Barbara Piper*<br><br>*Lex v. Bayer CropScience LP, et al.* No. 3:21-cv-00122 (S.D. Ill.)<br>*Canjar v. Bayer CropScience, et al.,* No. 3:21-cv-00181 (S.D. Ill.)<br>*Piper, et al., v. Bayer CropScience, et al.,* No. 3:21-cv-00021 (S.D. Ill.) | **Via Electronic Mail**<br>W. Joseph Bruckner<br>Robert K. Shelquist<br>Brian D. Clark<br>Rebecca A. Peterson<br>Stephanie A. Chen<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Ave. South, Suite 2200<br>Minneapolis, MN 63101<br>wjbruckner@locklaw.com<br>rkshelquist@locklaw.com<br>bdclark@locklaw.com<br>rapeterson@locklaw.com<br>sachen@locklaw.com<br><br>*Counsel for Plaintiff Charles Lex*<br><br>*Lex v. Bayer CropScience LP, et al.* No. 3:21-cv-00122 (S.D. Ill.) |

| | |
|---|---|
| **Via Electronic Mail**<br>J. Barton Goplerud<br>Brandon M. Bohlman<br>SCHINDLER, ANDERSON, GOPLERUD & WEESE P.C.<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265<br>goplerud@sagwlaw.com<br>bohlman@sagwlaw.com<br><br>*Counsel for Plaintiff Charles Lex*<br><br>*Lex v. Bayer CropScience LP, et al.* No. 3:21-cv-00122 (S.D. Ill.) | **Via Electronic Mail**<br>George A. Zelcs<br>John Libra<br>Randall P. Ewing, Jr.<br>Jonathon Byrer<br>Ryan Z. Cortazar<br>KOREIN TILLERY, LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>gzelcs@koreintillery.com<br>jlibra@koreintillery.com<br>rewing@koreintillery.com<br>jbyrer@koreintillery.com<br>rcortazar@koreintillery.com<br><br>*Counsel for Plaintiffs Jason J. Canjar d/b/a Yedinak Registered Holsteins, Barbara Piper*<br><br>*Canjar v. Bayer CropScience, et al.,* No. 3:21-cv-00181 (S.D. Ill.)<br><br>*Piper, et al., v. Bayer CropScience, et al.,* No. 3:21-cv-00021 (S.D. Ill.) |
| **Via Electronic Mail**<br>Mark Edelson<br>EDELSON LECHTZIN LLP<br>3 Terry Drive, Suite 205<br>Newtown, PA 18940<br>medelson@edelson-law.com<br><br>*Counsel for Plaintiff Jason J. Canjar d/b/a Yedinak Registered Holsteins*<br><br>*Canjar v. Bayer CropScience, et al.,* No. 3:21-cv-00181 (S.D. Ill.) | **Via Electronic Mail**<br>Joseph E. Mariotti<br>CAPUTO & MARIOTTI, P.C.<br>730 Main Street<br>Moosic, PA 18507<br>jmariotti@caputomariotti.com<br><br>*Counsel for Plaintiff Jason J. Canjar d/b/a Yedinak Registered Holsteins*<br><br>*Canjar v. Bayer CropScience, et al.,* No. 3:21-cv-00181 (S.D. Ill.) |

| | |
|---|---|
| **Via Electronic Mail**<br>Charles F. Barrett<br>NEAL & HARWELL, PLC<br>1201 Demonbreun Street, Suite 1000<br>Nashville, Tennessee 37203<br>cbarrett@nealharwell.com<br><br>*Counsel for Plaintiff Jones Planting Co. III*<br><br>*Jones Planting Co. III v. Bayer CropScience LP, et al.,* No. 3:21-cv-00173 (S.D. Ill.) | **Via Electronic Mail**<br>Gregory S. Asciolla<br>Karin E. Garvey<br>Jonathan S. Crevier<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, New York 10005<br>gasciolla@labaton.com<br>kgarvey@labaton.com<br>jcrevier@labaton.com<br><br>*Counsel for Plaintiff Jones Planting Co. III*<br><br>*Jones Planting Co. III v. Bayer CropScience LP, et al.,* No. 3:21-cv-00173 (S.D. Ill.) |
| **Via Electronic Mail**<br>Jonathan P. Barrett<br>BARRETT LAW, PLLC<br>121 Colony Crossing, Suite D<br>Madison, MS 39110<br>jpb@barrettlawms.com<br><br>*Counsel for Plaintiff Jones Planting Co. III*<br><br>*Jones Planting Co. III v. Bayer CropScience LP, et al.,* No. 3:21-cv-00173 (S.D. Ill.) | **Via Electronic Mail**<br>Michael R. Cashman<br>Anne T. Regan<br>Nathan D. Prosser<br>HELLMUTH & JOHNSON, PLLC<br>8050 West 78th Street<br>Edina, Minnesota 55439<br>mcashman@hjlawfirm.com<br>aregan@hjlawfirm.com<br>nprosser@hjlawfirm.com<br><br>*Counsel for Plaintiffs Ryan Bros., Inc. and Michael J. Ryan*<br><br>*Ryan Bros., Inc., et al., v. Bayer CropScience LP, et al.,* No. 0:21-cv-00433 (D. Minn.) |

| | |
|---|---|
| **Via Electronic Mail**<br>Drew R. Ball<br>Steve McCann<br>BALL & McCANN, P.C.<br>161 North Clark Street, Suite 1600<br>Chicago, Illinois 60601<br>Drew@BallMcCannLaw.com<br>Steve@BallMcCannLaw.com<br><br>*Counsel for Plaintiffs Ryan Bros., Inc. and Michael J. Ryan*<br><br>*Ryan Bros., Inc., et al., v. Bayer CropScience LP, et al.,* No. 0:21-cv-00433 (D. Minn.) | **Via Electronic Mail**<br>Derek Y. Brandt<br>Leigh M. Perica<br>Connor P. Lemire<br>MCCUNE WRIGHT AREVALO, LLP<br>231 North Main Street, Suite 20<br>Edwardsville, Illinois 62025<br>dyb@mccunewright.com<br>lmp@mccunewright.com<br>cpl@mccunewright.com<br><br>*Counsel for Plaintiff Darren Duncan*<br><br>*Duncan v. Bayer CropScience LP, et al.,* No. 3:21-cv-00158 (D. Minn.) |
| **Via Electronic Mail**<br>Richard D. McCune<br>MCCUNE WRIGHT AREVALO, LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, California 91761<br>rdm@mccunewright.com<br><br>*Counsel for Plaintiff Darren Duncan*<br><br>*Duncan v. Bayer CropScience LP, et al.,* No. 3:21-cv-00158 (D. Minn.) | **Via Electronic Mail**<br>Daniel E. Gustafson<br>Daniel C. Hedlund<br>Michelle J. Looby<br>Daniel J. Nordin<br>Mickey L. Stevens<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>dnordin@gustafsongluek.com<br>mstevens@gustafsongluek.com<br><br>*Counsel for Plaintiffs Dan Flaten, Randi Handwerk, Leon Pfaff*<br><br>*Flaten v. Bayer CropScience LP, et al.,* No. 0:21-cv-00404 (D. Minn.)<br><br>*Handwerk v. Bayer CropScience LP, et al.,* No. 0:21-cv-00351 (D. Minn.)<br><br>*Pfaff v. Bayer CropScience LP, et al*., No. 0:21-cv-00462 (D. Minn.) |

| | |
|---|---|
| **Via Electronic Mail**<br>Richard M. Paul III<br>Ashlea G. Schwarz<br>PAUL LLP<br>601 Walnut Street, Suite 300<br>Kansas City, MO 64106<br>Rick@PaulLLP.com<br>Ashlea@PaulLLP.com<br><br>*Counsel for Plaintiff Dan Flaten*<br><br>*Flaten v. Bayer CropScience LP, et al.*, No. 0:21-cv-00404 (D. Minn.) | **Via Electronic Mail**<br>Anne T. Regan<br>Nathan D. Prosser<br>HELLMUTH & JOHNSON PLLC<br>8050 West 78th Street<br>Edina, MN 55439<br>aregan@hjlawfirm.com<br>nprosser@hjlawfirm.com<br><br>*Counsel for Plaintiff Randi Handwerk*<br><br>*Handwerk v. Bayer CropScience LP, et al.*, No. 0:21-cv-00351 (D. Minn.) |

| | |
|---|---|
| **Via Electronic Mail**<br>Joseph W. Cotchett<br>Adam J. Zapala<br>Karin B. Swope<br>Elizabeth T. Castillo<br>James G.B. Dallal<br>Reid W. Gaa<br>COTCHETT, PITRE & MCCARTHY, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>jcotchett@cpmlegal.com<br>azapala@cpmlegal.com<br>kswope@cpmlegal.com<br>ecastillo@cpmlegal.com<br>jdallal@cpmlegal.com<br>rgaa@cpmlegal.com<br><br>*Counsel for Plaintiff Randi Handwerk*<br><br>*Handwerk v. Bayer CropScience LP, et al.,* No. 0:21-cv-00351 (D. Minn.) | **Via Electronic Mail**<br>Joseph Goldberg<br>Vincent J. Ward<br>Frank T. Davis<br>Josh B. Ewing<br>FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD P.A.<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87102<br>jg@fbdlaw.com<br>vwj@fbdlaw.com<br>ftd@fbdlaw.com<br>jbe@fbdlaw.com<br><br>*Counsel for Plaintiff Randi Handwerk*<br><br>*Handwerk v. Bayer CropScience LP, et al.,* No. 0:21-cv-00351 (D. Minn.) |
| **Via Electronic Mail**<br>Robert J. Gralewski, Jr.<br>Samantha L. Greenberg<br>KIRBY McINERNEY LLP<br>600 B Street, Suite 2110<br>San Diego, CA 92101<br>bgralewski@kmllp.com<br>sgreenberg@kmllp.com<br><br>*Counsel for Plaintiff Leon Pfaff*<br><br>*Pfaff v. Bayer CropScience LP, et al.,* No. 0:21-cv-00462 (D. Minn.) | **Via Electronic Mail**<br>Kenneth A. Wexler<br>Mark R. Miller<br>Melinda J. Morales<br>WEXLER WALLACE LLP<br>55 W. Monroe Street, Suite 3300<br>Chicago, Illinois 60603<br>kaw@wexlerwallace.com<br>mrm@wexlerwallace.com<br>mjm@wexlerwallace.com<br><br>*Counsel for Plaintiff Leon Pfaff*<br><br>*Pfaff v. Bayer CropScience LP, et al.,* No. 0:21-cv-00462 (D. Minn.) |

| | |
|---|---|
| **Via Electronic Mail**<br>Timothy D. Battin<br>Christopher V. Le<br>STRAUS & BOIES, LLP<br>4041 University Drive, Suite 500<br>Fairfax, VA 22030<br>tbattin@straus-boies.com<br>cle@straus-boies.com<br><br>*Counsel for Plaintiff Leon Pfaff*<br><br>*Pfaff v. Bayer CropScience LP, et al.,* No. 0:21-cv-00462 (D. Minn.) | **Via Electronic Mail**<br>Robert A. Clifford<br>Shannon M. McNulty<br>CLIFFORD LAW OFFICES, P.C.<br>120 North LaSalle, #3100<br>Chicago, Illinois 60602<br>rac@cliffordlaw.com<br>smm@cliffordlaw.com<br><br>*Counsel for Plaintiff John C. Swanson*<br><br>*Swanson v. Bayer CropScience LP, et al.,* No. 3:21-cv-00046 (S.D. Ill.) |
| **Via Electronic Mail**<br>Linda P. Nussbaum<br>Bart D. Cohen<br>Christopher B. Sanchez<br>Louis Kessler<br>NUSSBAUM LAW GROUP, P.C.<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036<br>lnussbaum@nussbaumpc.com<br>bcohen@nussbaumpc.com<br>csanchez@nussbaumpc.com<br>lkessler@nussbaumpc.com<br><br>*Counsel for Plaintiff John C. Swanson*<br><br>*Swanson v. Bayer CropScience LP, et al.,* No. 3:21-cv-00046 (S.D. Ill.) | **Via Electronic Mail**<br>Arthur N. Bailey<br>Marco Cercone<br>RUPP BAASE PFALZGRAF CUNNINGHAM LLC<br>1600 Liberty Building<br>424 Main Street<br>Buffalo, New York 14202<br>bailey@ruppbaase.com<br>cercone@ruppbaase.com<br><br>*Counsel for Plaintiff John C. Swanson*<br><br>*Swanson v. Bayer CropScience LP, et al.,* No. 3:21-cv-00046 (S.D. Ill.) |
| **Via Electronic Mail**<br>Rex A. Sharp<br>Ruth Anne French-Hodson<br>SHARP LAW, LLP<br>5301 W. 75th Street<br>Prairie Village, KS 66208<br>rsharp@midwest-law.com<br>rafrenchhodson@midwest-law.com<br><br>*Counsel for Plaintiff Melinda Budde*<br><br>*Budde v. Bayer CropScience LP, et al.,* No. 2:21-cv-02095 (D. Kan.) | **Via Electronic Mail**<br>Isaac Diel<br>Greg Bentz<br>SHARP LAW, LLP<br>6900 College Blvd., Suite 285<br>Overland Park, KS 66211<br>idiel@midwest-law.com<br>gbentz@midwest-law.com<br><br>*Counsel for Plaintiff Melinda Budde*<br><br>*Budde v. Bayer CropScience LP, et al.,* No. 2:21-cv-02095 (D. Kan.) |

| | |
|---|---|
| **Via Electronic Mail**<br>Brian C. Gudmundson<br>Alyssa J. Leary<br>David M. Cialkowski<br>ZIMMERMAN REED LLP<br>1100 IDS Center, 80 S. 8th St.<br>Minneapolis, MN 55402<br>david.cialkowski@zimmreed.com<br>brian.gudmundson@zimmreed.com<br>alyssa.leary@zimmreed.com<br><br>*Counsel for Plaintiff B. Carlson*<br><br>*Carlson v. Bayer CropScience LP, et al.,* No. 0:21-cv-00475 (D. Minn.) | **Via Electronic Mail**<br>Hart L. Robinovitch<br>ZIMMERMAN REED LLP<br>14646 N. Kierland Blvd., Suite 145<br>Scottsdale, AZ 85254<br>hart.robinovitch@zimmreed.com<br><br>*Counsel for Plaintiff B. Carlson*<br><br>*Carlson v. Bayer CropScience LP, et al.,* No. 0:21-cv-00475 (D. Minn.) |
| **Via Electronic Mail**<br>John W. "Don" Barrett<br>Katherine Barrett Riley<br>David McMullan, Jr.<br>Sterling Starns<br>BARRETT LAW GROUP, P.A.<br>P.O. Box 927<br>404 Court Square North<br>Lexington, Mississippi 39095-0927<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com<br>dmcmullan@barrettlawgroup.com<br>sstarns@barrettlawgroup.com<br><br>*Counsel for Plaintiff Vienna Eqho Farms*<br><br>*Vienna Eqho Farms v. Bayer CropScience LP, et al.,* No. 3:21cv00204 (S.D. Ill.) | **Via Electronic Mail**<br>Jonathan W. Cuneo<br>Victoria Sims<br>Blaine Finley<br>CUNEO GILBERT & LADUCA, LLP<br>4725 Wisconsin Ave., NW Suite 200<br>Washington, DC 20016<br>jonc@cuneolaw.com<br>vicky@cuneolaw.com<br>bfinley@cuneolaw.com<br><br>*Counsel for Plaintiff Vienna Eqho Farms*<br><br>*Vienna Eqho Farms v. Bayer CropScience LP, et al.,* No. 3:21cv00204 (S.D. Ill.) |

| | |
|---|---|
| **Via Electronic Mail**<br>Vincent Briganti<br>Christian Levis<br>Roland R. St. Louis, III<br>Noelle Feigenbaum<br>LOWEY DANNENBERG, P.C.<br>44 South Broadway<br>White Plains, NY 10601<br>vbriganti@lowey.com<br>clevis@lowey.com<br>rstlouis@lowey.com<br>nfeigenbaum@lowey.com<br><br>*Counsel for Plaintiffs Barbara Piper, as Executrix of the Estate of Michael Piper, Charles Lex, John Swanson, Jones Planting Co. III, and Jason Canjar* | **Via Electronic Mail**<br>Kathy L. Osborn<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Kathy.osborn@faegredrinker.com<br><br>*Counsel for Defendant CHS Inc.* |
| **Via Electronic Mail**<br>Donald M. Flack, Jr.<br>ARMSTRONG TEASDALE LLP<br>7700 Forsyth Blvd., Suite 1900<br>St. Louis, MO 63105<br>dflack@armstrongteasdale.com<br><br>*Counsel for Defendant Corteva Inc.* | **Via Electronic Mail**<br>Travis H. Campbell<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102<br>Travis.campbell@bclplaw.com<br><br>*Counsel for Defendant Nutrien Ag Solutions Inc.* |
| **Via Electronic Mail**<br>Troy A. Bozarth<br>HEPLERBROOM LLC<br>130 North Main Street<br>P.O. Box 510<br>Edwardsville, IL 62025<br>tab@heplerbroom.com<br><br>*Counsel for Defendant BASF Corporation* | **Via Electronic Mail**<br>Michael J. Nester<br>DONOVAN ROSE NESTER, P.C.<br>15 North 1st Street, Suite A<br>Belleville, IL 62220<br>mnester@drnpc.com<br><br>*Counsel for Defendant Syngenta Corporation* |

| | |
|---|---|
| **Via Electronic Mail**<br>Nathan P. Eimer<br>Brian Chang<br>Sarah H. Catalano<br>Vanessa G. Jacobsen<br>EIMER STAHL LLP<br>224 South Michigan Ave., Suite 1100<br>Chicago, IL 60604<br>neimer@eimerstahl.com<br>bchang@eimerstahl.com<br>scatalano@eimerstaho.com<br>vjacobsen@eimerstaho.com<br><br>*Counsel for Defendant Winfield Solutions LLC* | **Via Electronic Mail**<br>Craig C. Martin<br>Matt D. Basil<br>WILLKIE FARR & GALLAGHER LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>cmartin@willkie.com<br>mbasil@willkie.com<br><br>*Counsel for Defendant Univar Solutions, Inc.* |
| **Via Electronic Mail**<br>Michael L. McCluggage<br>EIMER STAHL LLP<br>224 South Michigan Ave., Suite 1100<br>Chicago, IL 60604<br>mmccluggage@eimerstahl.com<br><br>*Counsel for Defendant Federated Co-Operatives Ltd.* | **Via Electronic Mail**<br>Colby A. Kingsbury<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>311 South Wacker Drive, Suite 4300<br>Chicago, IL 60606<br>Colby.kingsbury@faegredrinker.com<br><br>*Counsel for Defendant CHS Inc.* |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: March 11, 2021

Respectfully submitted,

*/s/ Jason A. Leckerman*
Jason A. Leckerman (PA ID No. 87915)
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8266 DIRECT
215.864.8999 FAX
215.704.5091 MOBILE
leckermanj@ballardspahr.com

*Counsel for Corteva, Inc. and Pioneer Hi-Bred International, Inc.*