BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: CROP INPUTS ANTITRUST
LITIGATION                                                                  MDL No. 2993

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Response to Motion for Transfer of Actions pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings were served upon all counsel of record via electronic filing via the CM/ECF system and by email to the following:

| | |
|---|---|
| Robert L. King<br>Stephen M. Tillery<br>Jamie Boyer<br>Carol O'Keefe<br>John A. Libra<br>Randall P. Ewing<br>KOREIN TILLERY LLC<br>One U.S. Bank Plaza<br>505 N. 7th Street, Suite 3600 St. Louis, MO 63101<br>rking@koreintillery.com<br>stillery@koreintillery.com<br>jboyer@koreintillery.com<br>cokeefe@koreintillery.com<br>*Counsel for Plaintiffs Charles Lex, Jason J. Canjar d/b/a Yedinak Registered Holsteins, Barbara Piper* | W. Joseph Bruckner<br>Robert K. Shelquist<br>Brian D. Clark<br>Rebecca A. Peterson<br>Stephanie A. Chen<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Ave. South, Suite 2200<br>Minneapolis, MN 63101<br>wjbruckner@locklaw.com<br>rkshelquist@locklaw.com<br>bdclark@locklaw.com<br>rapeterson@locklaw.com<br>sachen@locklaw.com<br>*Counsel for Plaintiff Charles Lex* |
| J. Barton Goplerud<br>Brandon M. Bohlman<br>SCHINDLER, ANDERSON, GOPLERUD & WEESE P.C.<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265<br>goplerud@sagwlaw.com<br>bohlman@sagwlaw.com | George A. Zelcs<br>John Libra<br>Randall P. Ewing, Jr.<br>Jonathon Byrer<br>Ryan Z. Cortazar<br>KOREIN TILLERY, LLC<br>205 North Michigan Ave, Suite 1950<br>Chicago, IL 60601 |

| | |
|---|---|
| *Counsel for Plaintiff Charles Lex* | gzelcs@koreintillery.com<br>jlibra@koreintillery.com<br>rewing@koreintillery.com<br>jbyrer@koreintillery.com<br>rcortazar@koreintillery.com<br>*Counsel for Plaintiffs Jason J. Canjar d/b/a Yedinak Registered Holsteins, Barbara Piper* |
| Mark Edelson<br>EDELSON LECHTZIN LLP<br>3 Terry Drive, Suite 205<br>Newtown, PA 18940<br>medelson@edelsonlaw.com<br>*Counsel for Plaintiff Jason J. Canjar d/b/a Yedinak Registered Holsteins* | Joseph E. Mariotti<br>CAPUTO & MARIOTTI, P.C.<br>730 Main Street<br>Moosic, PA 18507<br>jmariotti@capu<br>tomariotti.com<br>*Counsel for Plaintiff Jason J. Canjar d/b/a Yedinak Registered Holsteins* |
| Charles F. Barrett<br>NEAL & HARWELL, PLC<br>1201 Demonbreun Street, Suite 1000<br>Nashville, Tennessee 37203<br>cbarrett@nealharwell.com<br>*Counsel for Plaintiff Jones Planting Co. III* | Gregory S. Asciolla Karin E. Garvey<br>Jonathan S. Crevier<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, New York 10005<br>gasciolla@labaton.com<br>kgarvey@labaton.com<br>jcrevier@labaton.com<br>*Counsel for Plaintiff Jones Planting Co. III* |
| Jonathan P. Barrett<br>BARRETT LAW, PLLC<br>121 Colony Crossing, Suite D<br>Madison, MS 39110<br>jpb@barrettlawms.com<br>*Counsel for Plaintiff Jones Planting Co. III* | Michael R. Cashman<br>Anne T. Regan<br>Nathan D. Prosser<br>HELLMUTH & JOHNSON, PLLC<br>8050 West 78th Street<br>Edina, Minnesota 55439<br>mcashman@hjlawfirm.com<br>aregan@hjlawfirm.com<br>nprosser@hjlawfirm.com<br>*Counsel for Plaintiffs Ryan Bros., Inc. and Michael J. Ryan* |
| Drew R. Ball<br>Steve McCann<br>BALL & McCANN, P.C.<br>161 North Clark Street, Suite 1600<br>Chicago, IL 60601 | Derek Y. Brandt<br>Leigh M. Perica<br>Connor P. Lemire<br>MCCUNE WRIGHT AREVALO, LLP<br>231 North Main Street, Suite 20 |

| | |
|---|---|
| Drew@BallMcCannLaw.com<br>Steve@BallMcCannLaw.com<br>*Counsel for Plaintiffs Ryan Bros., Inc. and Michael J. Ryan* | Edwardsville, Illinois 62025<br>dyb@mccunewright.com<br>lmp@mccunewright.com<br>cpl@mccunewright.com<br>*Counsel for Plaintiff Darren Duncan* |
| Richard D. McCune<br>MCCUNE WRIGHT AREVALO, LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA 91761<br>rdm@mccunewright.com<br>*Counsel for Plaintiff Darren Duncan* | Daniel E. Gustafson<br>Daniel C. Hedlund<br>Michelle J. Looby<br>Daniel J. Nordin<br>Mickey L. Stevens<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>dnordin@gustafsongluek.com<br>mstevens@gustafsongluek.com<br>*Counsel for Plaintiffs Dan Flaten, Randi Handwerk, Leon Pfaff, Eagle Lake Farms Partnership* |
| Richard M. Paul III<br>Ashlea G. Schwarz<br>PAUL LLP<br>601 Walnut Street, Suite 300<br>Kansas City, MO 64106<br>Rick@PaulLLP.com<br>Ashlea@PaulLLP.com<br>*Counsel for Plaintiff Dan Flaten* | Anne T. Regan<br>Nathan D. Prosser<br>HELLMUTH & JOHNSON PLLC<br>8050 West 78th Street<br>Edina, MN 55439<br>aregan@hjlawfirm.com<br>nprosser@hjlawfirm.com<br>*Counsel for Plaintiff Randi Handwerk* |
| Joseph W. Cotchett<br>Adam J. Zapala<br>Karin B. Swope<br>Elizabeth T. Castillo<br>James G.B. Dallal<br>Reid W. Gaa<br>COTCHETT, PITRE & MCCARTHY, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>jcotchett@cpmlegal.com<br>azapala@cpmlegal.com<br>kswope@cpmlegal.com<br>ecastillo@cpmlegal.com<br>jdallal@cpmlegal.com | Joseph Goldberg<br>Vincent J. Ward<br>Frank T. Davis<br>Josh B. Ewing<br>FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD P.A.<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87102<br>jg@fbdlaw.com<br>vwj@fbdlaw.com<br>ftd@fbdlaw.com<br>jbe@fbdlaw.com<br>*Counsel for Plaintiff Randi Handwerk* |

| | |
|---|---|
| rgaa@cpmlegal.com<br>*Counsel for Plaintiff Randi Handwerk* | |
| Robert J. Gralewski, Jr.<br>Samantha L. Greenberg<br>KIRBY McINERNEY LLP<br>600 B Street, Suite 2110<br>San Diego, CA 92101<br>bgralewski@kmllp.com<br>sgreenberg@kmllp.com<br>*Counsel for Plaintiff Leon Pfaff* | Kenneth A. Wexler<br>Mark R. Miller<br>Melinda J. Morales<br>WEXLER WALLACE LLP<br>55 W. Monroe Street, Suite 3300<br>Chicago, IL 60603<br>kaw@wexlerwallace.com<br>mrm@wexlerwallace.com<br>mjm@wexlerwallace.com<br>*Counsel for Plaintiff Leon Pfaff* |
| Timothy D. Battin<br>Christopher V. Le<br>STRAUS & BOIES, LLP<br>4041 University Drive, Suite 500<br>Fairfax, VA 22030<br>tbattin@straus-boies.com<br>cle@straus-boies.com<br>*Counsel for Plaintiff Leon Pfaff* | Robert A. Clifford<br>Shannon M. McNulty<br>CLIFFORD LAW OFFICES, P.C.<br>120 North LaSalle, #3100<br>Chicago, IL 60602<br>rac@cliffordlaw.com<br>mm@cliffordlaw.com<br>*Counsel for Plaintiff John C. Swanson* |
| Linda P. Nussbaum<br>Bart D. Cohen<br>Christopher B. Sanchez<br>Louis Kessler<br>NUSSBAUM LAW GROUP, P.C.<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036-8718<br>lnussbaum@nussbaumpc.com<br>bcohen@nussbaumpc.com<br>csanchez@nussbaumpc.com<br>lkessler@nussbaumpc.com<br>*Counsel for Plaintiffs John Swanson and Schofield Farms, LLC* | Arthur N. Bailey<br>Marco Cercone<br>RUPP BAASE PFALZGRAF CUNNINGHAM LLC<br>1600 Liberty Building<br>424 Main Street<br>Buffalo, NY 14202<br>bailey@ruppbaase.com<br>cercone@ruppbaase.com<br>*Counsel for Plaintiff John C. Swanson* |
| Brian C. Gudmundson<br>Alyssa J. Leary<br>David M. Cialkowski<br>ZIMMERMAN REED LLP<br>1100 IDS Center, 80 S. 8th St.<br>Minneapolis, MN 55402<br>david.cialkowski@zimmreed.com<br>brian.gudmundson@zimmreed.com<br>alyssa.leary@zimmreed.com<br>*Counsel for Plaintiff B. Carlson* | Hart L. Robinovitch<br>ZIMMERMAN REED LLP<br>14646 N. Kierland Blvd., Suite 145<br>Scottsdale, AZ 85254<br>hart.robinovitch@zimmreed.com<br>*Counsel for Plaintiff B. Carlson* |

| | |
|---|---|
| John W. "Don" Barrett<br>Katherine Barrett Riley<br>David McMullan, Jr.<br>Sterling Starns<br>BARRETT LAW GROUP, P.A.<br>P.O. Box 927<br>404 Court Square North<br>Lexington, Mississippi 39095-0927<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com<br>dmcmullan@barrettlawgroup.com<br>sstarns@barrettlawgroup.com<br>*Counsel for Plaintiff Vienna Eqho Farms* | Jonathan W. Cuneo<br>Victoria Sims<br>Blaine Finley<br>CUNEO GILBERT & LADUCA, LLP<br>4725 Wisconsin Ave., NW Suite 200<br>Washington, DC 20016<br>jonc@cuneolaw.com<br>vicky@cuneolaw.com<br>bfinley@cuneolaw.com<br>*Counsel for Plaintiff Vienna Eqho Farms* |
| Jeffrey B. Gittleman<br>Chad A. Carder<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>jgittleman@barrack.com<br>ccarder@barrack.com<br>*Counsel for Plaintiff Eagle Lake Farms Partnership* | John G. Emerson<br>EMERSON FIRM, PLLC<br>2500 Wilcrest, Suite 300<br>Houston, TX 77042<br>jemerson@emersonfirm.com<br>*Counsel for Plaintiff Eagle Lake Farms Partnership* |
| David M. Cialkowski<br>Brian C. Gudmundson<br>Alyssa J. Leary<br>ZIMMERMAN REED LLP<br>1100 IDS Center, 80 S. 8th St.<br>Minneapolis, MN 55402<br>david.cialkowski@zimmreed.com<br>brian.gudmundson@zimmreed.com<br>alyssa.leary@zimmreed.com<br><br>Hart L. Robinovitch (MN Lic. #240515)<br>ZIMMERMAN REED LLP<br>14646 N. Kierland Blvd., Suite 145<br>Scottsdale, AZ 85254<br>hart.robinovitch@zimmreed.com<br>*Counsel for Plaintiff Brad DeKrey* | E. Powell Miller<br>Sharon S. Almonrode<br>William Kalas<br>Dennis A. Lienhardt<br>THE MILLER LAW FIRM PC<br>950 West University Drive,<br>Rochester, Michigan 48307<br>epm@millerlawpc.com<br>ssa@millerlawpc.com<br>wk@millerlawpc.com<br>dal@millerlawpc.com<br>*Counsel for Plaintiff Brad DeKrey* |
| Patrick Howard, Esq.<br>Simon B. Paris, Esq.<br>SALTZ, MONGELUZZI, & BENDESKY, P.C. | Roberta D. Liebenberg, PA ID # 31738<br>Gerard A. Dever, PA ID # 85291<br>Jessica D. Khan, PA ID # 208875<br>FINE, KAPLAN AND BLACK, RPC |

| | |
|---|---|
| 1650 Market Street, 52nd Floor<br>Philadelphia, PA 19103<br>phoward@smbb.com<br>sparis@smbb.com<br>*Counsel for Plaintiff Tom Burke Farms* | One South Broad Street, 23rd Floor<br>Philadelphia, PA 19107<br>rliebenberg@finekaplan.com<br>gdever@finekaplan.com<br>jkhan@finekaplan.com<br>*Counsel for Plaintiff Tom Burke Farms* |
| Michael J. Boni<br>Joshua D. Snyder<br>BONI, ZACK & SNYDER LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>mboni@bonizack.com<br>jsnyder@bonizack.com<br>*Counsel for Plaintiff Tom Burke Farms* | Dianne M. Nast<br>NASTLAW LLC<br>1101 Market Street, Suite 2801<br>Philadelphia, Pennsylvania 19107<br>dnast@nastlaw.com<br>*Counsel for Plaintiff Tom Burke Farms* |
| Rhett A. McSweeney<br>Jonathan R. Mencel<br>MCSWEENEY LANGEVIN<br>2116 Second Avenue South<br>Minneapolis, MN 55404<br>Telephone: (612) 746-4646<br>Fax: (612) 454-2678<br>ram@westrikeback.com<br>jon@westrikeback.com<br>filing@westrikeback.com<br>*Counsel for Plaintiff Beeman Berry Farm, LLC* | William G. Caldes<br>Jeffrey J. Corrigan<br>Jeffrey L. Spector<br>Icee N. Etheridge<br>SPECTOR ROSEMAN & KODROFF, P.C.<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Fax: (215) 496-6611<br>bcaldes@srkattorneys.com<br>jcorrigan@srkattorneys.com<br>jspector@srkattorneys.com<br>ietheridge@srkattorneys.com<br>*Counsel for Plaintiff Beeman Berry Farm, LLC* |
| Karl L. Cambronne<br>Bryan L. Bleichner<br>Jeffrey D. Bores<br>Christopher P. Renz<br>CHESTNUT CAMBRONNE PA<br>100 Washington Avenue South, Suite 1700<br>Minneapolis, MN 55401<br>Telephone: (612) 339-7300<br>Fax: (612) 336-2940<br>kcambronne@chestnutcambronne.com<br>bbleichner@chestnutcambronne.com<br>jbores@chestnutcambronne.com<br>crenz@chestnutcambronne.com<br>*Counsel for Plaintiff Tyler Schultz* | Wilbert B. Markovits<br>Terence R. Coates<br>MARKOVITS, STOCK & DEMARCO, LLC<br>3825 Edwards Road, Ste. 650<br>Cincinnati, OH 45209<br>Telephone: (513) 651-3700<br>Fax: (513) 665-0219<br>bmarkovits@msdlegal.com<br>tcoates@msdlegal.com<br>*Counsel for Plaintiff Tyler Schultz* |

| | |
|---|---|
| Mark Reinhardt<br>Garrett D. Blanchfield<br>Roberta A. Yard<br>REINHARDT WENDORF & BLANCHFIELD<br>332 Minnesota Street, Suite W1050<br>St. Paul, MN 55101<br>Telephone: (651) 287-2100<br>Fax: 651) 287-2103<br>m.reinhardt@rwblawfirm.com<br>g.blanchfield@rwblawfirm.com<br>r.yard@rwblawfirm.com<br>*Counsel for Plaintiffs Hapka Farms, Inc. & Amy Hapka* | |
| Mark K. Wasvary<br>MARK K. WASVARY, P.C.<br>2401 W. Big Beaver Rd, STE 100<br>Troy, MI 48084<br>Telephone: 248-649-5667<br>Fax: 248-649-5668<br>markwasvary@hotmail.com<br>*Counsel for Plaintiff Beeman Berry Farm, LLC* | Brian P. Murray<br>Lee Albert<br>GLANCY PRONGAY & MURRAY LLP<br>230 Park Avenue, Suite 530<br>New York, NY 10169<br>Telephone: (212) 682-5340<br>Fax: (212) 884-0988<br>bmurray@glancylaw.com<br>lalbert@glancylaw.com<br>*Counsel for Plaintiff Beeman Berry Farm, LLC* |
| Steven A. Kanner<br>Jonathan M. Jagher<br>FREED KANNER LONDON & MILLEN LLC<br>2201 Waukegan Rd, Suite 130<br>Bannockburn, IL 60015<br>Telephone: (224) 632-4500<br>Fax: (224) 632-4521<br>skanner@fklmlaw.com<br>jjagher@fklmlaw.com<br>*Counsel for Plaintiff Beeman Berry Farm, LLC* | David P. McLafferty<br>MCLAFFERTY LAW FIRM, P.C.<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Telephone: (610) 940-4000 ext. 12<br>Fax: (610) 940-4007<br>dmclafferty@mclaffertylaw.com<br>*Counsel for Plaintiff Beeman Berry Farm, LLC* |
| Jason Leckerman<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>leckermanj@ballardspahr.com<br>*Counsel for Defendants Corteva, Inc. and Pioneer Hi-Bred International, Inc.* | G. Patrick Watson<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>1201 West Peachtree Street Suite 1400<br>Atlanta, Georgia 30309<br>Telephone: 404-572-6846 |

| | |
|---|---|
| | Fax No.: 404-420-0846<br>patrick.watson@bclplaw.com<br>*Counsel for Defendant Nutrien Ag Solutions Inc.* |
| Donald M. Flack, Jr.<br>ARMSTRONG TEASDALE LLP<br>7700 Forsyth Blvd., Suite 1900<br>St. Louis, MO 63105<br>dflack@armstrongteasdale.com<br>*Counsel for Defendant Corteva Inc.* | Travis H. Campbell<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102<br>Travis.campbell@bclplaw.com<br>*Counsel for Defendant Nutrien Ag Solutions Inc.* |
| David J. Lender<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>David.Lender@weil.com<br>*Counsel for Defendant BASF Corporation* | Paul S. Mishkin<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000<br>Fax: (212) 701-5292<br>paul.mishkin@davispolk.com<br>*Counsel for Defendant Syngenta Corporation* |
| | Michael J. Nester<br>DONOVAN ROSE NESTER, P.C.<br>15 North 1st Street, Suite A<br>Belleville, IL 62220<br>mnester@drnpc.com<br>*Counsel for Defendant Syngenta Corporation* |
| Nathan P. Eimer<br>Brian Chang<br>Sarah H. Catalano<br>Vanessa G. Jacobsen<br>EIMER STAHL LLP<br>224 South Michigan Ave., Suite 1100<br>Chicago, IL 60604<br>neimer@eimerstahl.com<br>bchang@eimerstahl.com<br>scatalano@eimerstaho.com<br>vjacobsen@eimerstaho.com<br>*Counsel for Defendant Winfield Solutions LLC* | Craig C. Martin<br>Matt D. Basil<br>WILLKIE FARR & GALLAGHER LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>cmartin@willkie.com<br>mbasil@willkie.com<br>*Counsel for Defendant Univar Solutions, Inc.* |

| | |
|---|---|
| Michael L. McCluggage<br>EIMER STAHL LLP<br>224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604<br>mmccluggage@eimerstahl.com<br>*Counsel for Defendant Federated Co-Operatives, Ltd.* | Kathy L. Osborn<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street<br>Suite 2500<br>Indianapolis, IN 46204<br>kathy.osborn@faegredrinker.com<br>*Counsel for Defendant CHS, Inc.* |
| Eric Mahr<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>700 13th Street, NW, 10th Floor<br>Washington, DC 20005-3960<br>eric.mahr@freshfields.com<br>*Counsel for Defendant Cargill, Incorporated* | Lee A. Peifer<br>EVERSHEDS SUTHERLAND (US) LLP<br>999 Peachtree Street, NE, Suite 2300<br>Atlanta, Georgia 30309-3996<br>404-853-8000 (tel.)<br>404-853-8806 (fax)<br>leepeifer@eversheds-sutherland.com<br>*Counsel for Tenkoz, Inc.* |
| Jonathan I. Gleklen<br>Laura Shores<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001<br>jonathan.gleklen@arnoldporter.com<br>laura.shores@arnoldporter.com<br>*Counsel for Defendants Bayer CropScience LP and Bayer CropScience, Inc.* | F. Matthew Ralph<br>DORSEY & WHITNEY LLP<br>50 S. Sixth St., Ste. 1500<br>Minneapolis, MN 55402<br>ralph.matthew@dorsey.com<br>*Counsel for Defendants Growmark, Inc. and Growmark FS, LLC* |
| Shylah R. Alfonso<br>PERKINS COIE LLP<br>1201 Third Avenue, Ste 4900<br>Seattle, WA 98101-3099<br>SAlfonso@perkinscoie.com<br>*Counsel for Defendant Simplot AB Retail Sub* | Barry S. Noeltner<br>HEYL, ROYSTER, VOELKER & ALLEN, P.C.<br>105 West Vandalia Street<br>Mark Twain Plaza III, Suite 100<br>Edwardsville, IL 62025<br>bnoeltner@heylroyster.com<br>*Counsel for Defendants Growmark, Inc. and Growmark FS, LLC* |

Dated: March 18, 2021

Respectfully submitted,

/s/ *Ruth Anne French-Hodson*
Rex A. Sharp, #12350
Ruth Anne French-Hodson, #28492

SHARP LAW, LLP
5301 W. 75th Street
Prairie Village, KS  66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com
rafrenchhodson@midwest-law.com

Isaac Diel, #14376
Greg Bentz, #23128
SHARP LAW, LLP
6900 College Blvd., Suite 285
Overland Park, KS 66211
(913) 901-0505
(913) 901-0419 fax
idiel@midwest-law.com
gbentz@midwest-law.com

*Counsel for Plaintiff Melinda Budde*