| | |
|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION | MDL No. 2993 |

## NOTICE OF POTENTIAL RELATED ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Melinda Budde writes to notify the Court of the potential Related Action listed on the attached Schedule of Action.

A combined docket sheet and complaint (Ex. A) are attached.

Dated: March 19, 2021

Respectfully submitted,

/s/ Ruth Anne French-Hodson
Ruth Anne French-Hodson
SHARP LAW, LLP
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 901-0419 fax
rafrenchhodson@midwest-law.com

Vaughn Fisher, ISB No. 7624
Jennifer Hanway, ISB No. 9921
FISHER HUDSON SHALLAT
950 W. Bannock St., Ste. 630
Boise, ID 83702
Telephone: (208) 345-7000
Facsimile: (208) 514-1900
vaughn@fisherhudson.com
jennifer@fisherhudson.com

*Counsel for Plaintiffs B & H Farming
, Tyche Ag. LLC, Ceres Ag. LLC, and
Cedar Draw, LLC*

Ruth Anne French-Hodson
Rex Sharp
SHARP LAW, LLP
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com
rafrenchhodson@midwest-law.com

Isaac Diel
Greg Bentz
SHARP LAW, LLP
6900 College Blvd., Suite 285
Overland Park, KS 66211
(913) 901-0505
(913) 901-0419 fax
idiel@midwest-law.com
gbentz@midwest-law.com


*Counsel for Plaintiff Melinda Budde*