**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: CROP INPUTS ANTITRUST LITIGATION | MDL No. 2993 |
|---|---|

**Schedule of Action**

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | B & H Farming; Tyche AG. LLC; Ceres AG. LLC, and Cedar Draw, LLC on behalf of themselves and all others similarly situated | SYNGENTA CORPORATION; BAYER CROPSCIENCE INCORPORATED; BAYER CROPSCIENCE LP; CORTEVA INCORPORATED; BASF CORPORATION; CARGILL, INCORPORATED; WINFIELD SOLUTIONS, LLC; UNIVAR SOLUTIONS, INCORPORATED; CHS INCORPORATED; NUTRIEN AG SOLUTIONS, INC.; GROWMARK, INCORPORATED; SIMPLOT AB RETAIL SUB, INCORPORATED; TENKOZ INC.; FEDERATED CO-OPERATIVES LTD., | District of Idaho | 21-cv-00121 | Judge Ronald E. Bush |

<u>/s/ Ruth Anne French Hodson</u>

Ruth Anne French-Hodson
SHARP LAW, LLP
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 901-0419 fax
rafrenchhodson@midwest-law.com


Vaughn Fisher, ISB No. 7624
Jennifer Hanway, ISB No. 9921
FISHER HUDSON SHALLAT
950 W. Bannock St., Ste. 630
Boise, ID 83702
Telephone: (208) 345-7000
Facsimile: (208) 514-1900
vaughn@fisherhudson.com
jennifer@fisherhudson.com

*Counsel for Plaintiffs B & H Farming, Tyche Ag. LLC, Ceres Ag.*
*LLC, and Cedar Draw, LLC*