**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: CROP INPUTS ANTITRUST LITIGATION** | **MDL No. 2993** |

# EXHIBIT B

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Reply in Support of Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings and this Proof of Service, were served upon all counsel of record via electronic filing via the CM/ECF system, and all parties electronically via email on March 25, 2021.

| | |
|---|---|
| Drew R. Ball<br>Steve McCann<br>BALL & McCANN, PC<br>161 North Clark Street, Suite 1600<br>Chicago, IL 60601<br>Drew@BallMcCannLaw.com<br>Steve@BallMcCannLaw.com | Michael R. Cashman, Esq.<br>Anne T. Regan, Esq.<br>Nathan D. Prosser, Esq.<br>HELLMUTH & JOHNSON PLLC<br>8050 West 78th Street<br>Edina, MN 55439<br>mcashman@hjlawfirm.com<br>aregan@hjlawfirm.com<br>nprosser@hjlawfirm.com |

**Ryan Bros., Inc.,et al. v. Bayer CropScience LP, et al., D. Minnesota, C.A. 0:21-cv-00433**

| | |
|---|---|
| Derek Y. Brandt<br>Leigh M. Perica<br>Connor P. Lemire<br>MCCUNE WRIGHT AREVALO, LLP<br>231 North Main Street, Suite 20<br>Edwardsville, IL 62025<br>dyb@mccunewright.com<br>lmp@mccunewright.com<br>cpl@mccunewright.com | Richard D. McCune, Esq.<br>MCCUNE WRIGHT AREVALO, LLP<br>3281 East Guasti Road<br>Suite 100<br>Ontario, CA 91761<br>rdm@mccunewright.com |

**Duncan v. Bayer CropScience, LP et al., S. D. Illinois, C.A. 3:21-cv-00158**

W. Joseph Bruckner
Robert K. Shelquist
Brian D. Clark
Rebecca A. Peterson
Stephanie A. Chen
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
wjbruckner@locklaw.com
rkshelquist@locklaw.com
bdclark@locklaw.com
rapeterseon@locklaw.com
sachen@locklaw.com

Marc Edelson, Esq.
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, PA 18940
medelson@edelson-law.com

Joseph E. Mariotti, Esq.
CAPUTO & MARIOTTI, PC
730 Main Street
Moosic, PA 18507
jmariotti@caputomariotti.com

### Canjar v. Bayer CropScience, et al., S. D. Illinois, C.A. 3:21-cv-00021

J. Barton Goplerud, Esq.
Brandon M. Bohlman, Esq.
SCHINDLER, ANDERSON,
  GOPLERUD & WEESE, PC
50 I 5 Grand Ridge Drive
Suite 100
West Des Moines, IA 50265
goplerud@sagwlaw.com
bohlman@sagwlaw.com

W. Joseph Bruckner
Robert K. Shelquist
Brian D. Clark
Rebecca A. Peterson
Stephanie A. Chen
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
wjbruckner@locklaw.com
rkshelquist@locklaw.com
bdclark@locklaw.com
rapeterseon@locklaw.com
sachen@locklaw.com

### Lex v. Bayer CropScience, LP, et al., S. D. Illinois, C.A. 3:21-cv-00122

Rex A. Sharp
Ruth Anne French-Hodson
SHARP LAW, LLP
5301 West $7^{5\text{th}}$ Street
Prairie Village, KS 66208
rsharp@midwest-law.com
rafrenchhodson@midwest-law.com

Isaac Diel
Greg Bentz
SHARP LAW FIRM, LLP
6900 College Boulevard
Suite 285
Overland Park, KS 66211
idiel@midwest-law.com
gbentz@midwest-law.com

### Budde v. Bayer CropScience, LP et al., D. Kansas, C.A. 2:21-cv-02095

Charles F. Barrett, Esq.
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
cbarrett@nealharwell.com

Jonathan P. Barrett, Esq.
BARRETT LAW, PLLC
121 Colony Crossing, Suite D
Madison, MS 39110
jpb@barrettlawms.com

Gregory S. Asciolla
Karin E. Garvey
Jonathan S.Crevier
LABATON SUCHAROW LLP
140 Broadway
New York NY 10005
gasciolla@labaton.com
kgarvey@labaton.com
jcrevier@labaton.com

**Jones Planting Co. III v. Bayer CropScience LP, et al.; S. D. Illinois, C.A. 3:21-cv-00173**

Arthur N. Bailey
Marco Cercone
RUPP BAASE PFALZGRAF
  CUNNINGHAM LLC
1600 Liberty Building
424 Main Street
Buffalo, NY 14202
bailey@ruppbaase.com
cercone@ruppbaase.com

Robert A. Clifford
Shannon M. McNulty
CLIFFORD LAW OFFICES, PC
120 North LaSalle, Suite 3100
Chicago, IL 60602
rac@cliffordlaw.com
mm@cliffordlaw.com

Linda P. Nussbaum
Bart D. Cohen
Christopher B. Sanchez
Louis Kessler
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com
csanchez@nussbaumpc.com
lkessler@nussbaumpc.com

**Swanson, et al. v. Bayer CropScience LP, et al., S. D. Illinois, C.A. 3:21-cv-00046**

Jeffrey B. Gittleman, Esq.
Chad A. Carder, Esq.
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
jgittleman@barrack.com
ccarder@barrack.com

John G. Emerson, Esq.
EMERSON FIRM, PLLC
2500 Wilcrest, Suite 300
Houston, TX 77042
jemerson@emersonfirm.com

**Eagle Lake Farms v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00543**

| | |
|---|---|
| David M. Cialkowski, Esq.<br>Brian C. Gudmundson, Esq.<br>Alyssa J. Leary, Esq.<br>ZIMMERMAN REED LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>David.cialkowski@zimmereed.com<br>Brian.gudmundson@zimmereed.com<br>Alyssa.leary@zimmereed.com | Hart L. Robinovitch<br>ZIMMERMAN REED, LLP<br>14646 North Kierland Boulevard<br>Suite 145<br>Scottsdale, AZ 85254<br>Hart.robinovitch@zimmereed.com |

**Carlson v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00475**

| | |
|---|---|
| John W. "Don" Barrett, Esq.<br>Katherine Barrett Riley, Esq.<br>David McMullan, Jr., Esq.<br>Sterling Starns, Esq.<br>BARRETT LAW GROUP, P.A.<br>P.O. Box 927<br>404 Court Square North<br>Lexington, MS 39095-0927<br>dbarrett@barrettlawgroup.com<br>kbriley@barrettlawgroup.com<br>dmcmullan@barrettlawgroup.com<br>sstams@barrettlawgroup.com | Jonathan W. Cuneo<br>Victoria Sims<br>Blaine Finley<br>CUNEO GILBERT & LADUCA, LLP<br>4752 Wisconsin Avenue, NW<br>Suite 200<br>Washington, DC 20016<br>jonc@cuneolaw.com<br>Vicky@cuneolaw.com<br>bfinley@cuneolaw.com |

**Vienna Eqho Farms v. Bayer CropScience, LP et al., S. D. Illinois, C.A. 3:21-cv-00204**

| | |
|---|---|
| Daniel E. Gustafson<br>Daniel C. Hedlund<br>Michelle J. Looby, Esq.<br>Daniel J. Nordin, Esq.<br>Mickey L. Stevens, Esq.<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>dnordin@gustafsongluek.com<br>mstevens@gustafsongluek.com | Richard M. Paul III, Esq.<br>Ashlea G. Schwarz, Esq.<br>PAUL LLP<br>601 Walnut Street<br>Suite 300<br>Kansas City, MO 64106<br>rick@paulLLP.com<br>ashlea@PaulLLP.com |

**Flaten v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00404**

Anne T. Regan, Esq.
Nathan D. Prosser, Esq.
HELLMUTH & JOHNSON PLLC
8050 West 78th Street
Edina, MN 55439
argean@hjlawfirm.com
nprosser@hjlawfirm.com

Joseph W. Cotchett, Esq.
Adam J. Zpala, Esq.
Karin B. Swope, Esq.
Elizabeth T. Castillo, Esq.
James G. B. Dallal, Esq.
Reid W. Gaa
COTCHETT PITRE &
   MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
jcotchett@cpmlegal.com
azapala@cpmlegal.com
kswope@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com
rgaa@cpmlegal.com

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby, Esq.
Daniel J. Nordin, Esq.
Mickey L. Stevens, Esq.
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
dnordin@gustafsongluek.com
mstevens@gustafsongluek.com

Joseph Goldberg, Esq.
Vincent J. Ward, Esq.
Frank T. David, Esq.
Josh B. Ewing, Esq.
FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD PA
20 First Plaza, Suite 700
Albuquerque, NM 87102
jg@fbdlaw.com
vwj@fbdlaw.com
ftd@fbdlaw.com
jbe@fbdlaw.com

**Handwerk v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00351**

Wilbert B. Markovits
Terrence C. Coatess
MARKOVITZ STOCK & DEMARCO, LLC
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
bmarkovits@msdlegal.com
tcoates@msdlegal.com

Bryan L. Bleichner
Jeffrey D. Bores
Christopher P. Renz
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
bbleichner@chestnutcambronne.com
jbores@chestnutcambronne.com
crenz@chestnutcambronne.com

**Schultz v. Bayer CropScience LP, et al. D. Minnesota, C.A. 0:21-cv-00681**

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby, Esq.
Daniel J. Nordin, Esq.
Mickey L. Stevens, Esq.
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
dnordin@gustafsongluek.com
mstevens@gustafsongluek.com

Robert J. Gralewski, Jr., Esq.
Samantha L. Greenberg, Esq.
KIRBY McINERNEY LLP
600 B Street, Suite 2110
San Diego, CA 92101
bgralewski@kmllp.com
sgreenberg@kmllp.com

Timothy D. Battin
Christopher V. Le
STRAUS & BOIES, LLP
4041 University Drive, Suite 500
Fairfax, VA 22030
tbattin@straus-boies.com
cle@straus-boies.com

Kenneth A. Wexler
Mark R. Miller
Melinda J. Morales
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
kaw@wexlerwallace.com
mrm@wexlerwallace.com
mjm@wexlerwallace.com

**Pfaff v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00462**

David M. Cialkowski, Esq.
Brian C. Gudmundson, Esq.
Alyssa J. Leary, Esq.
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
David.cialkowski@zimmereed.com
Brian.gudmundson@zimmereed.com
Alyssa.leary@zimmereed.com

Hart L. Robinovitch
ZIMMERMAN REED, LLP
14646 North Kierland Boulevard
Suite 145
Scottsdale, AZ 85254
Hart.robinovitch@zimmereed.com

E. Powell Miller, Esq.
Sharon S. Almonrode, Esq.
William Kalas, Esq.
Dennis A. Lienhardt, Esq.
THE MILLER LAW FIRM PC
950 West University Drive
Rochester, MI 48307
epm@millerlawpc.com
ssa@millerlawpc.com
wk@millerlawpc.com
dal@millerlawpc.com

**Dekrey v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00639**

Patrick Howard, Esq.
Simon B. Paris, Esq.
SALTZ MONGELUZZI &
  BENDESKY, PC
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
phoward@smbb.com
sparis@smbb.com

Michael J. Boni, Esq.
Joshua D. Snyder, Esq.
BONI ZACK & SNYDE LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
mboni@bonizack.com
jsnyder@bonizadk.com

Roberta D. Liebenberg, Esq.
Gerard A. Dever, Esq.
Jessica D. Khan, Esq.
FINE KAPLAN AND BLACK, RPC
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
rliebenberg@fmekaplan.com
gdever@fmekaplan.com
jkhan@fmekaplan.com

Dianne M. Nast, Esq.
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
dnast@nastlaw.com

**Tom Burke Farms v. Bayer CropScience, LP et al., E. D. Pennsylvania, C.A. 2:21-cv-01049**

Mark Reinhardt
Garrett D. Blanchfield
Roberta A. Yard
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite W1050
St. Paul, MN 55101
m.reinhardt@rwblawfirm.com
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com

**Hapka Farms, Inc. v. Bayer CropScience, et al., D. Minnesota, C.A. 0:21-cv-00685**

Rhett A. McSweeney
Jonathan R. Mencel
MCSWEENEY LANGEVIN
2116 Second Avenue South
Minneapolis, MN 55404
ram@westrikeback.com
jon@westrikeback.com
filing@westrikeback.com

William G. Caldes
Jeffrey J. Corrigan
Jeffrey L. Spector
Icee N. Etheridge
SPECTOR ROSEMAN & KODROFF, PC
2001 Market Street, Suite 3420
Philadelphia, PA 19103
bcaldes@srkattorenys.com
jcorrigan@srkattorenys.com
jspector@srkattorenys.com
jetheridge@srkattorenys.com

Mark K. Wasvary
MARK K. WASVARY, PC
2401 West Big Beaver Road, Suite 100
Troy, MI 48084
markwasvary@hotmail.com

Steven A. Kanner
Jonathan M. Jagher
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
skanner@fklmlaw.com
jjagher@fklmlaw.com

Brian P. Murray
Lee Albert
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 530
New York, NY 10169
bmurray@glancylaw.com
lalbert@glancylaw.com

David P. McLafferty
MCLAFFERTY LAW FIRM, PC
923 Fayette Street
Conshohocken, PA 19428
dmclafferty@mclaffertylaw.com

**Beeman Berry Farms, LLC v. Bayer CropScience LP, et al., D. Minnesota, C.A. 0:21-cv-00719**

Eric Mahr
FRESHFIELDS BRUCKHAUS
  DERINGER US LLP
700-13th Street NW, 10th Floor
Washington, DC 20005
Eric.mahr@freshfields.com

**Counsel for Defendant Cargill, Inc.**

Jason A. Leckerman
BALLARD SPAHR
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
leckermanj@ballardspahr.com

**Counsel for Defendant Corteva, Inc.**

Jonathan Gleklen     .
Laura Shores, Esq.
ARNOLD & PORTER
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Jonathan.gleklen@arnoldporter.com
Laura.shores@arnoldporter.com

**Counsel for Defendants Bayer CropScience, Inc. and Bayer CropScience, LLC**

David Lender
WEIL GOTSHAL & MANGES LLP
767 5th Avenue
New York, NY 10153
David.lender@weil.com

**Counsel for Defendant BASF Corporation**

Kathy L. Osborn
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
kathy.osborn@faegredrinker.com

**Counsel for Defendant CHS, Inc.**

Craig C. Martin
Matt Basil
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL 60654-3406
cmartin@willkie.com
mbasil@willkie.com

**Counsel for Defendant Univar Solutions, Inc.**

Michael L. McCluggage
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
mmccluggage@eimerstahl.com

**Counsel for Defendant Federated Cooperatives, Ltd.**

Nathan P. Eimer
Brian Chang
Sarah H. Catalano
Vanessa G. Jacobsen
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
neimer@eimerstahl.com
bchang@eimerstahl.com
scatalano@eimerstahl.com
vjacobsen@eimerstahl.com

**Counsel for Winfield Solutions LLC**

Paul S. Mishkin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Paul.mishkin@davispolk.com

**Counsel for Defendant Syngenta Corporation**

F. Matthew Ralph, Esq.
DORSEY & WHITNEY LLP
50 South Sixth Street
Minneapolis, MN 55402
Ralph.matthew@dorsey.com

**Counsel for Defendants Growmark Inc. and Growmark FS LLC**

Lee Pfeifer
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
leepfeifer@eversheds-sutherland.com

**Counsel for Defendant Tenkoz, Inc.**

G. Patrick Watson
BRYAN CAVE LEIGHTON PAISNER LLP
1201 West Peachtree Street, Suite 1400
Atlanta, GA 30309
Patrick.watson@bclplaw.com

**Counsel for Defendant Nutrien AG Solutions**

Shylah R. Alfonso
PERKINS COLE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
salfonso@perkinscoie.com

**Counsel for Simplot AB Retail Sub, Inc.**

Dated: March 25, 2021                         Respectfully Submitted,

/s/   Randall P. Ewing Jr.
KOREIN TILLERY, LLC
205 North Michigan Avenue
Suite 1950
Chicago, IL 60601