BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION | MDL No. 2993 |

MOTION FOR LEAVE TO FILE NOTIFICATION OF DEVELOPMENT IN CASES PENDING IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

Plaintiffs Barbara Piper, as Executrix of the Estate of Michael Piper, Charles Lex, John Swanson, Jones Planting Co. III, and Jason Canjar (collectively "Plaintiffs") respectfully request leave to file a Notification of Development in Cases Pending in the United States District Court for the Southern District of Illinois ("Notification"). The Notification will alert the Panel that Chief Judge Nancy Rosenstengel in the Southern District of Illinois has denied Defendants'[1] Motion to Stay Pending Decision by the Judicial Panel on Multidistrict Litigation ("Motion to Stay") in each of the crop input cases pending before her,[2] set a responsive pleading deadline of April 27, 2021, in those cases, and set a status conference for all crop input cases on May 6, 2021. (*See, e.g., Piper v. Bayer CropScience, LP,* Case No. 3:21-cv-21-NJR, Dkt. 104 & 105).

---

[1] "Defendants" are Bayer CropScience LP, Bayer CropScience Inc., Corteva, Inc., Pioneer Hi-Bred International, Inc., Cargill Incorporated, BASF Corporation, Syngenta Corporation, Winfield Solutions, LLC, Univar Solutions, Inc., Federated Co-Operatives Ltd., CHS Inc., Nutrien Ag Solutions, Inc., GROWMARK, Inc., GROWMARK FS, LLC, Simplot AB Retail Sub, Inc., and Tenkoz, Inc. (Ex. 2, Mem. & Order at 2).

[2] The Court's Memorandum and Order denying Defendants' Motion to Stay was entered in the following cases: (1) *Piper v. Bayer CropScience, LP,* Case No. 3:21-cv-21-NJR (Dkt. 104); (2) *Swanson v. Bayer CropScience, LP;* Case No. 3:21-cv-46-NJR (Dkt. 54); (3) *Lex v. Bayer CropScience, LP,* Case No. 3:21-cv-122-NJR (Dkt. 55); (4) *Jones Planting Co. III v. Bayer CropScience, LP*, Case No. 3:21-cv-173-NJR (Dkt. 62); (5) *Canjar v. Bayer CropScience, LP*, Case No. 3:21-cv-181-NJR (Dkt. 33); (6) *Duncan v. Bayer CropScience, LP,* Case No. 3:21-cv-158-NJR (Dkt. 74); and (7) *Vienna Eqho Farms v. Bayer CropScience, LP*, Case No. 3:21-cv-204-NJR (Dkt. 62).

This information is relevant to the Panel proceedings because Chief Judge Rosenstengel's orders permit the Southern District of Illinois cases to move forward with scheduling, discovery and other pretrial coordination efforts. As such, the Illinois cases—already more procedurally advanced than those in other jurisdictions—will now advance even more swiftly, which is a factor the Panel considers when deciding where to establish an MDL court. *See, e.g.*, *In re: Monitronics Int'l, Inc., Tel. Consumer Prot. Act Litig.*, 988 F. Supp. 2d 1364, 1367 (J.P.M.L. 2013); *In re Peanut Crop Ins. Litig.*, 342 F. Supp. 2d 1353, 1354 (J.P.M.L. 2004). A copy of Plaintiffs' proposed Notification is attached as Exhibit 1 and a copy of the Memorandum and Order entered by Chief Judge Rosenstengel is attached as Exhibit 2.

WHEREFORE Plaintiffs Barbara Piper, as Executrix of the Estate of Michael Piper, Charles Lex, John Swanson, Jones Planting Co. III, and Jason Canjar respectfully move for an order permitting them to file a Notification of Development in Cases Pending in the United States District Court for the Southern District of Illinois, and for any further relief that the Judicial Panel on Multidistrict Litigation deems just and appropriate.

Respectfully submitted,

DATED: April 6, 2021

*/s/ Randall P. Ewing, Jr.*
Stephen M. Tillery (Ill. Bar No. 2834995)
Jamie Boyer (Ill. Bar No. 6281611)
Carol O'Keefe (Ill. Bar No. 6335218)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314-241-4844
stillery@koreintillery.com
jboyer@koreintillery.com
cokeefe@koreintillery.com

George A. Zelcs (Ill. Bar No. 3123738)
John Libra (Ill. Bar No. 6286721)
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Jonathon Byrer (Ill. Bar No. 6292491)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
gzelcs@koreintillery.com
jlibra@koreintillery.com
rewing@koreintillery.com
jbyrer@koreintillery.com
rcortazar@koreintillery.com

Vincent Briganti
Christian Levis
Roland R. St. Louis, III
**LOWEY DANNENBERG P.C.**
44 South Broadway
White Plains, NY 10601
Tel.: (914) 997-0500
vbriganti@lowey.com
clevis@lowey.com
rstlouis@lowey.com

W. Joseph Bruckner (MN No. 0147758)
Robert K. Shelquist (MN No. 21310x)
Brian D. Clark (MN No. 0390069)
Rebecca A. Peterson (MN No. 0392663)
Stephanie A. Chen (MN No. 0400032)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
wjbruckner@locklaw.com
rkshelquist@locklaw.com
bdclark@locklaw.com
rapeterson@locklaw.com
sachen@locklaw.com

Linda P. Nussbaum
Bart D. Cohen
**NUSSBAUM LAW GROUP, P.C.**
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9102
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com

*Attorneys for Plaintiffs*