**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: CROP INPUTS ANTITRUST LITIGATION** | **MDL No. 2993** |

# EXHIBIT 1

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION | MDL No. 2993 |

**NOTIFICATION OF DEVELOPMENT IN CASES PENDING IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS**

Plaintiffs Barbara Piper, as Executrix of the Estate of Michael Piper, Charles Lex, John Swanson, Jones Planting Co. III, and Jason Canjar (collectively "Plaintiffs") respectfully submit this Notification of Development in Cases Pending in the United States District Court for the Southern District of Illinois ("Notification") to alert the Panel that Chief Judge Nancy Rosenstengel in the Southern District of Illinois entered a Memorandum and Order ("Order") denying Defendants' Motion to Stay Pending Decision by the Judicial Panel on Multidistrict Litigation[1] ("Motion to Stay") in each of the crop input cases pending before her (collectively "Illinois Cases").[2] (*See, e.g., Piper v. Bayer CropScience, LP,* Case No. 3:21-cv-21-NJR ("*Piper*"), Dkt. 104). Chief Judge Rosenstengel's Order gives Defendants until April 27, 2021, to file their responsive pleadings, and a status conference has been set in these cases for May 6, 2021. (*Id.* Dkt. 104 & 105).

---

[1] "Defendants" are Bayer CropScience LP, Bayer CropScience Inc., Corteva, Inc., Pioneer Hi-Bred International, Inc., Cargill Incorporated, BASF Corporation, Syngenta Corporation, Winfield Solutions, LLC, Univar Solutions, Inc., Federated Co-Operatives Ltd., CHS Inc., Nutrien Ag Solutions, Inc., GROWMARK, Inc., GROWMARK FS, LLC, Simplot AB Retail Sub, Inc., and Tenkoz, Inc. (*Piper* Dkt. 104 at 2).

[2] The court's Order denying Defendants' Motion to Stay was entered in the following cases: (1) *Piper v. Bayer CropScience, LP,* Case No. 3:21-cv-21-NJR (Dkt. 104); (2) *Swanson v. Bayer CropScience, LP;* Case No. 3:21-cv-46-NJR (Dkt. 54); (3) *Lex v. Bayer CropScience, LP,* Case No. 3:21-cv-122-NJR (Dkt. 55); (4) *Jones Planting Co. III v. Bayer CropScience, LP*, Case No. 3:21-cv-173-NJR (Dkt. 62); (5) *Canjar v. Bayer CropScience, LP*, Case No. 3:21-cv-181-NJR (Dkt. 33); (6) *Duncan v. Bayer CropScience, LP,* Case No. 3:21-cv-158-NJR (Dkt. 74); and (7) *Vienna Eqho Farms v. Bayer CropScience, LP*, Case No. 3:21-cv-204-NJR (Dkt. 62).

Defendants' Motion to Stay was filed on March 12, 2021, Plaintiffs' submitted their Opposition on March 26, 2021, and Defendants' filed their Reply on April 1, 2021, (*See, e.g., Piper* Dkt. 90, 98 & 101). Plaintiffs in the Illinois Cases were the only parties who opposed Defendants' stay. (*Id.* Dkt. 90 at 3-4). Plaintiffs contended a stay was unnecessary because the activities occurring while the Panel deliberated—namely, responsive pleadings and discovery—would take place regardless of whether and/or where an MDL was ultimately established, which meant neither judicial nor party resources were being wasted. (*Id.* Dkt. 98 at 4-8). Chief Judge Rosenstengel agreed, explaining:

> [T]here is no guarantee the JPML will consolidate all cases before a single judge, nor is there any assurance that a decision will be made in the next few weeks, as Defendants contend. And, contrary to Defendants' argument, the risk of inconsistent rulings—at this point—is minimal. These cases are in their infancy. No matter where the cases end up, Defendants will still be required to file responsive pleadings, answer discovery, produce documents, and make their witnesses available for deposition. A stay will only delay the inevitable by weeks, if not months.

(*Id.* Dkt. 104 at 4-5). Given this reality, Defendants' stay was denied, a responsive pleading deadline of April 27, 2021, was set, and a status conference was scheduled for May 6, 2021. (*Id.* Dkt. 104 & 105).

Unlike the Illinois Cases, Plaintiffs in the Minnesota cases[3] did nothing to advance their lawsuits. Instead they filed a Joint Motion to Extend Response Deadlines that keyed any further

---

[3] The Minnesota cases are: (1) *Handwerk v. Bayer Cropscience, et al.*, 0:21-cv-00351-MJD-TNL; (2) *Flaten v. Bayer Cropscience, et al.*, 0:21-cv-00404-MJD-TNL; (3) *Ryan Bros., Inc., v. Bayer Cropscience, et al.*, 0:21-cv-00433-MJD-TNL; (4) *Pfaff v. Bayer Cropscience, et* 0:21-cv-00462-MJD-TNL; (5) *Carlson v. Bayer Cropscience, et al.*, 0:21-cv-00475-MJD-TNL; (6) *Eagle Lake Farms Partnership v. Bayer Cropscience, et al.*, 0:21-cv-00543-MJD-TNL; (7) *Dekrey v. Bayer CropScience, et al.*, 0:21-cv-00639-MJD-TNL; (8) *Schultz v. Bayer Cropscience, et al.*, 0:21-cv-00681-MJD-TNL; (9) *Hapka Farms, Inc. and Amy Hapka v. Bayer Cropscience et al.*, 0:21-cv-00685-MJD-TNL; and (10) *Beeman Berry Farm, LLC v. Bayer Cropscience et al.*, 0:21-cv-00719-MJD-TNL.

briefing in their cases off the *Southern District of Illinois*' ruling on the Motion to Stay. (*Handwerk v. Bayer CropScience, LP* ("*Handwerk*"), Case No. 0:21-cv-00351-MJD-TNL, Dkt. 67 at ¶12). The Joint Motion stated: (1) if the Southern District of Illinois granted the Motion to Stay, the same motion would be filed in the Minnesota cases; (2) if the Southern District of Illinois denied the Motion to Stay, the parties would propose a schedule for responsive pleadings and briefing on the Bayer Defendants' 28 U.S.C. §1404 transfer motion; or (3) if the Southern District of Illinois had not ruled on the Motion to Stay by May 5, 2021, the parties would meet and confer regarding responsive pleading and transfer motion briefing.[4] (*Id.*) Once again, the Minnesota Plaintiffs were content to walk down a path paved by the Illinois Cases.

If consolidation is deemed appropriate—which it should be—the Panel should favor the district with the most advanced proceedings. *See, e.g.*, *In re: Monitronics Int'l, Inc., Tel. Consumer Prot. Act Litig.*, 988 F. Supp. 2d 1364, 1367 (J.P.M.L. 2013); *In re Peanut Crop Ins. Litig.*, 342 F. Supp. 2d 1353, 1354 (J.P.M.L. 2004). Here, as a direct result of the Illinois Plaintiffs' persistence in advancing their cases, that district will be the Southern District of Illinois. This factor favors selecting the Southern District as the MDL forum.

---

[4] Notably, the Illinois Cases are also further advanced with regard to the Bayer Defendants' 28 U.S.C. §1404 transfer motion. In those Cases, the Bayer Defendants have filed their §1404 Motion and Plaintiffs' have submitted their Opposition. (*See, e.g., Piper* Dkt. 69, 70 & 96). The Bayer Defendants' reply is due on or before April 7, 2021. (*Id.* Dkt. 99). This stands in stark contrast to the Minnesota Plaintiffs' decision to defer full briefing on the transfer motion until the Southern District of Illinois ruled on Defendants' Motion to Stay. (*Handwerk* Dkt. 67).

Respectfully submitted,

DATED: April 6, 2021

*/s/ Randall P. Ewing, Jr.*
Stephen M. Tillery (Ill. Bar No. 2834995)
Jamie Boyer (Ill. Bar No. 6281611)
Carol O'Keefe (Ill. Bar No. 6335218)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314-241-4844
stillery@koreintillery.com
jboyer@koreintillery.com
cokeefe@koreintillery.com

George A. Zelcs (Ill. Bar No. 3123738)
John Libra (Ill. Bar No. 6286721)
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Jonathon Byrer (Ill. Bar No. 6292491)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
gzelcs@koreintillery.com
jlibra@koreintillery.com
rewing@koreintillery.com
jbyrer@koreintillery.com
rcortazar@koreintillery.com

Vincent Briganti
Christian Levis
Roland R. St. Louis, III
**LOWEY DANNENBERG P.C.**
44 South Broadway
White Plains, NY 10601
Tel.: (914) 997-0500
vbriganti@lowey.com
clevis@lowey.com
rstlouis@lowey.com

W. Joseph Bruckner (MN No. 0147758)
Robert K. Shelquist (MN No. 21310x)
Brian D. Clark (MN No. 0390069)
Rebecca A. Peterson (MN No. 0392663)
Stephanie A. Chen (MN No. 0400032)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
wjbruckner@locklaw.com
rkshelquist@locklaw.com
bdclark@locklaw.com
rapeterson@locklaw.com
sachen@locklaw.com

Linda P. Nussbaum
Bart D. Cohen
**NUSSBAUM LAW GROUP, P.C.**
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (917) 438-9102
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com

*Attorneys for Plaintiffs*