**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: CROP INPUTS ANTITRUST LITIGATION** | **MDL No. 2993** |

# EXHIBIT 3

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Motion for Leave

to File Notification of Development in Cases Pending in the United States District Court for the

Southern District of Illinois and its Exhibits, were served upon all counsel of record via

electronic filing via the CM/ECF system on April 6, 2021.

Michael R. Cashman
Anne T. Regan
Nathan D. Prosser
HELLMUTH & JOHNSON PLLC
8050 West 78th Street
Edina, MN 55439
mcashman@hjlawfirm.com
aregan@hjlawfirm.com
nprosser@hjlawfirm.com

Drew R. Ball
Steve McCann
BALL & McCANN, PC
161 North Clark Street, Suite 1600
Chicago, IL 60601
Drew@BallMcCannLaw.com
Steve@BallMcCannLaw.com

**Ryan Bros., Inc.,et al. v. Bayer CropScience LP, et al., D. Minnesota, C.A. 0:21-cv-00433**

Derek Y. Brandt
Leigh M. Perica
Connor P. Lemire
MCCUNE WRIGHT AREVALO, LLP
231 North Main Street, Suite 20
Edwardsville, IL 62025
dyb@mccunewright.com
lmp@mccunewright.com
cpl@mccunewright.com

Richard D. McCune
MCCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road, Suite 100
Ontario, CA 91761
rdm@mccunewright.com

**Duncan v. Bayer CropScience, LP et al., S. D. Illinois, C.A. 3:21-cv-00158**

Rex A. Sharp
Ruth Anne French-Hodson
SHARP LAW, LLP
5301 West 75th Street
Prairie Village, KS 66208
rsharp@midwest-law.com
rafrenchhodson@midwest-law.com

Isaac Diel
Greg Bentz
SHARP LAW FIRM, LLP
6900 College Boulevard, Suite 285
Overland Park, KS 66211
idiel@midwest-law.com
gbentz@midwest-law.com

**Budde v. Bayer CropScience, LP et al., D. Kansas, C.A. 2:21-cv-02095**

W. Joseph Bruckner
Robert K. Shelquist
Brian D. Clark
Rebecca A. Peterson
Stephanie A. Chen
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
wjbruckner@locklaw.com
rkshelquist@locklaw.com
bdclark@locklaw.com
rapeterseon@locklaw.com
sachen@locklaw.com

Marc Edelson
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, PA 18940
medelson@edelson-law.com


Joseph E. Mariotti
CAPUTO & MARIOTTI, PC
730 Main Street
Moosic, PA 18507
jmariotti@caputomariotti.com

**Canjar v. Bayer CropScience, et al., S. D. Illinois, C.A. 3:21-cv-00021**

W. Joseph Bruckner
Robert K. Shelquist
Brian D. Clark
Rebecca A. Peterson
Stephanie A. Chen
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
wjbruckner@locklaw.com
rkshelquist@locklaw.com
bdclark@locklaw.com
rapeterson@locklaw.com
sachen@locklaw.com

J. Barton Goplerud
Brandon M. Bohlman
SCHINDLER, ANDERSON,
  GOPLERUD & WEESE, PC
50 I 5 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
goplerud@sagwlaw.com
bohlman@sagwlaw.com

**Lex v. Bayer CropScience, LP, et al., S. D. Illinois, C.A. 3:21-cv-00122**

Vaughn Fisher
Jennifer Hanway
FISHER HUDSON SHALLAT
950 West Bannock Street, Suite 630
Boise, ID 83702
Vaughn@fisherhudson,com
Jennifer@fisherhudson.com

Ruth Anne French-Hodson
SHARP LAW, LLP
5301 West 75th Street
Prairie Village, KS 66208
rafrenchhodson@midwest-law.com

**B & H Farming, et al. v. Syngenta Corporation, et al., D. Idaho, C.A. 4:21-cv-0121**

Charles F. Barrett
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
cbarrett@nealharwell.com

Jonathan P. Barrett
BARRETT LAW, PLLC
121 Colony Crossing, Suite D
Madison, MS 39110
jpb@barrettlawms.com

Gregory S. Asciolla
Karin E. Garvey
Jonathan S.Crevier
LABATON SUCHAROW LLP
140 Broadway
New York NY 10005
gasciolla@labaton.com
kgarvey@labaton.com
jcrevier@labaton.com

**Jones Planting Co. III v. Bayer CropScience LP, et al.; S. D. Illinois, C.A. 3:21-cv-00173**

Arthur N. Bailey
Marco Cercone
RUPP BAASE PFALZGRAF
  CUNNINGHAM LLC
1600 Liberty Building
424 Main Street
Buffalo, NY 14202
bailey@ruppbaase.com
cercone@ruppbaase.com

Robert A. Clifford
Shannon M. McNulty
CLIFFORD LAW OFFICES, PC
120 North LaSalle, Suite 3100
Chicago, IL 60602
rac@cliffordlaw.com
smm@cliffordlaw.com

Linda P. Nussbaum
Bart D. Cohen
Christopher B. Sanchez
Louis Kessler
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com
csanchez@nussbaumpc.com
lkessler@nussbaumpc.com

**Swanson, et al. v. Bayer CropScience LP, et al., S. D. Illinois, C.A. 3:21-cv-00046**

David M. Cialkowski
Brian C. Gudmundson
Alyssa J. Leary
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
David.cialkowski@zimmreed.com
Brian.gudmundson@zimmreed.com
Alyssa.leary@zimmreed.com

Hart L. Robinovitch
ZIMMERMAN REED, LLP
14646 North Kierland Boulevard, Suite 145
Scottsdale, AZ 85254
Hart.robinovitch@zimmreed.com

**Carlson v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00475**

Daniel E.Gustafson
Daniel C. Hedlund
Michelle J. Looby
Daniel J. Nordin
Mickey L. Stevens
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
dnordin@gustafsongluek.com
mstevens@gustafsongluek.com

Jeffrey B. Gittleman
Chad A. Carder
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
jgittleman@barrack.com
ccarder@barrack.com

John G. Emerson
EMERSON FIRM, PLLC
2500 Wilcrest, Suite 300
Houston, TX 77042
jemerson@emersonfirm.com

**Eagle Lake Farms v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00543**

John W. "Don" Barrett
Katherine Barrett Riley
David McMullan, Jr.
Sterling Starns
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095-0927
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
sstams@barrettlawgroup.com

Jonathan W. Cuneo
Victoria Sims
Blaine Finley
CUNEO GILBERT & LADUCA, LLP
4752 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
jonc@cuneolaw.com
Vicky@cuneolaw.com
bfinley@cuneolaw.com

**Vienna Eqho Farms v. Bayer CropScience, LP et al., S. D. Illinois, C.A. 3:21-cv-00204**

Mark Reinhardt
Garrett D. Blanchfield
Roberta A. Yard
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite W1050
St. Paul, MN 55101
m.reinhardt@rwblawfirm.com
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com

**Hapka Farms, Inc. v. Bayer CropScience, et al., D. Minnesota, C.A. 0:21-cv-00685**

Daniel E.Gustafson
Daniel C. Hedlund
Michelle J. Looby
Daniel J. Nordin
Mickey L. Stevens
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
dnordin@gustafsongluek.com
mstevens@gustafsongluek.com

Richard M. Paul III
Ashlea G. Schwarz
PAUL LLP
601 Walnut Street, Suite 300
Kansas City, MO 64106
rick@paulLLP.com
ashlea@PaulLLP.com

**Flaten v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00404**

Anne T. Regan
Nathan D. Prosser
HELLMUTH & JOHNSON PLLC
8050 West 78th Street
Edina, MN 55439
aregan@hjlawfirm.com
nprosser@hjlawfirm.com

Joseph W. Cotchett
Adam J. Zpala
Karin B. Swope
Elizabeth T. Castillo
James G. B. Dallal
Reid W. Gaa
COTCHETT PITRE &
  MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
jcotchett@cpmlegal.com
azapala@cpmlegal.com
kswope@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com
rgaa@cpmlegal.com

Daniel E.Gustafson
Daniel C. Hedlund
Michelle J. Looby
Daniel J. Nordin
Mickey L. Stevens
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
dnordin@gustafsongluek.com
mstevens@gustafsongluek.com

Joseph Goldberg
Vincent J. Ward
Frank T. David
Josh B. Ewing
FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD PA
20 First Plaza, Suite 700
Albuquerque, NM 87102
jg@fbdlaw.com
vjw@fbdlaw.com
ftd@fbdlaw.com
jbe@fbdlaw.com

**Handwerk v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00351**

Bryan L. Bleichner
Jeffrey D. Bores
Christopher P. Renz
CHESTNUT CAMBRONNE PA
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
bbleichner@chestnutcambronne.com
jbores@chestnutcambronne.com
crenz@chestnutcambronne.com

Wilbert B. Markovits
Terrence C. Coatess
MARKOVITZ STOCK & DEMARCO, LLC
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
bmarkovits@msdlegal.com
tcoates@msdlegal.com

**Schultz v. Bayer CropScience LP, et al. D. Minnesota, C.A. 0:21-cv-00681**

Rhett A. McSweeney
Jonathan R. Mencel
MCSWEENEY LANGEVIN, LLC
2116 Second Avenue South
Minneapolis, MN 55404
ram@westrikeback.com
jon@westrikeback.com
filing@westrikeback.com

Steven A.Kanner
Jonathan M. Jagher
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
skanner@fklmlaw.com
jjagher@fklmlaw.com

William G. Caldes
Jeffrey J. Corrigan
Jeffrey L. Spector
Icee N. Etheridge
SPECTOR ROSEMAN & KODROFF, PC
2001 Market Street, Suite 3420
Philadelphia, PA 19103
bcaldes@srkattorneys.com
jcorrigan@srkattorneys.com
jspector@srkattorneys.com
ietheridge@srkattorneys.com

Brian P. Murray
Lee Albert
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 530
New York, NY 10169
bmurray@glancylaw.com
lalbert@glancylaw.com

David P. McLafferty
MCLAFFERTY LAW FIRM, PC
923 Fayette Street
Conshohocken, PA 19428
dmclafferty@mclaffertylaw.com

Mark K. Wasvary
MARK K. WASVARY, PC
2401 West Big Beaver Road, Suite 100
Troy, MI 48084
markwasvary@hotmail.com

**Beeman Berry Farms, LLC v. Bayer CropScience LP, et al., D. Minnesota, C.A. 0:21-cv-00719**

Daniel E.Gustafson
Daniel C. Hedlund
Michelle J. Looby
Daniel J. Nordin
Mickey L. Stevens
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
dnordin@gustafsongluek.com
mstevens@gustafsongluek.com

Robert J. Gralewski, Jr.
Samantha L. Greenberg
KIRBY McINERNEY LLP
600 B Street, Suite 2110
San Diego, CA 92101
bgralewski@kmllp.com
sgreenberg@kmllp.com

Timothy D. Battin
Christopher V. Le
STRAUS & BOIES, LLP
4041 University Drive, Suite 500
Fairfax, VA 22030
tbattin@straus-boies.com
cle@straus-boies.com

Kenneth A. Wexler
Mark R. Miller
Melinda J. Morales
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, IL  60603
kaw@wexlerwallace.com
mrm@wexlerwallace.com
mjm@wexlerwallace.com

**Pfaff v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00462**

David M. Cialkowski
Brian C. Gudmundson
Alyssa J. Leary
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
David.cialkowski@zimmreed.com
Brian.gudmundson@zimmreed.com
Alyssa.leary@zimmreed.com

Hart L. Robinovitch
ZIMMERMAN REED, LLP
14646 North Kierland Boulevard, Suite 145
Scottsdale, AZ 85254
Hart.robinovitch@zimmreed.com

E. Powell Miller
Sharon S. Almonrode
William Kalas
Dennis A. Lienhardt
THE MILLER LAW FIRM PC
950 West University Drive, Suite 300
Rochester, MI 48307
epm@millerlawpc.com
ssa@millerlawpc.com
wk@millerlawpc.com
dal@millerlawpc.com

**Dekrey v. Bayer CropScience, LP et al., D. Minnesota, C.A. 0:21-cv-00639**

Patrick Howard
Simon B. Paris
SALTZ MONGELUZZI &
   BENDESKY, PC
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
phoward@smbb.com
sparis@smbb.com

Michael J. Boni
Joshua D. Snyder
BONI ZACK & SNYDE LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
mboni@bonizack.com
jsnyder@bonizack.com

Roberta D. Liebenberg
Gerard A. Dever
Jessica D. Khan
FINE KAPLAN AND BLACK, RPC
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
rliebenberg@finekaplan.com
gdever@finekaplan.com
jkhan@finekaplan.com

Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
dnast@nastlaw.com

**Tom Burke Farms v. Bayer CropScience, LP et al., E. D. Pennsylvania, C.A. 2:21-cv-01049**

Eric Mahr
FRESHFIELDS BRUCKHAUS
   DERINGER US LLP
700-13th Street NW, 10th Floor
Washington, DC 20005
Eric.mahr@freshfields.com

**Counsel for Defendant Cargill, Inc.**

Jason A. Leckerman
BALLARD SPAHR
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
leckermanj@ballardspahr.com

**Counsel for Defendants Corteva, Inc. and Pioneer Hi-Bred International, Inc.**

Jonathan Gleklen
Laura Shores
ARNOLD & PORTER
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Jonathan.gleklen@arnoldporter.com
Laura.shores@arnoldporter.com

**Counsel for Defendants Bayer CropScience, Inc. and Bayer CropScience, LLC**

David Lender
WEIL GOTSHAL & MANGES LLP
767 5th Avenue
New York, NY 10153
David.lender@weil.com

**Counsel for Defendant BASF Corporation**

Kathy L. Osborn
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
kathy.osborn@faegredrinker.com

**Counsel for Defendant CHS, Inc.**

Craig C. Martin
Matt Basil
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL 60654-3406
cmartin@willkie.com
mbasil@willkie.com

**Counsel for Defendant Univar Solutions, Inc.**

Michael L. McCluggage
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
mmccluggage@eimerstahl.com

**Counsel for Defendant Federated Cooperatives, Ltd.**

Paul S. Mishkin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Paul.mishkin@davispolk.com

**Counsel for Defendant Syngenta Corporation**

Nathan P. Eimer
Brian Chang
Sarah H. Catalano
Vanessa G. Jacobsen
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
neimer@eimerstahl.com
bchang@eimerstahl.com
scatalano@eimerstahl.com
vjacobsen@eimerstahl.com

**Counsel for Defendant Winfield Solutions LLC**

F. Matthew Ralph
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Ralph.matthew@dorsey.com

**Counsel for Defendants Growmark Inc. and Growmark FS LLC**

Lee Peifer
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
leepeifer@eversheds-sutherland.com

**Counsel for Defendant Tenkoz, Inc.**

G. Patrick Watson
BRYAN CAVE LEIGHTON PAISNER LLP
1201 West Peachtree Street, Suite 1400
Atlanta, GA 30309
Patrick.watson@bclplaw.com

**Counsel for Defendant Nutrien Ag Solutions**

Shylah R.Alfonso
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
salfonso@perkinscoie.com

**Counsel for Defendant Simplot AB Retail Sub, Inc.**

Dated: April 6, 2021                   Respectfully Submitted,

<u>/s/   Randall P. Ewing Jr.</u>
KOREIN TILLERY, LLC
205 North Michigan Avenue
Suite 1950
Chicago, IL 60601