# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: CROP INPUTS ANTITRUST LITIGATION** | **MDL Case No. 2993** |

## AMENDED PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Related Action and this Proof of Service, were served upon all counsel of record via email as indicated below, on **April 23, 2021**.

<u>Via Email</u>

Eric Mahr
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700-13th Street NW, 10th Floor
Washington, DC 20005
Eric.mahr@freshfields.com

**Counsel for Defendant Cargill, Inc.**

Jason A. Leckerman
BALLARD SPAHR
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
leckermanj@ballardspahr.com

**Counsel for Defendant Corteva, Inc.**

Laura Shores
Jonathan Gleklen
ARNOLD & PORTER
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
jonathan.gleklen@arnoldporter.com
laura.shores@arnoldporter.com

**Counsel for Defendants Bayer Cropscience, Inc. and Bayer Cropscience LP**

David Lender
WEIL GOTSHAL & MANGES LLP
767 5th Avenue
New York, NY 10153
David.lender@weil.com

**Counsel for Defendant BASF Corporation**

Kathy L. Osborn
Colby A. Kingsbury
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
kathy.osborn@faegredrinker.com
Colby.kingsbury@faegredrinker.com

**Counsel for Defendant CHS, Inc.**

Craig C. Martin
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL 60654-3406
cmartin@willkie.com

**Counsel for Defendant Univar Solutions, Inc.**

Michael L. McCluggage
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
mmccluggage@eimerstahl.com

**Counsel for Defendant Federated Co-Operatives, LTD**

Paul S. Mishkin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Paul.mishkin@davispolk.com

**Counsel for Defendant Syngenta Corporation**

Nathan P. Eimer
Brian Chang Sarah
Sarah H. Catalano
Vanessa G. Jacobsen
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
neimer@eimerstahl.com
bchang@eimerstahl.com
scatalano@eimerstahl.com
vjacobsen@eimerstahl.com

**Counsel for Defendant Winfield Solutions, LLC**

F. Matthew Ralph
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Ralph.matthew@dorsey.com

**Counsel for Defendants Growmark Inc. and Growmark FS, LLC**

Lee Peifer
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
leepeifer@eversheds-sutherland.com

**Counsel for Defendant Tenkoz, Inc.**

G. Patrick Watson
BRYAN CAVE LEIGHTON PAISNER LLP
1201 West Peachtree Street, Suite 1400
Atlanta, GA 30309
Patrick.watson@bclplaw.com

**Counsel for Defendant Nutrien Ag Solutions Inc.**

Shylah R.Alfonso
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
salfonso@perkinscoie.com

**Counsel for Defendant Simplot AB Retail Sub, Inc.**

Dated: April 23, 2021                                  Respectfully submitted,

**HELLMUTH & JOHNSON, PLLC**

*s/ Michael R. Cashman*
Michael R. Cashman (MN Lic. #206945)
Anne T. Regan (MN Lic. #0333852)
Nathan D. Prosser (MN Lic. #0329745)
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
Fax: (952) 941-2337
Email: mcashman@hjlawfirm.com
Email: aregan@hjlawfirm.com
Email: nprosser@hjlawfirm.com

**BALL & MCCANN, P.C.**

Drew R. Ball (*Admitted Pro Hac Vice*)
Steve McCann (*Admitted Pro Hac Vice*)
161 North Clark Street, Suite 1600
Chicago, IL 60601
Telephone: 872.205.6556
Email: Drew@BallMcCannLaw.com
Email: Steve@BallMcCannLaw.com

**ATTORNEYS FOR PLAINTIFF KENNETH BECK**