BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: Crop Inputs Antitrust Litigation                                    MDL No. 2993

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Appearance of Michael R. Cashman, on behalf of Plaintiff Kenneth Beck, was served on all registered CM/ECF users on April 28, 2021.

DATED: April 28, 2021

Respectfully submitted,

*/s/ Michael R. Cashman*
Michael R. Cashman

**Hellmuth & Johnson, PLLC**
Michael R. Cashman (MN #206945)
Anne T. Regan (MN #333852)
Nathan D. Prosser (MN #0329745)
8050 West 78th Street
Edina, Minnesota 55439
Telephone: (952) 941-4005
Facsimile: (952) 941-2337
mcashman@hjlawfirm.com
aregan@hjlawfirm.com
nprosser@hjlawfirm.com

**Ball & McCann, PC**
Drew R. Ball
(Admitted Pro Hac Vice)
Steve McCann
(Admitted Pro Hac Vice)
161 North Clark Street, Suite 1600
Chicago, Illinois 60601
Telephone: (872) 205-6556
drew@BallMcCannLaw.com
steve@BallMcCannLaw.com

*Counsel for Plaintiff Kenneth Beck*