**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION | MDL No. 2993 |

## NOTICE OF RELATED ACTION

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, the undersigned counsel writes to notify the Clerk of the Panel

of the related action listed on the attached Schedule of Actions.

The docket sheet and complaint for ***Wunsch Farms v. Bayer Cropscience LP, et al., No.***

***0:21-cv-00970-MJD-TNL (D. Minn.)***, filed on April 12, 2021, and pending in the United States

District Court for the District of Minnesota, before the Honorable Michael J. Davis, are attached

hereto as Exhibit A.


Dated: May 3, 2021                         Respectfully submitted,

                                           */s/ Michelle J. Looby*
                                           Daniel E. Gustafson (MN Lic. #202241)
                                           Daniel C. Hedlund (MN Lic. #258337)
                                           Michelle J. Looby (MN Lic. #0388166)
                                           Daniel J. Nordin (MN Lic. #0392393)
                                           Mickey L. Stevens (MN Lic. #0398549)
                                           **GUSTAFSON GLUEK PLLC**
                                           Canadian Pacific Plaza
                                           120 South Sixth Street, Suite 2600
                                           Minneapolis, MN 55402
                                           Telephone: (612) 333-8844
                                           dgustafson@gustafsongluek.com
                                           dhedlund@gustafsongluek.com
                                           mlooby@gustafsongluek.com
                                           dnordin@gustafsongluek.com
                                           mstevens@gustafsongluek.com

Brett Cebulash
Kevin Landau
Evan Rosin
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (212) 931-0704
bcebulash@tcllaw.com
klandau@tcllaw.com
erosin@tcllaw.com

*Counsel for Plaintiff WUNSCH FARMS*

2