**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

---

**IN RE:  CROP INPUTS ANTITRUST LITIGATION**  **MDL DOCKET No. 2993**

---

**SCHEDULE OF ACTIONS**

| Plaintiff | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|
| JSB FARMS, LLC individually and on behalf of all other similarly situated | BAYER CROPSCIENCE LP, BAYER CROPSCIENCE, INC., CORTEVA, INC., PIONEER HI-BRED INTERNATIONAL, INC., CARGILL INCORPORATED, BASF CORPORATION, SYNGENTA CORPORATION, WINFIELD SOLUTIONS, LLC, UNIVAR SOLUTIONS, INC., FEDERATED CO-OPERATIVES LTD., CHS INC., NUTRIEN AG SOLUTIONS INC., GROWMARK INC., GROWMARK FS, LLC, SIMPLOT AB RETAIL SUB, INC., AND TENKOZ, INC. | D. Minn. | 0:21-cv-1333 | Judge Michael Davis |