UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION | ) ) ) | 4:21-MD-2993 SEP<br><br>**ALL CASES** |

# ORDER

**IT IS HEREBY ORDERED** that Derek Brandt and Leigh Perica of McCune Wright Arevalo, LLP, are designated as Plaintiffs' Liaison Counsel.

**IT IS FURTHER ORDERED** that Sharon Rosenberg of Thompson Coburn, LLP, is designated as Defendants' Liaison Counsel.

Dated this 10th day of August, 2021.

_Sarah E. Pitlyk_
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

1

IN RE: CROP INPUTS ANTITRUST LITIGATION          MDL No. 2993

## SCHEDULE A

**District of Idaho**

B & H FARMING, ET AL. v. SYNGENTA CORPORATION, ET AL 4:21-00121

**Southern District of Illinois**

PIPER v. BAYER CROPSCIENCE LP, ET AL., C.A. No. 3:21−00021
SWANSON v. BAYER CROPSCIENCE LP, ET AL., C.A. No. 3:21−00046
LEX v. BAYER CROPSCIENCE LP, ET AL., C.A. No. 3:21−00122
DUNCAN v. BAYER CROPSCIENCE LP, ET AL., C.A. No. 3:21−00158
JONES PLANTING CO. III v. BAYER CROPSCIENCE LP, ET AL., C.A. No. 3:21−00173
CANJAR v. BAYER CROPSCIENCE LP, ET AL., C.A. No. 3:21−00181
VIENNA EQHO FARMS v. BAYER CROPSCIENCE, INC., ET AL., C.A. No. 3:21−00204
LITTLE OMEGA v. BAYER CROPSCIENCE LP, ET. ILS No. 3:21-00297

**District of Kansas**

BUDDE v. SYNGENTA CORPORATION, ET AL., C.A. No. 2:21−02095

**District of Minnesota**

CARLSON v. BAYER CROPSCIENCE LP, ET AL., C.A. No. 0:21−0047
HANDWERK v. BAYER CROPSCIENCE LP, ET AL., C.A. No. 0:21−00351
FLATEN v. BAYER CROPSCIENCE LP, ET AL., C.A. No. 0:21−00404
RYAN BROS., INC., ET AL. v. BAYER CROPSCIENCE LP, ET AL., C.A. No. 0:21−00433
PFAFF v. BAYER CROPSCIENCE LP, ET AL., C.A. No. 0:21−00462
EAGLE LAKE FARMS PARTNERSHIP v. BAYER CROPSCIENCE LP, ET AL., No. 0:21-543
   DEKREY v. BAYER CROPSCIENCE, LP, ET AL., No. 0:21-639
   SCHULTZ v. BAYER CROPSCIENCE, LP, ET AL., No. 0:21-681
   HAPKA FARMS, INC., ET AL. v. BAYER CROPSCIENCE, LP, ET AL., No. 0:21-685
   BEEMAN BERRY FARM, LLC v. BAYER CROPSCIENCE, LP, ET AL, No. 0:21-719
   WUNSCH FARMS v. BAYER CROPSCIENCE, LP, ET AL., No. 0:21-970
   BECK v. BAYER CROPSCIENCE, LP, ET AL., 0:21-996
   PEIFFER v. BAYER CROPSCIENCE, LP, ET AL., 0:21-1239

**Eastern District of Pennsylvania**

TOM BURKE FARMS v. BAYER CROPSCIENCE, LP, ET AL., No. 2:21-1049